1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS (Bar No. 172326)
2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone:     (916) 444-1000
4  Facsimile:      (916) 444-2100
   E-mail: mthomas@downeybrand.com
5  E-mail: adurbin@downeybrand.com

6  Attorneys for Plaintiff
   Nutrishare, Inc.

7

8                           UNITED STATES DISTRICT COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10

11 | Nutrishare, Inc., a California corporation, | Case No. 2:08-CV-01252-WBS-EFB
12 |           Plaintiff,                        | **[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**
13 |     v.                                      |
14 | BioRx, LLC, an Ohio Limited Liability Company, | **ORAL ARGUMENT REQUESTED**
15 |                                              |
16 |           Defendant.                         | Date:   August 4, 2008
                                                    Time:   2:00 p.m.
                                                    Dept:   Courtroom 5

17

18     Plaintiff NUTRISHARE, INC.'S ("Nutrishare's") Motion for Preliminary Injunction came

19 before this Court and was heard on _____, 2008 at _____ a.m., with the Honorable

20 _____ presiding.  The Court, having reviewed all moving papers, opposition,

21 and reply papers, and having heard the arguments of counsel in this matter, hereby orders as

22 follows:

23     1.    Plaintiff's Motion for Preliminary Injunction is hereby GRANTED pursuant to the

24 terms provided herein.

25     2.    Defendant, its agents, servants, and employees, and all persons acting under, in

26 concert with, or for it are enjoined from:

27          a.  Using the name "NutriThrive," or any variation of the term "nutri," as a source

28              identifier for itself, any related entities, or the products and services it offers;

928585.1                                    1

      b.  Using the domain name www.nutrithrive.com, or any other domain name involving the term "nutri" or any variation thereof;

      c.  making any references to the term "NutriThrive" on any websites, including but not limited to www.nutrithrive.com, www.biorx.com, and any other websites;

      d.  Causing likelihood of confusion, deception, or mistake as to the source, nature, or quality of Defendant's products or services; and

      e.  Otherwise infringing Plaintiff's "Nutrishare" mark.

3.    The Court ORDERS Plaintiff to post a bond in the amount of $_____ pursuant to Eastern District Local Rules 65.1-151 and 65-231.

IT IS SO ORDERED.

Dated:_____, 2008                         _____
                                                                    UNITED STATES DISTRICT COURT JUDGE