DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
E-mail: mthomas@downeybrand.com
E-mail: adurbin@downeybrand.com

Attorneys for Plaintiff
Nutrishare, Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Nutrishare, Inc., a California corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>             Defendant. | Case No.  2:08-CV-01252-WBS-EFB<br><br>**DECLARATION OF REID A. NISHIKAWA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:       August 4, 2008<br>Time:      2:00 p.m.<br>Dept:       Courtroom 5 |
|---|---|

I, REID A. NISHIKAWA, hereby declare as follows:

   1.     I am an individual residing in Fair Oaks, California.  I make this declaration of my own personal knowledge, and if called to testify, could and would testify consistent with the facts stated herein.

   2.     I am a Doctor of Pharmacy and am employed by Nutrishare, Inc. (hereinafter "Nutrishare") as Coordinator, Clinical Services and Director of Research.

   3.     Within the past six months, BioRx, LLC's NutriThrive division has begun marketing to patients and physicians nationwide.

   4.     I was seriously concerned to recently discover that several physicians, with whom Nutrishare has a professional relationship involving patients, have become confused about the connection between Nutrishare and NutriThrive.  Specifically:

1

        a. At the 2007 annual meeting of the Association for Gastrointestinal Motility Disorders, Samuel Kocoshis, MD, from Cincinnati Children's Hospital while attending this meeting in Burlington, Massachusetts, informed me that when he heard about NutriThrive, he initially believed that NutriThrive was somehow related to Nutrishare, and asked me for clarification regarding the relationship between the two entities.

        b. On or about February, 2008, Leo Rodriguez, MD, from Massachusetts General Hospital for Children, informed me that that he had been contacted by NutriThrive representatives to arrange a meeting. He agreed to meet with them but asked me who they were and if they were related to Nutrishare. I clarified that the two companies were separate entities and shared no relationship.

        c. On or about February, 2008, Alex Flores, MD, from Tufts Medical Center, Floating Hospital in Boston, informed me that NutriThrive had contacted him and that he, as well as his colleagues, were getting confused about the relationship between NutriThrive and Nutrishare. Even after he met with NutriThrive representative, he called me to ask me to clarify if there was any relationship between the two entities, I replied, "There is no relationship".

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Dated this 24th day of June, 2008, at Elk Grove, California.

                                            Reid Nishikawa, Pharm. D., BCNSP, FCSHP