```
 1  DOWNEY BRAND LLP
    MICHAEL J. THOMAS (Bar No. 172326)
 2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
    555 Capitol Mall, Tenth Floor
 3  Sacramento, CA  95814-4686
    Telephone:    (916) 444-1000
 4  Facsimile:    (916) 444-2100
    E-mail: mthomas@downeybrand.com
 5  E-mail: adurbin@downeybrand.com

 6  Attorneys for Plaintiff
    Nutrishare, Inc.
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| Nutrishare, Inc., a California corporation, | Case No. 2:08-CV-01252-WBS-EFB |
|---|---|
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| BioRx, LLC, an Ohio Limited Liability Company, | |
| Defendant. | |

935473.1

PROOF OF SERVICE

| Attorney or Party without Attorney: <br> MICHAEL J. THOMAS, SBN 172326 <br> DOWNEY BRAND, LLP <br> 555 CAPITOL MALL, 10TH FLOOR <br> SACRAMENTO, CA 95814 <br> Telephone No: 916-444-1000   FAX No: 916-444-2100 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Eastern District Of California | |
| Plaintiff: NUTRISHARE, INC. | |
| Defendant: BIORX, LLC | |

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 2:08-CV-01252-WBS-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING STATUS; ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING PATENT OR TRADEMARK

3. a. Party served: BIORX, LLC, an OHIO LIMITED LIABILITY COMPANY
   b. Person served: party in item 3.a., BY SERVING CHERYL CLARK, HR MANAGER AND DESIGNATED AGENT

4. Address where the party was served: 10828 KENWOOD ROAD
   CINCINNATI, OH 45242

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 26, 2008 (2) at: 1:00PM

7. Person Who Served Papers:
   a. CHRIS TONNIS
   
   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111
   
   d. The Fee for Service was:
   
   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 26, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE

(CHRIS TONNIS)
8857925b.dowbr.142324