1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS (Bar No. 172326)
2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone:   (916) 444-1000
4  Facsimile:   (916) 444-2100
   E-mail: mthomas@downeybrand.com
5  E-mail: adurbin@downeybrand.com

6  Attorneys for Plaintiff
   Nutrishare, Inc.
7

8                   UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10 | Nutrishare, Inc., a California corporation, | Case No.  2:08-CV-01252-WBS-EFB
11 |              Plaintiff,                     | **PROOF OF SERVICE**
12 |     v.                                      |
13 | BioRx, LLC, an Ohio Limited Liability       |
   | Company,                                    |
14 |                                             |
   |              Defendant.                     |
15

16

17

...

28

935473.1

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MICHAEL J. THOMAS, SBN 172326<br>DOWNEY BRAND, LLP<br>555 CAPITOL MALL, 10TH FLOOR<br>SACRAMENTO, CA 95814<br>Telephone No: 916-444-1000    FAX No: 916-444-2100 | | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court, Eastern District Of California | | | | |
| Plaintiff: NUTRISHARE, INC. | | | | |
| Defendant: BIORX, LLC | | | | |
| **PROOF OF SERVICE** | Hearing Date:<br>Mon, Aug. 04, 2008 | Time:<br>2:00PM | Dept/Div:<br>5 | Case Number:<br>2:08-CV-01252-WBS-EFB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (PROPOSED) ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION; NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF MICHAEL J. THOMAS IN SUPPORT OF MOTION; DECLARATION OF ANITA WALLIN IN SUPORT OF MOTION; DECLARATION OF REID A. NISHIKAWA IN SUPPORT OF MOTION; DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF MOTION

3. a. Party served:          BIORX, LLC, an OHIO LIMITED LIABILITY COMPANY
   b. Person served:         party in item 3.a., BY SERVING CHERYL CLARK, HR MANAGER AND
                             DESIGNATED AGENT

4. Address where the party was served:    10828 KENWOOD ROAD
                                          CINCINNATI, OH 45242

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jun. 26, 2008 (2) at: 1:00PM

7. Person Who Served Papers:                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRIS TONNIS                                     d. The Fee for Service was:
   
   First Legal Support Services                        e. I am: Not a Registered California Process Server
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jun. 26, 2008

   Judicial Council Form                PROOF OF SERVICE                         (CHRIS TONNIS)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                        8857925a.dowbr.142297