1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS (Bar No. 172326)
2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone:    (916) 444-1000
4  Facsimile:    (916) 444-2100
   E-mail: mthomas@downeybrand.com
5  E-mail: adurbin@downeybrand.com

6  Attorneys for Plaintiff
   Nutrishare, Inc.
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  Nutrishare, Inc., a California corporation, | Case No.  2:08-CV-01252-WBS-EFB |
| 11                     Plaintiff, | **PROOF OF SERVICE** |
| 12             v. | |
| 13  BioRx, LLC, an Ohio Limited Liability Company, | |
| 14 | |
| 15                     Defendant. | |

16      I am a resident of the State of California, over the age of eighteen years, and not a party to
   the within action.  My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor,
17  Sacramento, California, 95814-4686.  On June 25, 2008, I served the within document(s):

18      **SUMMONS AND COMPLAINT**

19      **ORDER SETTING STATUS (PRETRIAL SCHEDULING)**
        **CONFERENCE; ORDER RE CONSENT OR REQUEST FOR**
20      **REASSIGNMENT; REPORT ON THE FILING OR DETERMINATION**
        **OF AN ACTION REGARDING PATENT OR TRADEMARK**
21
        **NOTICE OF MOTION AND MOTION FOR PRELIMINARY**
22      **INJUNCTION**

23      **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
        **MOTION FOR PRELIMINARY INJUNCTION**
24
        **DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF MOTION**
25      **FOR PRELIMINARY INJUNCTION**

26      **DECLARATION OF MICHAEL J. THOMAS IN SUPPORT OF MOTION**
        **FOR PRELIMINARY INJUNCTION**
27
        **DECLARATION OF ANITA WALLIN IN SUPPORT OF MOTION FOR**
28      **PRELIMINARY INJUNCTION**

935473.1

**DECLARATION OF REID A. NISHIKAWA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☒ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

**COURTESY COPY**

*Attorney for BioRx, LLC*

Patricia B. Hogan
Keating Muething & Klekamp PLL
One East Fourth Street, Ste. 1400
Cincinnati, OH  45202
Telephone:  (513) 579-6400
Facsimile:  (513) 579-6457

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on June 25, 2008, at Sacramento, California.

_____
Patricia L. Pineda

From:    Origin ID: BLUA    (916)444-1000
Patricia Pineda
Downey Brand LLP
555 Capitol Mall, 10th Floor

**Sacramento, CA 95814**



FedEx
Express

CLS05308/21/24

Ship Date: 25JUN08
ActWgt: 1 LB
System#: 1539078/INET8061
Account#: S *********

SHIP TO: 513-579-6400        **BILL SENDER**

**Patricia B. Hogan**
**Keating Muething & Klekamp PLL**
**One East Fourth Street, Ste. 1400**

**Cincinnati, OH 45202**

Delivery Address Bar Code



Ref #    38790.001
Invoice #
PO #
Dept #



TRK#
0201    7920 7682 6544

**THU - 26JUN        A1**
**STANDARD OVERNIGHT**

# XX LUKA

**45202**
OH-US
CVG



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.