1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS (Bar No. 172326)
2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone:   (916) 444-1000
4  Facsimile:    (916) 444-2100
   E-mail: mthomas@downeybrand.com
5  E-mail: adurbin@downeybrand.com

6  Attorneys for Plaintiff
   Nutrishare, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | Nutrishare, Inc., a California corporation, | Case No.  2:08-CV-01252-WBS-EFB |
12 | Plaintiff, | **NOTICE OF ERRATA** |
13 | v. | |
14 | BioRx, LLC, an Ohio Limited Liability Company, | |
15 | | |
16 | Defendant. | |

17  TO BIORX, LLC AND ITS ATTORNEYS OF RECORD:

18      PLEASE TAKE NOTICE that the *Consent to Jurisdiction of Magistrate Judge*,
19  electronically filed today, July 7, 2008, was filed in error, as it was not the intent of the
20  undersigned counsel to have the Magistrate Judge conduct all further proceedings in this case.
21  Therefore, filed and served herewith is a *Decline of Jurisdiction of Magistrate Judge*.

22  Dated:    July 7, 2008                    DOWNEY BRAND LLP
23
24
25                                      By:      /s/ Aparna Rajagopal-Durbin
                                              APARNA RAJAGOPAL-DURBIN
26                                                Attorney for Plaintiff
                                                    Nutrishare, Inc
27
28

937986.1                            1
                              NOTICE OF ERRATA