DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100
E-mail: mthomas@downeybrand.com
E-mail: adurbin@downeybrand.com

Attorneys for Plaintiff
Nutrishare, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| Nutrishare, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>Defendant. | Case No.  2:08-CV-01252-WBS-EFB<br><br>**ORDER GRANTING REQUEST TO FILE NEWLY DISCOVERED EVIDENCE IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
|---|---|

The Court, having considered Plaintiff's *Request to File Newly Discovered Evidence in support of Motion for Preliminary Injunction*, and finding good cause therefor, hereby grants Plaintiff's request.  The Court hereby accepts for filing the *Declaration of Kerry Stone Regarding Actual Confusion* and the *Supplemental Declaration of Rodney Okamoto*, and will consider this evidence as if it had been submitted with Plaintiff's Motion for Preliminary Injunction, filed on June 24, 2008.

IT IS SO ORDERED.

Dated:  July 9, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

938133.1

1

[PROPOSED] ORDER GRANTING REQUEST TO FILE NEWLY DISCOVERED EVIDENCE