DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:	(916) 444-1000
Facsimile:	(916) 444-2100
E-mail: mthomas@downeybrand.com
E-mail: adurbin@downeybrand.com

Attorneys for Plaintiff
Nutrishare, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>　　　　　Defendant. | Case No.  2:08-CV-01252-WBS-EFB<br><br>**DECLARATION OF KERRY STONE REGARDING ACTUAL CONFUSION** |

I, Kerry Stone, hereby declare as follows:

　　　1.　　I am an individual residing in La Jolla, California.  I make this declaration of my own personal knowledge, and if called to testify, could and would testify consistent with the facts stated herein.

　　　2.　　I am a registered dietitian with Crescent Healthcare, Inc., a home infusion provider.  I have known of Nutrishare for several years and am acquainted with its co-founder, Tom Diamantidis.

　　　3.　　As I make this declaration, I am attending the 2008 Oley Foundation Conference in San Diego, California, which began on Thursday, July 26, 2008 and ends tonight.  I am representing Crescent Healthcare, Inc., which is one of the exhibitors at this conference.  A sign on the table at lunch yesterday indicated that lunch was sponsored by NutriThrive.  The name

936290.1

1

DECLARATION OF KERRY STONE

"NutriThrive" looks so similar to "Nutrishare" that I got confused and mistakenly believed that lunch was going to be sponsored by Nutrishare. By the time I took a lunch break yesterday, the food had run out and I was left with very little to eat. So I mentioned to Nutrishare's founder Tom Diamantidis, "well, you sponsored the lunch, didn't you?" Tom said, "no, NutriThrive is sponsoring the lunch."

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Dated this 28th day of June, 2008, at San Diego, CA.

_____
Kerry Stone

2

DECLARATION OF KERRY STONE