| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | MICHAEL J. THOMAS (Bar No. 172326) |
| 2 | APARNA RAJAGOPAL-DURBIN (Bar No. 218519) |
| | 555 Capitol Mall, Tenth Floor |
| 3 | Sacramento, CA  95814-4686 |
| | Telephone:    (916) 444-1000 |
| 4 | Facsimile:     (916) 444-2100 |
| | E-mail: mthomas@downeybrand.com |
| 5 | E-mail: adurbin@downeybrand.com |
| 6 | Attorneys for Plaintiff |
| | Nutrishare, Inc. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation, | Case No.  2:08-CV-01252-WBS-EFB |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| BioRx, LLC, an Ohio Limited Liability Company, | |
| Defendant. | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California, 95814-4686. On July 15, 2008, I served the within document(s):

**DECLARATION OF KERRY STONE REGARDING ACTUAL CONFUSION**

**SUPPLEMENTAL DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

935473.2

PROOF OF SERVICE

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

| Attorney for BioRx, LLC | Courtesy Copy |
|---|---|
| Charlene J. Wilson<br>Allen Matkins Leck Gamble Mallory<br>  & Natsis LLP<br>501 West Broadway, 15th Fl.<br>San Diego, CA 92101-3541 | BioRx, LLC<br>Eric Hill<br>10828 Kenwood Road<br>Cincinnati, Ohio 45242 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 15, 2008, at Sacramento, California.

/s/ Marlene Celis
Marlene Celis

935473.2

2

PROOF OF SERVICE