1  AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
   MICHAEL R. ADELE (BAR NO. 138339)
2  CHARLENE J. WILSON (BAR NO. 222497)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   501 West Broadway, 15th Floor
4  San Diego, California 92101-3541
   Phone: (619) 233-1155
5  Fax: (619) 233-1158
   E-Mail:  awintersheimer@allenmatkins.com
6           madele@allenmatkins.com
            cwilson@allenmatkins.com
7
   Attorneys for Defendant
8  BIORX, LLC

9              UNITED STATES DISTRICT COURT

10             EASTERN DISTRICT OF CALIFORNIA

11

| 12 | NUTRISHARE, INC., a California corporation, | Case No. 2:08-cv-01252-WBS-EFB |
|---|---|---|
| 13 | Plaintiff, | Complaint filed June 4, 2008 |
| 14 | v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR CONTINUANCE OF HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| 15 | BIORX, LLC, an Ohio Limited Liability Company, | |
| 16 | | |
| 17 | Defendant. | |

18       The Court, having considered Defendant's *Ex Parte* Application for Continuance of

19  Hearing Date on Plaintiff's Motion for Preliminary Injunction, and finding good cause, hereby

20  grants Defendant's Application.  In the event the Court denies Defendant's motion to dismiss

21  and/or transfer, the hearing date on Plaintiff's Motion for Preliminary Injunction shall be continued

22  to _____, 2008 at _____ a.m./p.m.  Any Opposition and Reply

23  papers to the Motion for Preliminary Injunction shall be filed pursuant to Local Rule 78-230 based

24  on the new hearing date.

25       IT IS SO ORDERED.

26

27  Dated: _____, 2008                    _____
                                                THE HONORABLE WILLIAM B. SHUBB
28                                              Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
   Mallory & Natsis LLP

701078.01/SD        [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR
                              CONTINUANCE OF HEARING DATE