```
DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100
E-mail: mthomas@downeybrand.com
E-mail: adurbin@downeybrand.com

Attorneys for Plaintiff
Nutrishare, Inc.
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>  Defendant. | Case No.  2:08-CV-01252-WBS-EFB<br><br>**DECLARATION OF SHEILA MESSINA**<br><br>Date:   August 11, 2008<br>Time:   2:00 p.m.<br>Dept:   Courtroom 5<br>Judge:  Hon. William B. Schubb |

I, SHEILA MESSINA, hereby declare as follows:

    1.    I am an individual residing in San Jose, California.  I make this declaration of my own personal knowledge, and if called to testify, could and would testify consistent with the facts stated herein.

    2.    I require total parenteral nutrition ("TPN") in order to receive adequate nutrition.

    3.    I learned about the existence of NutriThrive, a new TPN company, at this year's ASPEN (American Society for Parenteral and Enteral Nutrition) meeting.  When I heard about NutriThrive, it occurred to me that the name "NutriThrive" sounded <u>quite</u> similar to "Nutrishare," the name of my current TPN provider.

    4.    I ran into NutriThrive again at this year's Oley Conference between June 26 and June 29, where NutriThrive had a booth <u>in the exhibit hall</u> and sponsored lunch.  Although I did

1  not actually approach their booth, I again **was** curious and wondered who they **were.**

2

3  I declare under penalty of perjury under the laws of the United States and the State of
4  California that the foregoing is true and correct to the best of my knowledge.

5  Dated this 23rd day of July, 2008, in San Jose, California.

*[signature]*
SHEILA MESSINA