| | |
|---|---|
| 1 | DOWNEY BRAND LLP |
| | MICHAEL J. THOMAS (Bar No. 172326) |
| 2 | APARNA RAJAGOPAL-DURBIN (Bar No. 218519) |
| | 555 Capitol Mall, Tenth Floor |
| 3 | Sacramento, CA  95814-4686 |
| | Telephone:     (916) 444-1000 |
| 4 | Facsimile:      (916) 444-2100 |
| | E-mail: mthomas@downeybrand.com |
| 5 | E-mail: adurbin@downeybrand.com |
| 6 | Attorneys for Plaintiff |
| | Nutrishare, Inc. |
| 7 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Nutrishare, Inc., a California corporation, | | Case No.  2:08-CV-01252-WBS-EFB |
| Plaintiff, | | **PROOF OF SERVICE** |
| v. | | |
| BioRx, LLC, an Ohio Limited Liability Company, | | |
| Defendant. | | |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California, 95814-4686.  On July 28, 2008, I served the within document(s):

**OPPOSITION TO MOTION TO DISMISS OR TRANSFER VENUE**

**DECLARATION OF APARNA RAJAGOPAL DURBIN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER (WITHOUT EXHIBITS)**

**DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER (WITHOUT EXHIBITS)**

**DECLARATION OF KATHRYN BUNDY (WITHOUT EXHIBITS)**

**DECLARATION OF SHEILA MESSINA**

[X]  **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

[ ]  **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

935473.2

PROOF OF SERVICE

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

*Attorney for BioRx, LLC*

Charlene J. Wilson
Allen Matkins Leck Gamble Mallory
   & Natsis LLP
501 West Broadway, 15th Fl.
San Diego, CA  92101-3541
Telephone:  619-233-1155
Facsimile:  619-233-1158

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 28, 2008, at Sacramento, California.

                                                   /s/ Sandy Russell
                                                   SANDY RUSSELL

Transmission Report

| | |
|---|---|
| Date/Time | 7-28-08; 6:29PM |
| Local ID | 916 441 0608 |
| Local Name | |
| Company Logo | DOWNEY BRAND LLP |

This document was confirmed.
  (reduced sample and details below)
Document Size   Letter-S

**DOWNEY BRAND**
ATTORNEYS LLP

FACSIMILE TRANSMISSION

Date:   July 28, 2008

To:

| Name | Fax | Phone |
|---|---|---|
| Charlene J. Wilson<br>Allen Matkins, et al. | (619) 233-1158 | |

From:   Michael J. Thomas

Re:   Opposition

File No.:   Number of Pages, Including Cover: **49**

Message:

Please see attached. Thank you.

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE 916/444-1000 AS SOON AS POSSIBLE.

555 Capitol Mall, 10th Floor    Sacramento, CA 95814    P: 916/444-1000    F: 916/444-2100

Total Pages Scanned   : 49   Total Pages Confirmed : 49

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 127 | 16192331158 | 7-28-08; 6:15PM | 13'22" | 49/ 49 | EC | | CP 28.8 |

Notes :
EC: Error Correct         RE: Resend              PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send        MP: Multi-Poll          PG: Polling a Remote      PI: Power Interruption
CP: Completed             RM: Receive to Memory   DR: Document Removed      TM: Terminated by user
HS: Host Scan             HP: Host Print          FO: Forced Output         WT: Waiting Transfer
HF: Host Fax              HR: Host Receive        FM: Forward Mailbox Doc.  WS: Waiting Send