1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS (Bar No. 172326)
2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone:     (916) 444-1000
4  Facsimile:     (916) 444-2100
   E-mail: mthomas@downeybrand.com
5  E-mail: adurbin@downeybrand.com

6  Attorneys for Plaintiff
   Nutrishare, Inc.
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10 | Nutrishare, Inc., a California corporation, | Case No.  2:08-CV-01252-WBS-EFB |
|---|---|
11 | Plaintiff, | **PROOF OF SERVICE ON BIORX, LLC'S SACRAMENTO AGENT FOR SERVICE OF PROCESS** |
12 | v. | |
13 | BioRx, LLC, an Ohio Limited Liability Company, | |
14 | | |
15 | Defendant. | |

935473.2

PROOF OF SERVICE

| Attorney or Party without Attorney: <br> MICHAEL J. THOMAS, SBN 172326 <br> DOWNEY BRAND, LLP <br> 555 CAPITOL MALL, 10TH FLOOR <br> SACRAMENTO, CA 95814 <br> Telephone No: 916-444-1000   FAX No: 916-444-2100 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Eastern District Of California | | | | |
| Plaintiff: NUTRISHARE, INC. | | | | |
| Defendant: BIORX, LLC | | | | |
| **PROOF OF SERVICE** | Hearing Date: <br> Mon, Sep. 22, 2008 | Time: <br> 2:00AM | Dept/Div: <br> RM 5 | Case Number: <br> 2:08-CV-01252-WBS-EFB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING STATUS CONFERENCE.

3. a. Party served:   BIORX, LLC, an Ohio Limited Liability Company
   b. Person served:   party in item 3.a., BY SERVING JENNIFER CHURCHILL, AGENT

4. Address where the party was served:   1232 Q STREET
   1ST FLOOR
   SACRAMENTO, CA 95814

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Jul. 31, 2008 (2) at: 1:57PM

7. *Person Who Served Papers:*
   a. JONATHAN SHISLER

   First Legal Support Services
   ATTORNEY SERVICES
   1814 "I" STREET
   Sacramento, CA 95814
   (916) 444-5111, FAX 443-3111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $64.13
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.: 2008-10
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Thu, Jul. 31, 2008

   Judicial Council Form                                    PROOF OF SERVICE                       (JONATHAN SHISLER)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                                          8860207.dowbr.151072