DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:     (916) 444-1000
Facsimile:      (916) 444-2100
E-mail: mthomas@downeybrand.com
E-mail: adurbin@downeybrand.com

Attorneys for Plaintiff
Nutrishare, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>Defendant. | Case No.  2:08-CV-01252-WBS-EFB<br><br>**DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF OPPOSITION MOTION TO DISMISS OR TRANSFER VENUE**<br><br>Date:        August 11, 2008<br>Time:        2:00 p.m.<br>Dept:        Courtroom 5<br>Judge:        Hon. William B. Schubb |

I, RODNEY OKAMOTO, hereby declare as follows:

1.        I am an individual residing in Galt, California.  I make this declaration of my own personal knowledge, and if called to testify, could and would testify consistent with the facts stated herein.

2.        I am co-founder and President of Plaintiff in this action, Nutrishare, Inc.

3.        Attached hereto as Exhibit A are true and correct copies of relevant pages from BioRx's web-site, www.BioRx.net.

4.        Attached hereto as Exhibit B are true and correct copies of relevant pages from NutriThrive's web-site, www.NutriThrive.com.

5.        Nutrishare and other pharmacies that conduct business in California are required to obtain licenses under California law.  Licenses are obtained through the California Board of

1

1    Pharmacy, located at 1625 N Market Blvd, N219, Sacramento, California, 95834, and which has

2    a web-site, http://www.pharmacy.ca.gov/.  Through this web-site, the general public can ascertain

3    whether a particular company is licensed to distribute pharmaceuticals (or conduct other specific

4    pharmacy-related activities) within California.  A search on this web-site revealed that

5    NutriThrive is not licensed to conduct pharmacy-related activities within California, but that

6    BioRx has obtained two licenses to conduct pharmacy-related activities within California as a

7    non-resident pharmacy.  It has obtained one license to conduct sterile compounding activities as a

8    non-resident pharmacy (License No. 99504), and another license to conduct business as a non-

9    resident pharmacy (License No. 819.)  True and correct copies of the information regarding both

10   of these licenses, available at http://www.pharmacy.ca.gov/, is attached hereto as Exhibit C.

11        6.        Through an Internet search, we learned that NutriThrive may have at least one

12   customer within this judicial district.  Specifically, on the Parent-2-Parent on-line forum, which

13   provides a discussion board for parents of children requiring, among other things, total parenteral

14   nutrition ("TPN"), we found a post by a woman in Redding, California, Jessi who states she is the

15   parent of two boys, Jaxson, and Joshua. In this post, Jessi states "I am working with NutriThrive

16   right now."  Attached as Exhibit D is a true and correct copy of the thread containing Jessi's post

17   available at:

18    http://www.parent-2-parent.com/forum/search.php?searchid=583737&pp=25&page=20.  Jessi's

19   post is on page 9 of Exhibit D.

20        7.        On the day Nutrishare's Complaint, summons, and preliminary injunction papers

21   were served, both Nutrishare and NutriThrive were attending the Oley Conference at the Mission

22   Valley Marriott Hotel in San Diego, which began on June 26, 2008 and ended on June 29, 2008.

23   I and about eleven other individuals represented Nutrishare at the Conference.  There were

24   approximately 200 conference attendees, the majority of whom were home infusion consumers.

25   There were twenty-two companies that exhibited their products and/or services at booths in the

26   exhibit hall.  Attached hereto as Exhibit E is a true and correct copy of portions of the program

27   distributed to all of the conference attendees, which lists, among other information, all of the

28   exhibitors along with their descriptions.  Based on the descriptions in this program, eleven of the

2

DECL. OF RODNEY OKAMOTO IN SUPPORT OF OPP. TO MOTION TO DISMISS OR TRANSFER

1  exhibiting companies are home infusion providers.  Nine of those companies are national (versus

2  local/regional) home infusion providers.  Nutrishare and BioRx d/b/a NutriThrive were two of the

3  nine national home infusion providers.

4      8.    At the Oley Conference, NutriThrive's name was prominently displayed on a

5  banner hanging at the entryway to the conference facilities, immediately below Nutrishare's name

6  in the same font size, color, and typeface.  Attached hereto as Exhibit F is a true and correct copy

7  of a photograph of the banner.

8      9.    In the Oley Conference exhibition hall, which was the only place where home

9  infusion companies were permitted to display and market their products, both Nutrishare and

10  NutriThrive had prominent booths, each at one of the two back corners of the hall.  Attached as

11  Exhibit G is a true and correct copy of the exhibit hall layout provided by the Oley Foundation to

12  all of the exhibitors prior to the conference.  NutriThrive's booth was staffed by, among others,

13  Donna Noble (the mother of Nutrishare's former customer).

14      10.    On the Friday and Saturday of the Conference, there was a conference-wide

15  luncheon.  The program attached to this declaration as Exhibit E indicated that Friday's lunch was

16  to be sponsored by  NutriThrive.  At the lunch, a placard on the table prominently displayed

17  NutriThrive's name.

18      11.    During the Oley Conference, my colleagues and I met a woman named

19  Rosemarie Mielke, who informed us that she lives in Lancaster, California and used to be a

20  customer of NutriThrive but switched her TPN provider to Crescent Health.

21      12.    Pursuant to the Oley Foundation's rules and policies, Nutrishare, NutriThrive,

22  and the other exhibitors were not permitted to solicit new customers outside the two-hour

23  exhibition period that occurred on the Friday and Saturday of the conference.  The exhibitors

24  were, however, permitted to meet with their existing customers.  During a picnic on the last day

25  of the Oley Conference, one of Nutrishare's California customers, Kathryn Bundy, approached

26  me and informed me that NutriThrive's representatives were aggressively soliciting her making

27  her feel uncomfortable.  NutriThrive's actions were in contravention of the Oley Foundation's

28  rules.

3

13.   In order to further confirm whether BioRx d/b/a NutriThrive was conducting business in California, I and my colleagues called NutriThrive's number and asked if they service TPN patients in California. They answered "yes." One of Nutrishare's patients in California also asked NutriThrive to send her more information regarding its products and services. NutriThrive sent her a full "start-up" packet, which included their business card.

14.   In its Motion to Dismiss, BioRx states that Nutrishare only provides total parenteral nutrition ("TPN"), whereas NutriThrive provides enteral nutrition and TPN. The only difference between the two therapies is that enteral nutrition involves feeding the patient through a tube inserted through the patient's nose or mouth, and TPN involves feeding the patient intravenously. Although Nutrishare's focus is TPN, Nutrishare does provide enteral nutrition to its TPN patients.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Dated this 25th day of July, 2008, at Galt, California.

RODNEY OKAMOTO

4

9422221.1

DECL. OF RODNEY OKAMOTO IN SUPPORT OF OPP. TO MOTION TO DISMISS OR TRANSFER

Case No. 2:08-CV-01252-WBS-EFB

DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF
OPPOSITION MOTION TO DISMISS OR TRANSFER VENUE

# EXHIBIT A



*"We are very pleased with the service we have had since May of 2007. We switched our service to BioRx because we felt they were providing more individual attention to my son. The people at BioRx deal or have dealt with Hemophilia on a daily basis and can relate to my stress and emotion. They take the time to help you learn to infuse or give you any information you need to make the best decision for your child. They are available at any time and will go above and beyond to help. Thank you"* - **Daniel and Melissa C.**

- **Home**
- **About Us**
- **BioRx News**
- **Contact Us**

**Recent News**

**About the Heparin Recalls**

BioRx Offers Vivaglobin® to Patients with Primary Immune Deficiency Disorders

Biorx Pledges Long-Term Financial Commitment to the Oley Foundation to Help Individuals Requiring Home Intravenous Nutrition and Tube Feeding.

**10828 Kenwood Rd**
**Cincinnati, OH 45242**
**Toll Free: 866-442-4679**







BioRx - Specializing in Hemophilia, Infusion Suite Management, and Home IVIG
Case 3:08-cv-01493-JM-BLM    Document 40-2    Filed 08/04/2008    Page 3 of 51
Page 2 of 2

Privacy Policy Website maintained by Swordfish Computer Solutions & Websites. Copyright 2007: BioRx. All Rights Reserved.

**ABOUT US**

## Dedicated to Exceptional Service

BioRx is a national provider and distributor of certain specialty pharmaceuticals, related supplies, as well as clinical and reimbursement support services. Currently BioRx has four product offerings: **1)** In-home hemophilia care, or the provision of hemophilia clotting factors and highly customized support services, **2)** in-home IgG, **3)** in-office infusion suite management services, primarily targeted at neurology and immunology practices, and **4)** improving life on nutrition support.

**HEMOPHILIA**

Our hemophilia services are hallmarked by close community and patient involvement, highly customized supply management, and intense customer service. One of our primary missions is to promote patient independence and disease education in order to empower patients and their families. We expect to invest highly in the markets in which we participate.

**INFUSION SUITE MANAGEMENT**

Our in-office infusion suite programs are customized to each practice. We offer a menu of services in order to complement each practice's strengths and weaknesses. Our model strives to prepare the practice from multiple angles: clinical, operational, and financial. BioRx offers contracting models that effectively align our financial incentives with those of our customers.

**Home IgG**

Our In-home IgG program is built on sound clinical management, side effect prevention, product selection, and risk management. Additionally, BioRx offers comprehensive insurance work-ups, authorizations, and billing on behalf of our patients.

Primary Immune Diseases
Autoimmune Diseases

**NUTRITHRIVE**

Improving life on nutrition support.

- Home
- About Us
- BioRx News
- Contact Us

**10828 Kenwood Rd
Cincinnati, OH 45242
Toll Free: 866-442-4679**



ACHC
ACCREDITED

BioRx is licensed to provide products and services in most states.
Call us at **866-44-BIORX** to inquire as to service availability in your area.

Privacy Policy   Website Maintenance by Swordfish Computer Solutions & Websites. Copyright © 2008 BioRx. All Rights Reserved.



### Recent News

- Home
- About Us
- BioRx News
- Contact Us

**10828 Kenwood Rd
Cincinnati, OH 45242
Toll Free: 866-442-4679**



ACHC
ACCREDITED

# BioRx NEWS

### 2007 BioRx Scholarship Winners

**Cincinnati, Ohio (January 21, 2008)** BioRx, a specialty pharmacy, and Hemophilia of North Carolina announce the winners of the 2007 BioRx Educational Scholarships. The scholarships are funded by BioRx through an educational grant, which is administered by Hemophilia of NC, a chapter of the National Hemophilia Foundation.

Read the rest of this entry »

### BioRx Offers Vivaglobin® to Patients with Primary Immune Deficiency Disorders

PIDD Brochure

**Cincinnati, Ohio (October 18, 2007)** -BioRx, a specialty pharmaceutical company, announces the availability of Vivaglobin® (immune globulin subcutaneous [human]), an immunoglobulin (ig) replacement therapy for treating patients with primary immune deficiency disorder (PIDD). PIDD is a group of usually-genetic disorders that compromise the immune system, leaving people vulnerable to recurrent, life-threatening infections. An estimated 50,000 Americans have PIDD.

Read the rest of this entry »

### Biorx Pledges Long-Term Financial Commitment to the Oley Foundation to Help Individuals Requiring Home Intravenous Nutrition and Tube Feeding.

BioRx Creates *FULL CIRCLE*[TM] program to support the Oley Foundation

**CINCINNATI, Ohio (November 7, 2007) -** BioRx, one of the nation's fastest growing providers of specialty pharmaceuticals, announces the creation of a new program to help individuals requiring home intravenous nutrition and tube feeding**.** Their program, called *Full Circle*[TM], has been established to provide financial support to the Oley Foundation, a non-profit organization based at Albany Medical Center In New York, which is dedicated to enhancing the lives of those who require home infused (parenteral) and tube feeding (enteral). The Foundation offers programs that educate members about the therapy that sustains them, provides outreach and networking opportunities that remove isolation and create a sense of normalcy - motivating members to play an active role in decisions being made the Foundation.

Read the rest of this entry »

### BioRx Offers Free 2008 Kids Hemophilia Calendar

**Cincinnati, Ohio (October 31, 2007)** - BioRx, a specialty pharmaceutical company, announces the availability of a free 2008 calendar to the hemophilia community. The annual Kids Hemophilia Calendar features artwork from children who either have a bleeding disorder or have a sibling or parent with a bleeding disorder.

To produce the calendar, BioRx sponsored a contest requiring entrants in three different age categories to submit artwork relating to their experiences in living with hemophilia. The company received more than 70 entries, which were judged on artistic merit and relevance to hemophilia. All contestants receive a prize and a copy of the calendar. Winning artwork is published in the calendar.



Read the rest of this entry »

### BioRx 2009 Kids Hemophilia Calendar Contest

**CINCINNATI, Ohio (October 31, 2007)** - BioRx, a specialty pharmaceutical company, announces the 2009 Kids Hemophilia Calendar for children who either have a bleeding disorder or have a sibling or parent with a bleeding disorder. Submit a drawing, sketch, or painting depicting some aspect of life with hemophilia. The best from each age group will be included in the calendar. Every entrant will receive a prize and a copy of the calendar. The best entries will have their art featured in the calendar.

Read the rest of this entry »

### Bayer HealthCare and BioRx Introduce Educational Children's Book About Hemophilia

**Cincinnati, Ohio (October 11, 2007) -** Bayer HealthCare and BioRx, a specialty pharmaceutical company, announce the availability of *I AM NATE,* a new children's book about hemophilia. Written by Chris Perretti Barnes, the mother of a young boy with hemophilia A, the book is the second in a series of books intended to educate children about hemophilia.

Read the rest of this entry »

### Biorx Pledges Long-Term Financial Commitment to Patients With Primary Immunodeficiency Diseases and the Immune Deficiency Foundation

**CINCINNATI, Ohio (June 15, 2007) -** BioRx, one of the nation's fastest growing providers of specialty pharmaceuticals, announces the creation of a new program to help patients with primary immunodeficiency diseases (PIDD). Their program, called Full Circle$^{TM}$, has been established to provide financial support to the Immune Deficiency Foundation (IDF), the national patient organization with the mission to improve the diagnosis and treatment of patients with primary immune deficiency diseases through research, education and advocacy.As the first "Sponsor" of IDF's new Home Healthcare and Specialty Pharmacy Sponsorship program, BioRx has committed to making a base level contribution to the IDF annually.

Read the rest of this entry »

Privacy Policy Website maintained by Swordfish Computer Solutions & Websites. Copyright 2007: BioRx. All Rights Reserved.



**Dedicated to Exceptional Service**

## CONTACT US

If you have any questions or concerns, please call us at 866-442-4679 or use our **convenient** online form to contact one of our caring professionals and we will be happy to contact you and address your questions!

- Home
- About Us
- BioRx News
- Contact Us

**10828 Kenwood Rd
Cincinnati, OH 45242
Toll Free: 866-442-4679**

ACHC
ACCREDITED

| Send us your comments | |
|---|---|
| Name: | |
| Organization: | |
| Email: | |
| Phone: | |
| Comments: | |
| Submit Application | |

### BioRx

**Main Offices and Distribution Center**
10828 Kenwood Rd
Cincinnati, OH 45242

**Administrative Office**
200 West Lexington Ave.
Suite 203
High Point, NC 27262

**Satellite Pharmacy** 3821 71st Street
Suite C
Urbandale, IA 50322

**Remittance Address (payment Address)**
BioRx
PO Box 1477
Florence, KY 41022

- Additional dispensing locations in other states.
- BioRx also maintains billing offices in Pittsburgh, PA.

**Hours of Operation:**
8:30-5:30 M-F ET

**"Clinical Staff available 24 hours a day"**

Privacy Policy  Website Maintenance by Swordfish Computer Solutions & Websites. Copyright © 2008 BioRx. All Rights Reserved.



## BioRx NEWS

**Recent News**

- Home
- About Us
- BioRx News
- Contact Us

**10828 Kenwood Rd
Cincinnati, OH 45242
Toll Free: 866-442-4679**



ACHC
ACCREDITED

### BioRx Offers Vivaglobin® to Patients with Primary Immune Deficiency Disorders

PIDD Brochure

**Cincinnati, Ohio (October 18, 2007)** -BioRx, a specialty pharmaceutical company, announces the availability of Vivaglobin® (immune globulin subcutaneous [human]), an immunoglobulin (ig) replacement therapy for treating patients with primary immune deficiency disorder (PIDD). PIDD is a group of usually-genetic disorders that compromise the immune system, leaving people vulnerable to recurrent, life-threatening infections. An estimated 50,000 Americans have PIDD.

BioRx is one of a small number of specialty pharmacies currently approved to dispense Vivaglobin®, which is manufactured and marketed by CSL Behring. Vivaglobin® is the first and only subcutaneous immunoglobulin replacement therapy approved by the FDA in the United States. Vivaglobin® delivers treatment directly under the skin (subcutaneously), offering a safe and effective alternative to intravenous infusions of immunoglobulin.

Mark Kestler, General Manager of BioRx, says "Recognition by CSL Behring as an approved Vivaglobin® provider validates BioRx as a leading quality provider of specialized pharmaceutical services. We are excited to be able to offer this valuable treatment option to our PIDD patients."

Until recently, PIDD patients needed to schedule appointments with a hospital, physician or homecare company to receive intravenous immunoglobulin treatment. Immunoglobulin is a life-sustaining blood product that is standard immune replacement therapy for most people living with PIDD. Approximately 70 percent of PIDD patients receive Ig replacement therapy, primarily intravenous immunoglobulin (IVIg), in which a pump delivers the immunoglobulin through a needle into a vein.

With Vivaglobin®, PIDD patients in the United States can now self-administer the treatment at home, with training from and the approval by their physician. The drug represents another treatment option for patients who may not easily tolerate the traditional intravenous method, because they have poor venous access or experience serious side effects from that method. Vivaglobin® also is appropriate for those who want the freedom and convenience of safe home self-administration of Ig replacement therapy.

This convenient treatment option will require education to help patients properly manage their own therapy. BioRx will provide patient training, as well as the drug, infusion pump, needles, tubing and any other supplies needed for treatment. All patients who start on Vivaglobin® receive a patient starter kit to help manage their therapy. The kit includes helpful tools, such as administration guides, product information and a treatment journal. Typically, a patient requires approximately 3 or 4 educational sessions with a specially trained nurse before beginning self-administration independently.

More information about Vivaglobin® at BioRx is available by calling **866-442-4679,** or via email at info@biorx.net

**Important Safety Information**
**As with all immune globulin products, Vivaglobin is contraindicated in individuals with a history of anaphylactic or severe systemic response to immune globulin preparations and in persons with selective IgA deficiency who have known antibody against IgA. If anaphylactic or anaphylactoid reactions are suspected, discontinue administration immediately and treat as medically appropriate.**

**Vivaglobin is derived from human plasma. As with all plasma -derived products, the risk of transmission of infectious agents, including viruses and, theoretically, the Creutzfeldt-Jakob disease (CJD) agent, cannot be completely eliminated.**

**In clinical trials, the most frequent adverse event was injection-site reaction, consisting of mild or moderate swelling, redness, and itching. No serious local site reactions were observed, and reactions tended to decrease substantially after repeated use. Other adverse events irrespective of causality included headache, gastrointestinal disorder, fever, nausea, sore throat, and rash.**

As with all immune globulin products, patients receiving Ig therapy for the first time, receiving a new product, or not having received Ig therapy within the preceding eight weeks may be at risk for developing reactions including fever, chills, nausea, and vomiting. On rare occasions, these reactions may lead to shock. Such patients should be monitored in a clinical setting during the initial administration.

Ig administration can transiently impair the efficacy of live attenuated virus vaccines, such as measles, mumps and rubella.

In clinical studies, administration of Vivaglobin has been shown to be safe and well tolerated in both adult and pediatric subjects. No pediatric-specific dose requirements were necessary to achieve the desired serum IgG levels. Safety and efficacy were not studied in pediatric subjects under two years of age.

**About CSL Behring**

CSL Behring is a global leader in the plasma protein biotherapeutics industry. Passionate about improving the quality of patients' lives, CSL Behring manufactures and markets a range of safe and effective plasma-derived and recombinant products and related services. The company's therapies are used in the treatment of immune deficiency disorders, hemophilia, von Willebrand disease, other bleeding disorders and inherited emphysema. Other products are used for the prevention of hemolytic diseases in the newborn, in cardiac surgery, organ transplantation and in the treatment of burns. The company also operates one of the world's largest plasma collection networks, ZLB Plasma. CSL Behring is a subsidiary of CSL Limited, a biopharmaceutical company with headquarters in Melbourne, Australia. For more information, visit www.cslbehring.com.

**About BioRx**

Based in Cincinnati Ohio, BioRx is a national pharmacy specializing in highly customized care for the primary immunodeficiency diseases (PIDD) community.. As one of the nation's fastest growing providers of IgG and other specialty pharmaceuticals, the company's clinical staff reaches patients and physicians in all 50 states. To learn more about BioRx and its products and services visit *www.biorx.net.*

**Contact:**
Judith Cline
Tel: 866.44.BIORX
Email: jcline@biorx.net

Privacy Policy Website maintained by Swordfish Computer Solutions & Websites. Copyright 2007: BioRx. All Rights Reserved.

Case No. 2:08-CV-01252-WBS-EFB

DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF
OPPOSITION MOTION TO DISMISS OR TRANSFER VENUE

# EXHIBIT B



# NutriThrive



home        discussion board        contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |







## *Improving*
### life on nutrition support

## COMPANY OVERVIEW

### Welcome To NutriThrive!

NutriThrive is built on the foundation of our clinical expertise in nursing, nutrition and pharmacy care. Our tenured clinicians specialize in infusion and home nutrition therapies and apply a nutrition disease management approach to the care of our patients.

This holistic approach to patient care steers us to provide a comprehensive approach, specializing in the areas of oncology and GI disorders.

Find out more information on how we are giving back with our **Full Circle Program**.

## NEWS & EVENTS

**April 3, 2008**
Important Announcement: Heparin Recall (view PDF)

**May 31, 2008**
Consumer Clinic Featuring Sessions On Hydration, Line Infection And Nutrient Absorption

**Annual OLEY Conference**

 June 26–30

 Marriott San Diego
Mission Valley, California

 www.oley.org or
(800)776-6539

are there to please you, and your needs. For us they have really gone out of there way to get us back on track, and get me back into the swing of TPN again. ....I feel we have found a company that will stand with us, all the way now. I can honestly say, I am very Happy!!!"  — Ellen

"The service both delivery and support is phenomenal!  I am continually surprised and delighted to hear from someone from NutriThrive every week, thank you so much for the

© NutriThrive 2007 - All Rights Reserved



  

home          discussion board          contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |
|---|---|---|---|---|---|

## COMPANY MISSION

NutriThrive's mission is to optimize the nutritional well being of our consumers through our customized approach. Our home parenteral and enteral nutrition program is driven by our customers' needs while maintaining the highest standards in service and clinical management. Quality care that fosters independence and empowers consumers and their families is the fundamental basis from which our business decisions will be made.

 **Customer Care**
Our dedicated and knowledgeable customer service managers coordinate fulfillment of supplies and equipment according to individual needs. Ongoing follow-up is provided to ensure patient satisfaction.

 **Clinical Monitoring**
NutriThrive offers state of the art monitoring of your patient. We use advanced technology to determine metabolic status which ensures accurate assessment of your patient's needs.

 **Clinical Care**
NutriThrive's Nutrition Support Team assesses and monitors your patient throughout their course ☐ of therapy. Our goal is to optimize your patient's nutritional status to minimize complications and hospitalization. We offer disease focused nutrition formulations and adjunctive therapies for better patient outcomes.

 **Nursing Care**
NutriThrive coordinates the nursing care for your patient and facilitates communication regarding patient's clinical status. Our nurse liaison maintains currency on infusion devices and protocols to maximize patient satisfaction and minimize infection.

 **Reimbursement Support**
NutriThrive can save you valuable time by verifying your patient's benefit information. Our reimbursement team is experienced in handling complex insurance issues.

 Professional Education
NutriThrive provides professional continuing education opportunities on topics of nutrition support for the healthcare professional. We promote research initiatives in our quest to improve knowledge and best practice in nutrition support.

 Consumer Support
As a commitment to our consumers, we offer educational events and workshops which allows consumer networking opportunities. We support our consumers through the Oley Foundation as a Gold Medallion Partner and through our Full Circle Commitment.



home    discussion board    contact us

  

**NUTRITHRIVE**   **PRODUCTS & SERVICES**   **CLINICAL CARE**   **CONSUMERS**   **RESOURCES**   **CONTACT US**

## FULL CIRCLE PROGRAM

NutriThrive has created a new program, Full Circle, to financially support the Oley Foundation and help individuals requiring home parenteral and enteral nutrition.

Through the Full Circle progam, NutriThrive has committed to providing a base level contribution to the Oley Foundation annually. Additionally, NutriThrive will contribute $1 for every day of Parenteral Nutrition and $1 for every course of Enteral Nutrition that we dispense to any patient nationwide.

NutriThrive hopes that this commitment will help enhance the treatment of nutritional deficiencies, improve access to a consumer support network, and expand scientific and medical research on such diseases.

To obtain more information about the Full Circle program, please call 888-N-THRIVE or email us at info@nutrithrive.com.

© NutriThrive 2007 - All Rights Reserved







NutriThrive

home    discussion board    contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## NUTRITION TEAM

**Nutrition Is All We Do…. Meet Our Team Of Experts.**

NutriThrive's team includes experienced clinicians who are specialized in the areas of home infusion and nutrition support. Our approach is to provide comprehensive care for our patients to maximize nutritional outcomes. Our Consumer Advocate is a vital component of our team, guiding our clinical team in their decisions and providing support to our consumers.

### Core Team Members

**Deborah Pfister, R.D., C.N.S.D.**
Director of Nutrition
dpfister@nutrithrive.com
▪ Masters of Nutrition from the University of Vermont
▪ 17 years in home nutrition support
▪ Focused in oncology and GI management

**Kathleen Alvarez, R.Ph.**
Director of Pharmacy
kalvarez@biorx.net
▪ Pharmacy degree from Northeastern University
▪ 20 years experience in hospital and home care
▪ Focused on home IV pharmacy support

**Jennifer Arms**
Director of Reimbursement
jarms@biorx.net
▪ 18 years experience in home infusion
▪ Billing and reimbursement focused
▪ Experienced in complex insurance issue resolution

**Mona Inocentes, R.N.**
Nutrition Liaison
minocentes@nutrithrive.com
▪ BSN Salem State College, Massachusetts
▪ 12 years of home infusion experience
▪ Expertise in adult and pediatric IV access and education

**Jill Taliaferro, R.D.**
Clinical Nutritionist
jtaliaferro@nutrithrive.com
▪ BS in Nutrition from The University of Connecticut
▪ Nine years of experience in nutrition and metabolic support
▪ Focused in oncology and GI management

© NutriThrive 2007 - All Rights Reserved



  

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## ADVISORS

NutriThrive values the opinions of consumers and their families and the professional nutrition community. Our advisory boards provide input into our daily practice and long-term vision.

**Nutrition Advisory Board** consists of Key Opinion Leaders in nutrition support. Members are from a variety of disciplines including medicine, nursing, nutrition and pharmacy, thus providing a comprehensive approach to NutriThrive's practice. These professionals provide expertise relative to NutriThrive's policies, procedures and research initiatives.

**Nutrition Consumer Advisory Group** includes patients and families receiving nutrition therapy at home. This valuable group guides NutriThrive relative to program development and educational material design. Nutrihrive has on-going active consumer groups in the Ohio and Massachusetts areas who meet quarterly to discuss new initiatives. Feel free to contact our Consumer Advocates for more information:

**New England:** Abby Brogan, abrogan@nutrithrive.com, (774) 270-3425
**Ohio:** Donna Noble, dnoble@nutrithrive.com, (866) 890-5517

© NutriThrive 2007 - All Rights Reserved



home    discussion board    contact us





| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |
|---|---|---|---|---|---|

## NEWS

**April 3, 2008**
Important Announcement: Heparin Recall (view PDF)

**April 3, 2008**
NutriThrive Sponsors Oley Foundation's 2008 Child Of The Year Award

**November 26, 2007**
NutriThrive Launches A Discussion Board - Hear From Other Patients And Support Members, Post Discussions, Ask Questions And Much More!

**November 18, 2007**
BioRX launchesNew NutriThrive™ Product Line for individuals requiring home intravenous nutrition and tube feeding

© NutriThrive 2007 - All Rights Reserved

# NutriThrive

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |
|---|---|---|---|---|---|

## EVENTS

**Consumer Clinic Featuring Sessions On Hydration, Line Infection And Nutrient Absorption**

 Saturday, May 31, 2008

 Newton, Massachusetts

 For more information click here or contact Abby Brogan at abrogan@nutrithrive.com

---

**Consumer Advisory Board Meeting For New England**

 Saturday April 5th, 2008

 Wellesley, Massachusetts

 Please email Abby Brogan at abrogan@nutrithrive.com for more information. **Mito** action in June

---

**Consumer Advisory Board Meeting For Ohio**

 Saturday, April 19, 2008

 Wilmington, Ohio

 Please email Donna Noble at dnoble@nutrithrive.com for more information.

---

**Annual OLEY Conference**

 June 26–30

 Marriott San Diego Mission Valley, California

 www.oley.org or (800)776-6539 Click here for more information

---

**Oley Annual Conference**

 June 25 – 29, 2008

 San Diego, CA,  Location TBD

 www.oley.org or (800)776-6539

Past Events Archive

© NutriThrive 2007 · All Rights Reserved




# NutriThrive

home   discussion board   contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## TESTIMONIALS

 I just wanted to send you a note to let you know how impressed I was with the care that our mutual patient Lou got. From the pre-planning visits to the hospital to coordinate an appropriate discharge to the post hospitalization follow up, this patient got more attention than any TPN/ABX patient that I have ever shared with an infusion or nutrition company.
**--- Kim R., Angels At Home Healthcare**

 Compared to other Home Care companies that we have dealt with in the past, NutriThrive has given us the confidence that only comes with quality products, and reliable service from highly qualified people.
**--- David And Ellen S.**

 We use NutriThrive, and we are very pleased with them. We have used other companies in the past, I really feel this is a very good company. I feel they are the up and coming company. They believe in customer service. They are there to please you, and your needs. For us they have really gone out of there way to get us back on track, and get me back into the swing of TPN again. I feel we have found a company that will stand with us, all the way now. I can honestly say, I am very Happy!!!
**--- Ellen**

 The service both delivery and support is phenomenal! I am continually surprised and delighted to hear from someone from NutriThrive every week, thank you so much for the support!
**--- Anonymous**

 Finally a company that gets it" We will be switching to TPN ASAP to continue to get this service.

**--- Anonymous**

 The service from NutriThrive is exceptionally excellent.

**--- Anonymous**

 Very prompt delivery, within 3 hours of call, we are impressed, very kind delivery man who helped us get products into the house, thank you!
**--- Anonymous**

 The service both delivery and support is phenomenal! I am continually surprised and delighted to hear from someone from NutriThrive every week, Abigail Brogan is both knowledgeable and compassionate- thank you so much for the support.
**--- Anonymous**

 Thank you Deb, Rita and Jill for caring and responding so quickly to Bailey's needs.

**--- Anonymous**





© NutriThrive 2007 - All Rights Reserved

# NutriThrive



home     discussion board     contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## SUPPLIES & EQUIPMENT

At NutriThrive, we are committed to providing the clinical and personal needs of our consumers. At the 2007 Oley Conference on Cape Cod, NutriThrive conducted a survey to determine what consumers want in a home infusion company.

Overwhelmingly, the top answers referenced supply and equipment availability and flexibility. At NutriThrive, we are committed to providing state-of-the-art products that meet the clinical and personal needs of our consumers. We apply a Best Practice approach to our product and equipment capabilities, providing the optimal in care with the flexibility to meet individual needs.

### NutriThrive Survey Results



© NutriThrive 2007 - All Rights Reserved



home    discussion board    contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## CLINICAL PROGRAM

NutriThrive is built on the foundation of our clinical expertise in nursing, nutrition and pharmacy care. Our experienced clinicians specialize in infusion and home nutrition therapies and apply a comprehensive nutrition disease management approach to the care of our patients. This holistic approach allows NutriThrive to provide state-of-the-art, innovative care to consumers diagnosed with oncology and GI disorders.

NutriThrive's clinical practice is governed by our Nutrition Advisory Board, made up of experts in nutrition support, who provide leadership in program development and input into policies, procedures and educational materials.

**New Patient Admission**
tel: 1 888 N THRIVE
fax: 1 888 401 8557
email: intake@nutrithrive.com

**Clinical Care & Monitoring**
Initial nutrition screening and ongoing follow-up by our clinician and customer service

**NutriThrive**
NutriThrive follows the patient from initiation of nutrition support through completion of therapy

**Benefits & Reimbursement**
Insurance coverage is verified by our reimbursement team

**Delivery**
Our customer service team coordinates with the patient

© NutriThrive 2007 - All Rights Reserved



home    discussion board    contact us

  

**NUTRITHRIVE**   **PRODUCTS & SERVICES**   **CLINICAL CARE**   **CONSUMERS**   **RESOURCES**   **CONTACT US**

## REIMBURSEMENT

NutriThrive's Managed Care and Reimbursement teams provide the expertise needed to determine coverage guidelines and optimize reimbursement potential. Our team is experienced in handling complex insurance issues and work one-on-one with managed care organizations to maximize reimbursement. Our mission is to obtain initial andongoing coverage to ensure that our consumers will receive the treatment best suited to their clinical needs.

© NutriThrive 2007 · All Rights Reserved



  

home    discussion board    contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## CONSUMER SUPPORT

NutriThrive is focused on supporting the Home Parenteral and Enteral Nutrition (Home PEN) consumer community. Consistent with this commitment, we have established ( a) Consumer Advocate positions on our team. Our Advocates are consumers or families of consumers and have first-hand knowledge of the challenges of living with home nutrition support. (Our) The Consumer (a)Advocates are (is) dedicated to establishing rapport with consumers, assisting customers through the maze of Home PEN and ensuring that they are being serviced according to their individual needs.

### A Message From Our Consumer Advocates: A New Adventure

You or a loved one has begun a new adventure, an adventure that has taken you into the world of home nutrition therapy. This is a foreign world where you do not speak the language or know anybody. Just like a trip to another country the journey into home nutrition therapy can lead you into a place where you quickly

Know that you and your family are not ALONE. Your Nutrithrive family is here to guide and support you on this adventure. There are other families facing the same challenges. Home nutrition therapy can be isolating, connecting with other families can lessen your feelings of isolation. Your Consumer Advocate is here to connect you with other families.

In time you will come to see this adventure as routine. You will learn the language, the equipment and you will adapt. What once seemed so foreign is now your way of life which brings with it new possibilities. You are no longer trying to survive your home nutrition therapy but you are THRIVING.

### Consumer Advocates Resources

If you are interested in speaking with one of our Consumer Advocates, feel free to (call) contact either Donna Noble at 1-866-890-5517 or by email at: dnoble@nutrithrive.com or Abby Brogan at 1-774-270-3425 or by email at: abrogan@nutrithrive.com.

© NutriThrive 2007 - All Rights Reserved



home        discussion board        contact us

  

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |
|---|---|---|---|---|---|

## EDUCATION

Our enteral and parenteral nutrition patient education materials are under construction. We appreciate input regarding the section completed for enteral nutrition. Please feel free to email us with your comments at info@nutrithrive.com.

### Methods Of Administration

There are three methods of administering your tube feeding formula: bolus, gravity, and pump. Your nurse or dietitian will discuss your specific method with you in more detail.



**Bolus:**
A syringe is connected to your feeding tube and acts as a funnel to allow the formula to flow into the tube. The formula can also be gently injected into the tube with the syringe. Not used with jejunostomy tubes.



**Gravity:**
Formula is placed in a bag with tubing and allowed to drip by gravity into the feeding tube. The height of the bag helps control the rate and there is also a clamp on the tubing which helps to regulate the flow. Not used with jejunostomy tubes.



**Pump:**
Formula is placed in a bag with tubing and sent through a pump which is programmed to deliver the appropriate amount of formula at a controlled rate. Only method allowed with jejunostomy tubes.

© NutriThrive 2007 - All Rights Reserved

 

# NutriThrive

home   discussion board   contact us

**NUTRITHRIVE**   **PRODUCTS & SERVICES**   **CLINICAL CARE**   **CONSUMERS**   **RESOURCES**   **CONTACT US**

| New Topic |

You last visited Today at 01:37 PM

Register | Login | Search | Chat

| | Message Subject | Author | Views | Replies | Last Post | |
|---|---|---|---|---|---|---|
| 📁 | Welcome | Ellen | 77 | 0 | 01/11/08 at 08:26 PM by Ellen | ▯ |
| 📁 | Trying the Bone!!!! | Ellen | 133 | 2 | 12/13/07 at 09:48 AM by Ellen | ▯ |
| 📁 | Favorite Products | ABrogan | 109 | 0 | 12/11/07 at 12:05 PM by ABrogan | ▯ |
| 📁 | Advice for new Consumers | dnoble | 131 | 1 | 12/09/07 at 05:56 PM by Ellen | ▯ |
| 📁 | Coping with stress | dnoble | 112 | 4 | 12/09/07 at 05:24 PM by Ellen | ▯ |

All times are GMT -5 hours. The time is now 01:37 PM.

**1 Active User: 0 members - 1 guest - 0 invisible**

Most users ever online was 3 on 05/14/08 at 03:37 PM

**0 Active Chat Room Users**

There are currently no active users in the chat room.

**Statistics**

Threads: 5, Posts: 12, Members: 8 - Members List
Please welcome our newest member, Mary

| New Topic | Mark all posts as read |

📁 New posts   📁 No new posts   🔒 Locked thread






| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## CONSUMER ADVOCATES

### What Is A NutriThrive Consumer Advocate?

These valuable employees act as community-based liaisons between NutriThrive and our consumers of Home Enteral and Parenteral Nutrition. The Consumer Advocate also assists in the development of nutritional programs, educational materials and provides support to new patients to help acclimate them to their new life on Nutrition Support. The Advocate also acts as our link with both local and regional non-profit and consumer support groups.

### A Message From Our Consumer Advocates: A New Adventure

You or a loved one has begun a new adventure, an adventure that has taken you into the world of home nutrition therapy. This is a foreign world where you do not speak the language or know anybody. Just like a trip to another country the journey into home nutrition therapy can lead you into a place where you quickly

Know that you and your family are not ALONE. Your Nutrithrive family is here to guide and support you on this adventure. There are other families facing the same challenges. Home nutrition therapy can be isolating, connecting with other families can lessen your feelings of isolation. Your Consumer Advocate is here to connect you with other families.

In time you will come to see this adventure as routine. You will learn the language, the equipment and you will adapt. What once seemed so foreign is now your way of life which brings with it new possibilities. You are no longer trying to survive your home nutrition therapy but you are THRIVING.

### Consumer Advocates Resources

If you are interested in speaking with one of our Consumer Advocate, feel free to call Donna Noble at 1-866-890-5517 or by email at: **dnoble@nutrithrive.com** or Abby Brogan at **abrogan@nutrithrive.com.**

© NutriThrive 2007 - All Rights Reserved






home       discussion board       contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |



## RESOURCES

**Equipment**
Zevex Enteral Feeding Pumps
Kangaroo Enteral Feeding Pumps
Gemstar IV Pumps
Curlin IV Pumps
CADD IV Pumps

**Products**
Ross Enteral Formulas
Nestle Enteral Formulas
Mead Johnson Pediatric Formulas
Nutricia Pediatric Formulas
Feeding Tubes

**Consumer Support**
Advocacy for Patients with Chronic Illness
American Academy of Pediatrics
American Cancer Society
American Gastroenterology Association
American Society for Parenteral and Enteral Nutrition
Association of Gastrointestinal Motility Disorders
Association for Vascular Access
Crohn's and Colitis Foundation
Digestive Disease National Coalition
Infusion Nurses Society
Kids with Tubes
MitoAction
National Institute of Health
The Oley Foundation
Parent 2 Parent
United Mitochondrial Disease Foundation
United Ostomy Association

© NutriThrive 2007 - All Rights Reserved

  

## NutriThrive

home    discussion board    contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## INDUSTRY EVENTS

**The United Mitochondrial Disease Foundation**

**Indy 2008: Setting The Pace In Mitochondrial Medicine**

 Scientific/Clinical Meetings: June 25-28, 2008
Patient/Family Meetings: June 27-28, 2008

 Hyatt Regency Hotel, Indianapolis, IN

 If you would like to be on our mailing list or need more information, please contact us at info@umdf.org or call 888-317-UMDF.
**Online Registration will open in the first week of March!**

---

**Crohns And Colits Foundation Of America (CCFA)**

**2008 TAKE STEPS For Crohn's & Colitis**

 Dates and Locations in New England:



- May 31, 2008 - Portland, ME at **Back Cove**
- June 14, 2008 - Boston, MA at **Boston Common**

 For more information, and to register for a Take Steps Walk near you, please visit http://www.cctakesteps.org/. For local site information, please contact Development Managers David Place (dplace@ccfa.org) or Elizabeth Aggott (eaggott@ccfa.org).

---

**Crohns And Colits Foundation Of America (CCFA)**

**2008 TAKE STEPS For Crohn's & Colitis**

 Friday, May 16, 2008

 The Beach Waterpark

 Activites & Registration begin at 4:30 p.m.
Walk starts at 6:30 p.m. Register Today

---

**American Partnership For Eosinophilic Disorders**

**Eosinophilic Esophagitis: Adults And Teens**

 Saturday April 5th, 2008

Chicago, IL

 More information and registration

---

**American Partnership For Eosinophilic Disorders**

**Eos Connection 2008**

 July 10-13th, 2008

 San Diego, California
Host: Children's Hospital San Diego

 More information and registration

---

**United Ostomy Association Of America**

**UOAA National Conference**

 Aug 15-18, 2007

 Chicago, IL

 UOAA convened its first National Conference at the Lincolnshire Marriott Resort near Chicago IL. For highlights, please see our 2007 National Conference Page

 © NutriThrive 2007 - All Rights Reserved



| | | | |  home |  discussion board |  contact us |

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## CONTACT US

**NutriThrive**
10828 Kenwood Rd
Cincinnati, OH 45242

1.888.NTHRIVE - toll free
1 888-401-8557 fax
info@nutrithrive.com

**Contact Information**

**Jennifer Arms**
**Director of Reimbursement**
jarms@nutrithrive.com

**Peg Gruenemeier, R.N.**
Clinical Coordinator
pgruenemeier@nutrithrive.com

**Kathleen Alvarez, R.Ph.**
Director of Pharmacy
kalvarez@nutrithrive.com

**Deborah Pfister, R.D., C.N.S.D.**
Director of Nutrition
dpfister@nutrithrive.com

© NutriThrive 2007 - All Rights Reserved




home


discussion board


contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## REFERRAL

To send a patient to NutriThrive or, become a NutriThrive consumer fill out the following form. If you prefer you can also contact us by phone at: 888-N-THRIVE (1-888-684-7483) or by email at: Intake@Nutrithrive.com

First Name:

Last Name:

Patient Name:

Address:

Email:

Phone:

Submit




home    
discussion board    
contact us

| NUTRITHRIVE | PRODUCTS & SERVICES | CLINICAL CARE | CONSUMERS | RESOURCES | CONTACT US |

## CUSTOMER SATISFACTION

NutriThrive is committed to customer satisfaction. As part of our standard practice, Satisfaction Surveys are periodically sent to consumers to check our service and determine what we can do to improve. Suggestions for improvement in services or grievances can be addressed through our offices at 888-N-THRIVE (888-684-7483).

### See What One Of Our Nursing Agency Partners Has To Say About NutriThrive:

" I just wanted to send a note to let you know how impressed I was with the care that our mutual patient…got. From the pre-planning visits, to the hospital to coordinate an appropriate discharge, to the post hospitalization follow-up, this patient got more attention than any TPN/ABX patient that I have ever shared with an infusion or nutrition company. As you know, I have had many years in the business of home infusion, but have never seen communication and coordination to exceed this case…. Your staff, especially Mona, is pleasant, knowledgeable and extremely professional…"

Kim Metcalf Richards
Angels at Home Healthcare
metcalfkrn@aol.com

© NutriThrive 2007 - All Rights Reserved

Case No. 2:08-CV-01252-WBS-EFB

DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF
OPPOSITION MOTION TO DISMISS OR TRANSFER VENUE

# EXHIBIT C

 

# DEPARTMENT OF CONSUMER AFFAIRS
# BOARD OF PHARMACY

Skip to Content | Accessibility

Search the Board of Pharmacy    GO

| Home | Licensees | Applicants | Consumers | Publications | Online Services | Laws and Regulations | About the Board |



GOVERNOR
SCHWARZENEGGER
Visit his Website

CALIFORNIA STATE
BOARD OF PHARMACY

## WELCOME TO THE BOARD OF PHARMACY

➤ Information for Licensees
➤ Information for Consumers
➤ Information for Applicants
➤ Information for E-Pedigree
➤ Online Services
➤ Laws and Regulations
➤ Written Information and Publications
➤ About the Board and Public Meetings
➤ Pending Decisions and Opportunities for Public Participation

## QUICK HITS

➤ Verify a License
➤ Change of Address
➤ License Renewal
➤ File a Complaint
➤ Board Meetings
➤ Enforcement Actions
➤ Contact Us
➤ Join Our E-Mail List
➤ Newsletter - The Script
➤ Medicare Part D Info
➤ What's New
➤ Department of Consumer Affairs

**Visit the Flex Your Power Website**



Energy efficiency and conservation information. Find incentives/rebates, technical assistance, retailers, product guides, case studies and more.

**Save a child with AMBER ALERT**



AMBER ALERT empowers law enforcement, the media and the public to combat abduction by sending out immediate information.

## CONTACT US

1625 N Market Blvd, N219
Sacramento, CA 95834
Phone (916) 574-7900
Fax (916) 574-8618



Back to Top   Help   Contact Us   Site Map

This web site contains PDF documents that require the most current version of Adobe Reader to view. To download click on the icon below.

Get Adobe Reader

Conditions of Use | Privacy Policy
Copyright © 2007 State of California



CA.GOV
**DEPARTMENT OF CONSUMER AFFAIRS**
**BOARD OF PHARMACY**

Skip | Content | Footer | Accessibility

Search the Board of Pharmacy    GO

| Home | Licensees | Applicants | Consumers | Publications | Online Services | Laws and Regulations | About the Board |

File a Complaint | Consumer Tips | Important Links | Notice to Consumers |

**CALIFORNIA STATE
BOARD OF PHARMACY**

## Information for Consumers

**QUICK HITS**

- Verify a License
- Change of Address
- License Renewal
- File a Complaint
- Board Meetings
- Enforcement Actions
- Contact Us
- Join Our E-Mail List
- Newsletter - The Script
- Medicare Part D Info
- What's New
- Department of Consumer Affairs

**CONTACT US**

1625 N Market Blvd, N219
Sacramento, CA 95834
Phone (916) 574-7900
Fax (916) 574-8618



- Antibiotics - A National Treasure *(PDF)*
- Buying Drugs from Foreign Countries or Over the Internet
- Complaint Process
- Consumer Fact Sheet Series
- Consumer Reports - Best Buy Drugs
- Consumer Tips
- Disciplinary Guidelines *(PDF)*
- Educational Materials
- Emergency Contraception Information
- FDA Information Regarding Medications and Medical Devices
- Filing a Complaint *(PDF)*
- Filing a Complaint Using the On-Line Complaint Form
- Health Notes
- Important Links
- Information about our Public Meetings
- Join our e-mail List
- Lower Your Drug Costs *(PDF)*
- Medicare Drug Pricing Inquiry
- Medicare Part D Information *(PDF)*
- Medication Safety and Drug Interaction Checker Web Sites
- More Written Information and Research Tools
- NCPIE - Background Information on New Drug Facts Label *(PDF)*
- NCPIE - New Drug Facts Label
- Notice to Consumers
- Patient Consultation
- Patients' Bill of Rights
- Pill-Splitting Pros
- Pill-Splitting Cons
- Pill-Splitting Other
- Prescription Label Survey
- Prescription Price Assistance Program
- Preserve a Treasure
- Public Disclosure Policy
- Request a Publication

Take our Survey

Tips to Save You Money When Buying Prescription Drugs

Verify a License

What is the Board of Pharmacy?

**Buying Drugs from Foreign Countries or Over the Internet** *(PDF)*

Buying Drugs from Foreign Countries or Over the Internet - English

Buying Drugs from Foreign Countries or Over the Internet - Spanish

Buying Drugs from Foreign Countries or Over the Internet - Chinese

Buying Drugs from Foreign Countries or Over the Internet - Vietnamese

**Tips to Save You Money When Buying Prescription Drugs** *(PDF)*

Tips to Save You Money When Buying Prescription Drugs - English

Tips to Save You Money When Buying Prescription Drugs - Spanish

Tips to Save You Money When Buying Prescription Drugs - Chinese

Tips to Save You Money When Buying Prescription Drugs - Vietnamese

**Notice to Consumers** *(PDF)*

Notice to Consumers - English

Notice to Consumerss - Spanish

Notice to Consumers - Chinese

Notice to Consumers - Russian

Notice to Consumers - Vietnamese

Back to Top | Help | Contact Us | Site Map

This web site contains PDF documents that require the most current version of Adobe Reader to view. To download click on the icon below.



Conditions of Use | Privacy Policy
Copyright © 2007 State of California



Search the Board of Pharmacy [GO]

# BOARD OF PHARMACY

| Home | Licensees | Applicants | Consumers | Publications | **Online Services** | Laws and Regulations | About the Board |

File a Complaint | Join Our E-Mail List | Request a Publication | Request Fingerprint Cards |

CALIFORNIA STATE
BOARD OF PHARMACY

**QUICK HITS**
- Verify a License
- Change of Address
- License Renewal
- File a Complaint
- Board Meetings
- Enforcement Actions
- Contact Us
- Join Our E-Mail List
- Newsletter - The Script
- Medicare Part D Info
- What's New
- Department of Consumer Affairs

**CONTACT US**

1625 N Market Blvd, N219
Sacramento, CA 95834
Phone (916) 574-7900
Fax (916) 574-8618



## Verify a License

California Pharmacy Law provides that information on the board's Web site can be accepted as verification of a license, per Business and Professions Code section 4106. If after following the steps below you are unable to navigate your search or have additional questions about the status of a license, please contact the board.

To find an individual or business, select a license type from the list below. Use the following link to assist you in your search.

- Clinic Permit
- Pharmacy Technician
- Drug Room
- Registered Pharmacist
- Designated Representative (Exemptees)
- Veterinary Food-Animal Drug Retailer
- Hypodermic Needle and Syringe
- Wholesalers
- Intern Pharmacist
- Sterile Compounding
- Pharmacies
- Non-Resident Sterile Compounding

Use the following steps to help your search. Use the following link for disciplinary information on a licensee.

- Enter the first and/or last name
- If you know the license number, enter the number only
- Do not use the prefix as part of the license number
- Only enter the name or the license number - do not use both
- A zip code or city as a second criteria will narrow down the search

Begin your search

**Disciplinary Information**

To determine whether board disciplinary action has been taken on a licensee, select a license type from the above list and follow the search steps. The search results for the licensee will indicate "Yes" under the Actions column if there is disciplinary information on the record. To see all the information for a licensee, including the disciplinary action, you must click on the highlighted name.

Begin your search

Use the following link for general information concerning the board's disciplinary record information and public disclosure.

Back to Top | Help | Contact Us | Site Map

This web site contains PDF documents that require the most current version of Adobe Reader to view. To download click on the icon below.

Get Adobe Reader

Conditions of Use | Privacy Policy
Copyright © 2007 State of California

Case 3:08-cv-01493-JM-BLM    Document 40-2    Filed 08/04/2008    Page 36 of 51

# Search Results for Nonresident Sterile Compounding

**This information is updated Monday through Friday - Last updated: JUL-23-2008**

To see all the information for a licensee, click on the highlighted name. This will also include disciplinary actions if any are present.

| Name | Type | Number | Status | Address | City | Zip | County |
|------|------|--------|--------|---------|------|-----|--------|
| BIORX LLC | NSC | 99504 | CLEAR | 10828 KENWOOD RD | CINCINNATI | 45242 | OUT OF STATE |

Record 1

First Previous

*Disclaimer*

*All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

Back    Return to Main License Listing

# BOARD OF PHARMACY

**Licensee Name:**   BIORX

**License Type:**   NON RESIDENT PHARMACY

**License Number:** 819

**License Status:**   CLEAR Definition

**Expiration Date:** September 01, 2008

**Issue Date:**   September 11, 2007

**Address:**   10828 KENWOOD ROAD

**City:**   CINCINNATI

**State:**   OH

**Zip:**   45242

**County:**   OUT OF STATE

**Actions:**   No

## Related Licenses/Registrations/Permits

| Number | Name | Type | Status |
|---|---|---|---|
| 99504 | BIORX LLC | NONRESIDENT STERILE COMPOUNDING | CLEAR |

## Public Disclosure

No information available from this agency

**This information is updated Monday through Friday - Last updated: JUL-23-2008**

*Disclaimer*
*All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

Back

# BOARD OF PHARMACY

**Licensee Name:**  BIORX LLC

**License Type:**  NONRESIDENT STERILE COMPOUNDING

**License Number:** 99504

**License Status:**  CLEAR [Definition](#)

**Expiration Date:**  September 01, 2009

**Issue Date:**  July 11, 2008

**Address:**  10828 KENWOOD RD

**City:**  CINCINNATI

**State:**  OH

**Zip:**  45242

**County:**  OUT OF STATE

**Actions:**  No

## Related Licenses/Registrations/Permits

| Number | Name | Type | Status |
|---|---|---|---|
| 819 | BIORX | NON RESIDENT PHARMACY | CLEAR |

## Public Disclosure

No information available from this agency

**This information is updated Monday through Friday - Last updated: JUL-27-2008**

*Disclaimer*
*All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

[ Back ]

Case No. 2:08-CV-01252-WBS-EFB

DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF
OPPOSITION MOTION TO DISMISS OR TRANSFER VENUE

# EXHIBIT D





🗀 Parent-2-Parent & Reflux in Children  >  –Reflux in Children and other GI Disorders Support Group–  >  Tube Feeding Issues

🗀▸ **UGH!! HHC Problems AGAIN!!!**



User Name  [User Name]  ☑ Remember Me?
Password  [        ]  [Log in]

| Register | FAQ | Members List | Calendar |

**Notices**

## Great News!!

Parent-2-Parent is holding a Contest to design a Brochure for our Parent Support Group! We are really excited to see what people come up with! For more information check out this post!



Thread Tools ▽

April 14th, 2008, 10:33 PM                                                                                          #1



**Heather28**
⭐⭐⭐

Join Date: Feb 2008
Location: Shreveport, LA
Posts: 194

📝 **HHC Problems AGAIN!!!**

Today I called to order Mason's formula only to be told NO by the HHC. WHAT!!!! The lady told me they show they delivered 6 cases of formula two weeks ago. Therefore, they cannot deliver any formula. Two weeks ago they delivered 6 cans, not 6 cases! After going round and round with the lady, she said she would have to pull the delivery ticket. I told her I had a copy of the ticket and it showed 6 cans, not cases. Then she had the nerve to tell me that I must be reading the delivery ticket wrong and she is sure they delivered 6 cases!!! 😠 She said she would call me back this afternoon, which she did not! So, I called her and she was unavailable…HOW CONVIENENT!!!

I am soooo furious!! 🔥 Every single time I call for supplies or anything, it's a hassle to get what we need. The bad thing about it is this is 1 of 2 DME companies that are in town and are in network for our insurance. The other company is not accepting any new patients due to them being overloaded. SO I'M STUCK!

Hopefully, tomorrow, they will figure out their mistake. If not, I don't know what I am going to do!

Sorry for the long post, just needed to vent!

_____

**Heather**

**Wife to:**

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

**Trey**

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Mom to:

Jenna - 10/25/02 - Perfectly Healthy!!!!

Mason - 7/12/07 - Severe GERD, Plyroric Stenosis at 9 weeks (9/12/07), Nissen Fundoplication and Pylroplasty at 6 1/2 months (1/18/08), G-Tube Placement 2/14/08, Diagnosed with Failure to Thrive and Oral Adversion; Currently doing overnight feeds 35 ml/hour for 12 hours; Meds: Prevacid and Miralax



---

April 14th, 2008, 10:35 PM                                                                                            #2

**Claudia**



Join Date: May 2005
Location: TX
Posts: 5,334

**Re: HHC Problems AGAIN!!!**

 We've been having some problems since switching DME but it's starting to settle down. The squeeky wheel gets the oil (or formula) so keep calling every 30mins.

_____

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Christopher my middle child 4yrs old
3mos 2weeks and 2days and now TPN again
Dx: Autoimmune enteropathy, Crohn's
Gtube feeds continuous Pediatric Vivonex
Meds: imuran, entocort, prevacid, Vitamins flagyl, claritin, prednisone
Matthew-- baby brother

David --big brother 11yrs old
Montage:

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*



---

April 14th, 2008, 10:39 PM                                                                                            #3

**kellymichelleg**
★★★

**Re: HHC Problems AGAIN!!!**

I am sorry you are having trouble hope everything gets straightened out tomorrow.

_____

Case 3:08-cv-01493-JM-BLM    Document 40-2    Filed 08/04/2008    Page 42 of 51



Join Date: Jul 2007
Posts: 1,339

Mom to:

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Thomas (5) all boy

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Kayla (4) all girl

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Leah (2) dx with Joubert Syndrome, low muscle tone, developmental delays, athsma, DGE, chronic constipation, oral dysfunction, sleep apnea, reflux, and many others.
T&A in June 07
G-Tube place August 07 because of aspiration of liquids
Takes: Flovent, Albuteral, Flonase, Miralax, Dairy free diet, O2 usually only at night with bipap, wears AFO's,
Gets PT, OT, ST, and DT each once per week

 Quote

---

April 14th, 2008, 11:36 PM                                                                 #4

**goddessgretcho**




Join Date: Mar 2008
Location: kansas
Posts: 61

Re: HHC Problems AGAIN!!!

Sounds all too familiar!! Good luck getting it straightened out!
_____
Gretchen---mom to
Heather 18(ADHD anxiety/depression)
Aimee 15
Celia 10 dandy-walker syndrome, trach, hearing loss, cleft palate, dysphagia, reflux, aspiration, g-tube, fundo, npo, asd and left pulminary arterial stenosis, kidney defect, spina bifida, scoliosis, hip dysplasia, seizures, adhd, sensory issues, autistic "like" behaviors, vasomotor rhinitis
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
full of life and oh so ornery!!
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

meds-- prevacid, claritin, straterra, duoneb, pulmicort, mirilax, risperdal, flonase, atrovent

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

 Quote

---

April 14th, 2008, 11:43 PM                                                                 #5

**utahjo2**

Re: HHC Problems AGAIN!!!

Oh I feel bad for you! That is one of the reasons we switched hhc. I got so tired of calling them every single time, usually two or three times a week, trying to get them to do their job. I got sooo frustrated!



frustrated! 
_____

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Jo, Married 27! years. Grand mother to 2, age 2 and 6 months. Mom to six, 26, 25, 23, 20, 18 and Parker, age 10.
Adopted as a 3 month old from Foster care, birth mother a multi drug user, including heroin, methadone and alcohol.
Dx- FG syndrome, Autism, cognitive and developmental delays, chronic constipation, refractory epilepsy, Vagal Nerve stimulator, unknown immune problem causing serious infections, feeding problems since infancy. Food allergies, including milk and soy.

**PEG tube placed Jan 15**

**Accidently yanked out on Feb 15**

**AMT mini one balloon placed Feb 16**

Currently on Neocate One Plus, Kangaroo Joey Pump first, switched to the Zevex Infinity, yay! Continuous feeds at 70mls an hour. Increasing flow very slowly.
Many medications, including 4 for his seizures. Parker's website:
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*



**Join Date: Mar 2006**
**Location: Utah**
**Posts: 804**

---

April 14th, 2008, 11:56 PM                                                                                              #6

**shannon132**
**Community Host of Tube Feeding Issues, Pre-school Years and Childrens Medical Matters**
★★★★
**P2P Supporter:** 💎

Re: HHC Problems AGAIN!!!

I'm sorry. Keep on em!
_____

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Shannon
Wife to Gabe 11/2/96

Mom to:



**Join Date: Jun 2007**
**Location: Mountlake Terrace, WA**
**Posts: 9,916**

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
Hannah 3/22/03 - Chronic ear infections as baby with tubes placed. Otherwise, perfectly healthy.

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
Caleb 7/14/05 - Former 35 weeker: GERD, FTT, Chronic Constipation, Speech & language delay, developmental delays, Dysphagia & Sensory Processing Disorder. NG tube for 8 months; G-tube (Bard) since 7/11/07.

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*



April 15th, 2008, 03:01 PM | #7

**Momtojaxandboo**
⭐⭐⭐



Join Date: Feb 2006
Location: Redding, CA
Posts: 1,266

**Re: HHC Problems AGAIN!!!**

I sm so sorry. I would keep calling and calling. And then if she is not available I would ask to speak to her supervisor. That is ridiculous. I hate it when people argue with customers. All they need to say is I will look into it and get back to you. Not argue. Is it really that hard??
_____
Hugs,
Jessi

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Joshua-

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Born at 25 weeks weighing in at 1 lb 8 ozs, and 14 inches long. Dx'd with Spastic CP of the left side, severe GERD, aspiration of all substances, failure to thrive. Fundo and 2nd Mickey button December of 07. Current Weight 30 lbs Height 3' 1" tall.

Jaxson - 6 year old who has Autism, Bipolar, ADHD, Reactive Attachment Disorder and FAE.

 Quote

April 15th, 2008, 03:10 PM | #8

**Heather28**
⭐⭐⭐



Join Date: Feb 2008
Location: Shreveport, LA
Posts: 194

 **Re: HHC Problems AGAIN!!!**

Well, I spoke with them right before lunch. Shockingly, they have figured out their mistake and will have the formula delivered tomorrow afternoon! Well, at least the problem has been fixed...until I need more supplies!
_____

**Heather**

**Wife to:**

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Case 3:08-cv-01493-JM-BLM        Document 40-2        Filed 08/04/2008        Page 45 of 51

<span style="color:red">Trey</span>

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Mom to:

<span style="color:magenta">Jenna - 10/25/02 - Perfectly Healthy!!!!</span>

<span style="color:blue">Mason - 7/12/07 - Severe GERD, Plyroric Stenosis at 9 weeks (9/12/07), Nissen Fundoplication and Pylroplasty at 6 1/2 months (1/18/08), G-Tube Placement 2/14/08, Diagnosed with Failure to Thrive and Oral Adversion; Currently doing overnight feeds 35 ml/hour for 12 hours; Meds: Prevacid and Miralax</span>





---

 April 15th, 2008, 05:17 PM

#9

 **cori n wes mom**
**The Tender Grip Angel!!**
★★★
**P2P Supporter:** 

**Re: HHC Problems AGAIN!!!**

---

<span style="color:blue">I would get a case manager with your insurance. We did that. Then when we have issues with what Apria won't give us, I call the case manager and she deals with them.</span>

---

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
Sarah Mom to

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
<span style="color:purple">Corianne, former 33 weeker non stop talker 6 year old</span>

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
<span style="color:blue">Wesley, former 35 weeker fast as can be 2 year old. MSPI:Allergic Colitis: Nutramagin for 8 looooong months, Plagiocephaly: Cute stinky helmet. Reflux, Bronchoscopy finding Strep pneumo and psudamonas, NEHI (Neuroendocrine Cell Hyperplasia of Infancy) a rare interstial lung disease **confirmed** DX with Open Lung Biopsy. DGE (anyone else tired of puke???</span>
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
<span style="color:purple">) ASD resolving & Pulmonary Hypertension (resolved</span>
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
<span style="color:purple">). Tubes 11/07. Prevacid, Reglan, Flovent, Albuterol if needed, Oxygen dependent 2L, & Peptamen Jr., CIB Juice & Boost Breeze to help weight, but oxygen has helped the most</span>
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
.

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
<span style="color:green">Melissa, Born June 2nd 2008.</span>

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Join Date: Feb 2007
Location: Gladstone Missouri
Posts: 7,810



*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*



April 15th, 2008, 05:30 PM                                                                                    #10

**mfertig**

**P2P Supporter:** 💎



Join Date: Apr 2007
Location: Arizona
Posts: 2,269

**Re: HHC Problems AGAIN!!!**

Glad you got the formula straightened out. I would call your insurance company and get a case manager. I would also let them know that the HHC was attempting to mis-bill them. That usually gets their attention. Also the insurance company should be able to give you a list of all the HHC's they will work with. Sometimes an out-of-town choice works better.
_____
Michele, Mother to Dante (3 yr old) - FTT since 4 mo. old, inability to swallow; NG for a yr followed by G-tube ; Graduated from Intensive Feeding Program in Richmond, VA on 3/21/08

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Cricopharyngeal myotomies (2) and botox
Meds: Rondec, Singulair, Prevacid, Miralax



April 15th, 2008, 05:55 PM                                                                                    #11

**mumtoakl**
⭐⭐⭐⭐⭐
**P2P Supporter:** 💎



Join Date: Dec 2007
Location: Lowell, Oregon
Posts: 630

 **Re: HHC Problems AGAIN!!!**

I have the opposite problem. Our insurance calls every month to see if Logan STILL needs his formula. Like he's going to outgrow all of his problems overnight. UGG. I'm glad you got it straightened out and I hope they don't do this to you again.
_____

Heather & Kevin
July 2nd, 1996
Alyssa 10/18/98-30 wkr-abruption
amblyopia
Kaelyn 12/28/00-full term
hypercalceuria
Logan 8/30/05-33wkr-preeclampsia
severe food allergies, eczema, ftt, reflux,
malabsorption, oral aversions, dysphagia,
feeding tube 4/17/08, autism dx'd 4/24/08,
neocate jr w/duocal, atarax, prevacid capsules

Case 3:08-cv-01493-JM-BLM     Document 40-2     Filed 08/04/2008     Page 47 of 51



---

April 15th, 2008, 06:20 PM                                                                    #12

**Jane**
★★★★
**P2P Supporter:** 



Join Date: Dec 2007
Location: Long Island, NY
Posts: 222

 Re: HHC Problems AGAIN!!!

I would call around too. There is no reason why you have to stick with a local company. The company I deal with is hours away from me. They use a delivery company that delivers all over Long Island.

If these companies start to realize that they will loose business if they don't straighten out, they might straighten out!

Hope things go smoother next time.

_____

Jane

Wife to Eric 3/19/95
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Mom to Jake 9/19/97
Eosinophilic Eosophagitis and Enteropathy, NG tube 11/07, PEG 12/07. Mic-Key 3/08
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

and Sarah 5/7/00
a princess in training
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*



---

April 15th, 2008, 09:46 PM                                                                    #13

*srmina*
P2P Moderator &
Community Host of Special
Sentiments, Tube Feeding Issues, and
Motility Disorders
★
**P2P Supporter:** 



Re: HHC Problems AGAIN!!!

Ugh! I agree with calling around. I was very surprised to find out that Nutrithrive (which is national by mail) took both of K's insurances. You should not have to put up with that kind of stuff.
_____
Susan, mom to
Karuna (5yo)
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
She has reflux, whole gut dysmotility, visceral hyperalgesia, and some sort of inflammatory bowel disease with multiple abscesses/fistulas. She also has Cerebral Palsy, Hypoxic-Ischemic Encephalopathy, Pancreatitis, Seizure Disorder, Autonomic Dysfunction, Pharyngo-laryngomalacia, Neurogenic Bladder and Voiding Dysfunction, and is Visually Impaired. She has a Broviac Central Line, GJ tube, Seton drain, caths, uses a foley at night, and is 100% TPN dependent.
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Join Date: Apr 2004
Location: Chicago
Posts: 36,349

Sameer (3yo)
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*
Former refluxer with asthma and a total terror!

Check out my E-magazine:
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*



---

April 16th, 2008, 03:43 PM                                                                         #14

**Momtojaxandboo**
⭐⭐⭐



Join Date: Feb 2006
Location: Redding, CA
Posts: 1,266

**Re: HHC Problems AGAIN!!!**

I am glad they got it all straightened out but I agree with everyone else its time to start calling around. I am working with Nutrithrive right now. I love my local HHC but they dont work with Zevex. We have a PET Pump and its not bad but now that we have beautiful sunny weather we go to the park in the afternoons and his pump is non stop beeps. So I want to get the infinity

_____

Hugs,
Jessi

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Joshua-

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Born at 25 weeks weighing in at 1 lb 8 ozs, and 14 inches long. Dx'd with Spastic CP of the left side, severe GERD, aspiration of all substances, failure to thrive. Fundo and 2nd Mickey button December of 07. Current Weight 30 lbs Height 3' 1" tall.

Case 3:08-cv-01493-JM-BLM    Document 40-2    Filed 08/04/2008    Page 49 of 51

Jaxson - 6 year old who has Autism, Bipolar, ADHD, Reactive Attachment Disorder and FAE.



April 16th, 2008, 07:22 PM    #15

**utahjo2**



Join Date: Mar 2006
Location: Utah
Posts: 804

Re: HHC Problems AGAIN!!!

Jessi, you will LOVE the infinity. It has given Parker a real sense of freedom his Joey had taken from him.
_____

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Jo, Married 27! years. Grand mother to 2, age 2 and 6 months. Mom to six, 26, 25, 23, 20, 18 and Parker, age 10.
Adopted as a 3 month old from Foster care, birth mother a multi drug user, including heroin, methadone and alcohol.
Dx- FG syndrome, Autism, cognitive and developmental delays, chronic constipation, refractory epilepsy, Vagal Nerve stimulator, unknown immune problem causing serious infections, feeding problems since infancy. Food allergies, including milk and soy.
**PEG tube placed Jan 15**
**Accidently yanked out on Feb 15**
**AMT mini one balloon placed Feb 16**
Currently on Neocate One Plus, Kangaroo Joey Pump first, switched to the Zevex Infinity, yay! Continuous feeds at 70mls an hour. Increasing flow very slowly.
Many medications, including 4 for his seizures. Parker's website:
*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*



April 16th, 2008, 09:35 PM    #16

**Momtojaxandboo**
★★★



Join Date: Feb 2006
Location: Redding, CA
Posts: 1,266

Re: HHC Problems AGAIN!!!

Quote:
Originally Posted by **utahjo2**
*Jessi, you will LOVE the infinity. It has given Parker a real sense of freedom his Joey had taken from him.*

I am really sick of the PET these last 2 days it has been nothing but alarms. we have been more active so the drip chamber on the PET is being picky. I am just ready to scream..
_____
Hugs,
Jessi

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Case 3:08-cv-01493-JM-BLM     Document 40-2     Filed 08/04/2008     Page 50 of 51

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Joshua-

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

*To view links or images in signatures your post count must be 10 or greater. You currently have 0 posts.*

Born at 25 weeks weighing in at 1 lb 8 ozs, and 14 inches long. Dx'd with Spastic CP of the left side, severe GERD, aspiration of all substances, failure to thrive. Fundo and 2nd Mickey button December of 07. Current Weight 30 lbs Height 3' 1" tall.

Jaxson - 6 year old who has Autism, Bipolar, ADHD, Reactive Attachment Disorder and FAE.



  

 Parent-2-Parent & Reflux in Children > ~Reflux in Children and other GI Disorders Support Group~ > Tube Feeding Issues
UGH!! HHC Problems AGAIN!!!

« Previous Thread | Next Thread »

**Currently Active Users Viewing This Thread: 1** (0 members and 1 guests)

Posting Rules                    

You may not post new threads
You may not post replies
You may not post attachments
You may not edit your posts

BB code is On
Smilies are On
[IMG] code is On
HTML code is Off

Forum Jump
Tube Feeding Issues

All times are GMT -4. The time now is 05:09 PM.

Powered by vBulletin® Version 3.7.0
Copyright ©2000 - 2008, Jelsoft Enterprises Ltd.
All information, opinions and advice given are those of the member posting and not representative of the site or its administrators. This site and the advice given are not meant to replace your doctor. Please consult your doctor at all times regarding medical care and if you or your child are experiencing a medical emergency please call your doctor or the emergency line in your country(i.e. 911 in the U.S.). Parent-2-Parent strongly urges all parents to seek out medical advice from a licensed medical profesional (preferably a specialist in the area of your child's condition). We do not advocate, advise or support decisions made to go against the recomendations given by your

Case 3:08-cv-01493-JM-BLM     Document 40-2     Filed 08/04/2008     Page 51 of 51

┌─────────────────────────────────────────────────────────────────────────────────┐
│                          **Sponsored Links for Better Health**                         │
├─────────────────────────────────────────────────────────────────────────────────┤
│  Visit mindxpansion.com for free informative articles to improve your health and Comprehensive Ayurvedic Analysis, including Mind/Body │
│  Type Analysis, Personalized Nutrition Guide and Balance Analysis for Better Health and well-being. You can also use this Health Index to get │
│                          information on any conditions you might have.                          │
└─────────────────────────────────────────────────────────────────────────────────┘

Case No. 2:08-CV-01252-WBS-EFB

DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF
OPPOSITION MOTION TO DISMISS OR TRANSFER VENUE

# EXHIBIT E



Thriving on HomePEN:
It's Not Always Black and White

23rd Annual Consumer/
Clinician Conference

San Diego Marriott Mission Valley
San Diego, CA
June 26 to 30, 2008

Conference Program

Hospira

Special thanks to Hospira
for underwriting this
conference program book

The Oley Foundation
25 ★ YEARS

# President's Welcome

Dear Oley Friends,

During the conference, I would like you to do two things. First, look me up and tell me what you like best about the Oley Foundation (or tell me what you don't like or what you would like to change). Second, say hello to someone you don't know and ask them how they are connected to Oley.

One of the best things about the Oley Conference is what we learn from each other. Our speakers are excellent. The program has been thoughtfully planned to have something of interest for everyone. However, all the information offered is only a starting point. Ask questions. Share your experience. Learn about someone or something new.

The physicians, dietitians, nurses, pharmacists, and other clinicians are here because they want to spend time with HPEN consumers and their families. Oley's corporate partners are here to tell you about products and services that could make a major difference in your life. Long-term consumers who have "been there and done that" are here to share things they have learned about managing their therapy more effectively and living their lives as fully as possible. If this is your first Oley Conference, please don't be shy! Say "Hello" to everyone and ask as many questions as you can think of.

I would also like you to help me learn more. I had been a tube feeder for only eighteen months when I attended my first Oley Conference. I was amazed at how much I learned. I have learned something new at each of the four Oley conferences I have attended since then. Now, I am also learning about being on the Board of Trustees. I want to learn from you how the Oley Foundation can best serve our consumers, clinicians, and corporate partners.

Enjoy the Conference and enjoy San Diego! I look forward to visiting with you.

Sincerely,

Rick Davis
HEN Consumer
President, The Oley Foundation

---

*We strongly advise that you discuss any medical information received from the Oley Foundation through the newsletter, conference presentations, informal discussions, etc. with your physician before making any changes in your health care.*

The Oley Foundation

25 ★ YEARS

214 Hun Memorial
Albany Medical Center, MC-28
Albany, NY 12208-3478
(800) 776-OLEY, (518) 262-5079, FAX (518) 262-5528
BishopJ@mail.amc.edu
www.oley.org

1

# Conference Co-Chairs' Welcome

Dear Oley Friends,

Welcome to beautiful Southern California and the San Diego Marriott in Mission Valley. This great venue, the warm sun and relaxed setting create an atmosphere conducive to learning and networking. We hope that the formal presentations will shed some light on the therapy that sustains you or a family member. We encourage you to ask questions and visit the speakers at the close of the sessions. Afternoon breakout sessions are more intimate gatherings and also excellent venues for interacting with other consumers/family members and the "experts." If you are here with a family member consider attending separate sessions to expand on what you learn.

If this is your first time attending an Oley conference, try not to miss the Welcome Reception on Thursday at 7:00 p.m. and Conference Orientation on Friday morning at 8:30. The Town Hall Meeting on Saturday evening is meant to bring us together for the purpose of exchanging ideas. Learn more about the nuts and bolts of our efforts and share your thoughts on how to move Oley's mission forward.

"Dots for Diagnosis" is new this year and we hope that you will participate by "wearing" your diagnosis for the purpose of networking. Often the underlying disease is the common bond that connects Oley members, and it can take the conference experience to the next level.

It's worth mentioning that Oley conference speakers join us in San Diego because they truly believe in furthering your understanding of these complicated therapies. Please join us in thanking them for their enthusiasm and commitment.

¡Bienvenidos a San Diego!

Joan Bishop
Executive Director, Conference Co-Chair

Laurie Reyen, RN, MN, CNSN
Conference Co-Chair

2

# Oley Trustees

**Officers**
Rick Davis, President
Salt Lake City, UT

Laura Ellis, PhD, RD, *Vice President*
Weill Cornell Medical College
New York, NY

**Trustees**
Jane Balint, MD
Nationwide Children's Hospital
Columbus, OH

Alan Buchman, MD, MSPH, FACN, FACP, FACG, AGAF
Northwestern University
Chicago, IL

Ann DeBarbieri, HPEN Consumer
Gansevoort, NY

Jane Golden, HPEN Consumer
Watertown, CT

Kishore Iyer, MBBS, FRCS, FACS
Mount Sinai Medical Center
New York, NY

Jim Lacy, RN, BSN, CRNI
Draper, UT

Laura Matarese, PhD, RD, LDN, FADA, CNSD
University of Pittsburgh Medical Center
Pittsburgh, PA

Sheila Messina, MA, RN
1-Flow Corporation
San Jose, CA

Michael Medwar, Secretary
Cape Cod Times
Hyannis, MA

Gail Sansivero, MS, ANP
Community Care Physicians
Albany, NY

Doug Seidner, MD, FACG, CNSP
Vanderbilt University Medical Ctr
Nashville, TN

Cheryl Thompson, PhD, RD, CNSD
MD Informatics, LLC
Salt Lake City, UT

Marion Winkler, MS, RD, LDN, CNSD
Rhode Island Hospital
Providence, RI

**Committee Members**
Lyn Howard, MB, FRCP, FACP
Oley Foundation Medical Director, Co-Founder
Albany Medical Center
Albany, NY

Darlene Kelly, MD, PhD, FACP
Oley Foundation Research Committee Chair
Mayo Clinic Rochester
Rochester, MN

3

# General Information

## Registration and Conference Information

Information about all aspects of the conference is available at the registration desk. The desk will be staffed Thursday from 6:00 p.m. to 7:00 p.m., Friday from 8:00 a.m. to 4:30 p.m., and Saturday from 9:15 a.m. to 4:30 p.m. All conference activities will be held at the Marriott except for the youth activities, transition to independence session, and Walk-a-Thon. A map of the meeting rooms is on the back cover of this program.

Please don't leave needles laying around in your hotel room. There will be a sharps container at the registration desk, if you didn't bring your own.

## Medical Support/Emergency Services

For an emergency: **1)** Call your physician to discuss the proper treatment plan. **2)** If your physician is not available, call Dr. Lyn Howard for her recommendation (she is staying at the Marriott from Thursday evening through Sunday evening). **3)** Seek emergency care at Sharpe Memorial (7901 Frost Street, San Diego, 858-939-3400).

**Telephonic support/backup for (emergency) nursing and pharmacy infusion** during the conference has been graciously offered by Apria Healthcare / Coram Inc., Specialty Infusion Services. Call the San Diego Coram branch (800-540-7887) and identify yourself as an Oley Conference participant. They will need contact information for your physician in order to obtain orders. They can dispense prescribed fluids, additives, and supplies with a physician's order. They can also help troubleshoot a consumer's pump, provided it is one they are familiar with.

## Child Care

Sponsored by NutriThrive, Inc., complimentary child care is available in Ashley's, Friday from **8:30 a.m. to noon and 2:00 p.m. to 4:30 p.m.**, and Saturday from **9:15 a.m. to noon and 2:00 p.m. to 4:30 p.m.** Parents are responsible for their children during the lunch break. Signed permission statements are required and are available at the registration desk. **Please label your child's personal items** (strollers, sippy cups, backpacks, etc.) that you will be leaving in child care.

*Friday morning: Children who have been nominated for awards* should attend the Awards Ceremony. Each child will be recognized and have their picture taken.

## Welcome Reception

Join us Thursday at 7:00 p.m. in Cabrillo Salon I. Meet Oley Trustees and staff, and other consumers. We will be celebrating Oley's 25th anniversary.

---

# Oley Staff

**JOAN BISHOP**
Executive Director                           bishopj@mail.amc.edu
Joan has been with Oley since 1985 (nearly its inception). As Executive Director, Joan handles the multitude of tasks it takes to keep Oley running and growing, including budget planning, building relationships, fundraising, board development, and coordinating the annual conference. She is dedicated to fulfilling the Foundation's mission and welcomes your ideas, comments, and criticisms.

**ROSLYN SCHEIB DAHL**
Director, Communications & Development        dahlr@mail.amc.edu
Roslyn has served Oley members for thirteen years. She is responsible for producing Oley publications and managing Oley's Web page and information clearinghouse. She works closely with other staff members and volunteers to raise funds for the Foundation and to promote its services to an ever-growing audience. Call on her to research your questions or to share ideas for Oley publications or promotions.

**CATHY HARRINGTON, MA**
Administrative Assistant                      harrinc@mail.amc.edu
Cathy has been with Oley since 1998, and before that was the Secretary for Albany Medical Center's Division of Clinical Nutrition. She has experience in patient care, extensive knowledge of the homePEN arena, and a strong desire to support Foundation activities. Cathy manages the member database, answers most of your calls, and meets the needs of the Foundation office. She is the glue that holds us together!

**LISA METZGER**
Editor, LifelineLetter                        metzgel@mail.amc.edu
Lisa is the Editor of the *LifelineLetter*. She brings with her more than twenty years experience in writing and editing, and now has nine terrific issues of the newsletter behind her. Lisa has been a member of Oley for many years following her two stints on HPN due to hyperemesis gravidarum while pregnant. She is eager to hear your suggestions for articles in the *LifelineLetter*.

**KATE SWENSEN**
Outreach Coordinator                          swensek@mail.amc.edu
Kate has been Oley's Outreach Coordinator since 2006. She recently graduated with a B.S. in biological sciences from SUNY Albany. She has first-hand experience with HPN as one of her family members has been HPN-dependent for twenty years. Kate's charming, personable nature and experience in the daily impact of living with HPN are a great asset for the Oley team. She looks forward to hearing your input and ideas.



# General Info. (con't)

## Conference Orientation

A must attend for current Oley Conference goers. Meet Oley staff Friday at 8:30 a.m. in Cabrillo Salons to learn how to make the most of your first conference experience.

## Oley Awards Presentation

Join us in celebrating some outstanding individuals Friday morning at 9:00 a.m in the Cabrillo Salons. To read about the winners, see pages 13 to 19. **Children who have been nominated** for an award should attend the presentation with their parents.

## Main Sessions

*Friday: Advocating for Yourself: Imagine You Are the Co-Pilot*

In this session you'll learn how to build the optimal relationship with your physician to improve your health. You'll also discover how an interventional radiologist can improve your care, as well as how to reduce catheter infections. Don't miss the advice from experts who have dozens of years experience working and living with homePEN.

*Saturday: It's a Zoo Out There!*

After optimal health care, quality of life is priority number one. Oftentimes it is hard to separate the two! In this session you'll learn tips for improving your quality of life. Everything from diarrhea to depression will be made more about the research Oley is starting in this area. Come prepared to participate.

## Exhibit Hall

Come learn more about parenteral and enteral products and services Friday and Saturday in the Rio Vista Ballroom. The Grand Opening is Friday at noon. Saturday is Raffle Day. Visit the exhibits and qualify to win raffle prizes. You must be present in the hall to win! Complimentary lunch will be available both days, sponsored on Friday by NutriThrive.

## Your Choice! Breakout Sessions or Workshops

**Afternoons** it's your choice: join in the workshop or participate in the small group discussion breakout sessions (see pages 10 and 11 for topics).

A must attend for tube feeders, **Friday's EN workshop** features a panel of experts who will speak on tube complications and options, site and formula selection, reimbursement issues (Medicare competitive bidding process), etc. Roundtable discussion are planned. Bring your questions!

Designed for parents, **Saturday's pediatric workshop** will cover advances in the field of managing HPEN in the pediatric population, pain management, intestinal transplantation, school advocacy, maintaining relationships with your child's medical team, preserving family life, etc. Bring your questions.

# General Info. (con't)

## Jammin' Jammies!

Sponsored by Abbott Nutrition–PediaSure, a supervised evening of fun for Oley kids and siblings will be held Saturday in Ashley's, 7 to 9:00  p.m. (ages 7-14), and 7 to 11:00  p.m. (ages 15+). Sign-up and permission slips are required, and HPEN youth who need to be infusing must come already hooked up. Wear modest PJ's and don't forget your pillow!

## Youth Activity

The youth activities are designed for kids ages 7 to 15. Signed permission statements are required and available at the registration desk. If your child tires easily or has limited mobility, please notify Oley staff at your earliest convenience, so we can plan accordingly.

*Friday Youth Activity — Old Town Trolley Tour*

Kids should be ready to leave from the lobby at 2:00  p.m. sharp! They will enjoy a private two-hour, fully narrated, kid-oriented tour of San Diego and Coronado aboard Oley's reserved trolley. The trip covers 30 miles and over 100 points of interest, including the San Diego Zoo and El Prado in Balboa Park, Old Town, and Seaport Village. The bus is handicap accessible and restroom stops will be made as needed during the tour. Oley will provide a water cooler. Kids should dress for hot weather. The tour will end back at the lobby of the San Diego Marriott Mission Valley, where you should pick up your child(ren) at 4:30  p.m. If you haven't already signed your child(ren) up for the trip, please be sure to do so at registration, as seating is limited!

*Saturday's Youth Activity — To Be Determined*

## Transition to Independence  (Ages 15 to 30 only)

Young adults are invited to join Dr. Kelly and her team in the lobby at noon... for lunch and a serious discussion about taking responsibility for the management of their therapies. This session includes an opportunity to network with others and an excursion through San Diego on the Old Town Trolley that ends at 4:30 p.m. Attendees will need signed permission slips and a beverage (if bottled water does not meet their needs).

## Oley Benefit Auction — An Entertainment Extravaganza!

The fun begins Friday at 7:30 p.m. when the bidding opens in the Cabrillo Salons. Drop off donated items at the registration desk before Friday afternoon. Visa, MasterCard, and American Express will be accepted!

# General Info. (con't)

## Town Meeting

Join us for a complimentary dinner Saturday evening and discuss the future of the Oley Foundation. We'll brainstorm ideas with Oley staff, trustees, and supporters. The recipient of the Kyle R. Noble Scholarship will also be announced.

## Oley Walk-A-Thon

Join us for a gentle walk through the Promenade complex, a beautiful park-like setting adjacent to the Marriott. Approximately one mile in length, at your own pace, the walk should provide an excellent opportunity to get outside of the hotel to enjoy the climate and others who are walking with us to raise funds for Oley programs. If you're not walking, meet us at the start and finish lines to cheer for the walkers.

Pledge sheets are available anytime at the Oley Registration Desk. Forms and pledges can be turned in on Saturday (all day) or Sunday (before 10:00 a.m.) in the Cabrillo Foyer, where you can also pick up your t-shirt.

Meet outside the front door of the Marriott at 10:00 a.m. sharp to begin the journey with us.

## The 25th Annual Oley Picnic

The picnic is being held Sunday at the Marriott, utilizing the pool area, terraces, lawn area and a meeting room. We look forward to games, relay races, face painting, bingo (for prizes!), rock painting, and just relaxing with everyone. An agenda is included in your packet and will be posted on-site outlining the schedule of events to help you plan your day. Lunch will be served.

Note: The pool area cannot be closed for the event so if you enjoy sitting in the sun and wish to utilize the lawn chairs in this area, it would be best to put a towel on a chair early in the morning to reserve your spot. And don't forget your sunscreen (compliments of Fruit of the Earth.)!

## Farewell Breakfast

Join fellow conference attendees Monday morning for breakfast in Ashley's. The cost is $12 per person. Bring your camera and address book for this hug and photo fest.

8

---

# Program

## Thursday

**6:00 p.m. – 7:00 p.m.**
Early Registration/Information
Cabrillo Foyer

**7:00 p.m. – 9:00 p.m.**
Welcome Reception
Cabrillo I
See page 5 for details.

## Friday

**8:00 a.m. – 4:30 p.m.**
Registration/Information
Cabrillo Foyer
Complimentary continental breakfast available.

**8:30 a.m. – 9:00 a.m.**
Orientation for First-Time Attendees
Cabrillo Salons

**9:00 a.m. – 9:45 a.m.**
Welcome/Awards Ceremony
Cabrillo Salons
See page 6 for details.

**9:45 a.m. – 12:00 p.m.**
Main Session I: Advocating for Yourself:
Imagine You Are the Co-Pilot
Cabrillo Salons
See page 6 for details.

**12:00 p.m. – 2:00 p.m.**
Grand Opening of the Exhibit Hall
Rio Vista Ballroom
Complimentary lunch sponsored by
NutriThrive

**12:00 p.m. – 4:30 p.m.**
Transition to Independence
Teen/young adult consumers meet in lobby.
See page 7 for details.

**2:00 p.m. – 4:30 p.m.**
Youth Activity
See page 7 for details.

**2:15 p.m. – 4:30 p.m.**
Tube Feeding Workshop
Cabrillo Salon
See page 6 for details.

**2:15 p.m. – 3:15 p.m.**
**3:30 p.m. – 4:30 p.m.**
Breakout Sessions I & II
(choose two)

9

# Program (con't)

## Saturday

Interventional Radiology and Options!
Sierra 6
*Gail Sansivero, MS, ANP*

Pain Management
Sierra 5
*Michael Joseph, MD*

Reducing Catheter Complications
Sante Fe 3
*Reid Nishikawa, PharmD*

Treating Motility Disorders *Session I Only*
Sante Fe 4
*Jorge Vargas, MD*

Treating IBD *Session II Only*
Sante Fe 4
*Doug Seidner, MD*

Legal Eagle: Disability Issues
Salon A
*Tom Diamantidis, PharmD; James Dolenga*

Reducing Dependency on HPN
Sante Fe 3
*Lyn Howard, MD*

A Solution for Dehydration
Balboa 1
*Melissa Miller, RN*

**7:30 p.m. – 9:00 p.m.**
**Oley Benefit Auction**
Cabrillo Salons

**9:15 a.m. – 4:30 p.m.**
Registration/Information
Complimentary continental breakfast available.

**9:30 a.m. – 9:45 a.m.**
In Loving Memory
Cabrillo Salons
A tribute to beloved Oley members who have died in the past year.
See page 35 for details.

**9:45 a.m. – 12:00 p.m.**
Main Session II: It's a Zoo Out There!
Cabrillo Salons
See page 6 for details.

**12:00 p.m. – 2:00 p.m.**
Raffle Day in the Exhibit Hall
Rio Vista Ballroom
Visit exhibits to enter contests. Must be present to win. Complimentary lunch will be available.

**2:00 p.m. – 4:30 p.m.**
Youth Activity
See page 7 for details.

**2:15 p.m. – 4:30 p.m.**
Pediatric Workshop
Cabrillo Salon
See page 6 for details.

**2:15 p.m. – 3:15 p.m.**
**3:30 p.m. – 4:30 p.m.**
**Breakout Sessions III & IV**
(Choose two)
Intestinal Transplantation Update *Session I only*
Sierra 5
*Doug Farmer, MD*

# Program (con't)

Beyond Pain Medication: Massage, etc.
Santa Fe 4
*Marsha Boatwright, RN*

Cooking to Maximize Absorption
Sierra 6
*Carol Ireton-Jones, PhD, RD; Laura Matarese, PhD, RD*

Being Good to Your Liver and Bones
Salon A
*Doug Seidner, MD; Darlene Kelly, MD*

Diarrhea as the Elephant in the Living Room
Santa Fe 3
*Lyn Howard, MD*

Sharpening Your Coping Skills
*Consumers Only Session I*
Balboa 2
*TBA*

Sharpening Your Coping Skills
*Spouses/Caregivers Only Session II*
Balboa 2
*TBA*

Hot Topics in HPN Research
Salon A
*Cindy Hamilton, MS, RD; Marianne Opilla, RN; Anne van Dijk; Renate Visers*

**5:30 p.m. – 8:00 p.m.**
Town Meeting
Cabrillo Salons
See page 7 for details.

**7:00 p.m. – 9:00 p.m./11:00 p.m.**
Jammin' Jammies
Ashley's
See page 7 for details.

## Sunday

**10:00 a.m. – 11:00 a.m.**
Walk-A-Thon
Join us for the Oley Walk-a-Thon outside the front door of the Marriott lobby. The walk ends at the Marriott where the picnic will be held. See page 8 for details.

**11:00 a.m. -2:00 p.m.**
Picnic
Marriott Pool
The picnic will be held Sunday, from 11:00 a.m. to 4:00 p.m. by the Marriott pool. See page 8 for details.

## Monday

**9:00 a.m. — Noon**
Farewell Breakfast
Ashley's
See page 8 for details.

# 2008 Awards Program

The Annual Oley Awards Program recognizes homePEN consumers and family members who exhibit courage and perseverance in overcoming the adversity of illness and are generous in the effort of helping others. It also recognizes an outstanding clinician volunteer, and HPN researchers.

Winners are chosen from a pool of nominees by a panel of previous award winners, Oley board and committee members, and Oley staff (when there is a tie). We rely on YOU to nominate worthy candidates. There are many individuals who deserve this recognition. Please consider nominating these special people for next year's program. Nomination forms are available in the January/February issue of the LifelineLetter, and online at www.oley.org (between February and April).

Join Oley in celebrating their outstanding efforts Friday, June 27, at 9:00 a.m. (immediately following the Welcome).



## Awards To Be Presented This Year:

LifelineLetter Annual Award
*In Honor of Nutrishare Inc., Oley Platinum Partner*

Oley Foundation Child of the Year
*In Honor of NutriThrive, Oley Golden Medallion Partner*

Celebration of Life Award
*In Honor of Apria Healthcare / Coram Inc., Specialty Infusion Services, Oley Platinum Partner*

Lenore Heaphey Grassroots Education Award
*Sponsored by Kimberly-Clark, Oley Blue Ribbon Partner*

Nan Couts Award for the Ultimate Volunteer
*Coordinated by Judy Peterson*

Nutrishare Home TPN Research Prize
*Sponsored by Nutrishare Inc., Oley Platinum Partner*

13

---

# In Case You're Wondering...

During the conference you may notice meetings or gatherings that aren't announced anywhere, and wonder what is going on. The answer is that there are a few activities that happen at the Oley conference that not all conference attendees participate in.

For example, a meal or outing may be hosted by a company for their customers who attend the Oley conference. It is a way for them to thank their customers and get to know them better. Oley's policy prohibits companies from inviting people who aren't already receiving their products or services, and from holding gatherings during times that conflict with scheduled Oley activities.

If you have any questions about any gatherings, whether an invitation you've received is appropriate, or any other part of the Oley conference, please feel free to ask an Oley staff member at the registration desk.

12

## Awards Program (con't)

### LifelineLetter Annual Award

*In Honor of Nutrishare, Inc., Oley Platinum Partner*

#### June Bodden • Clearwater, FL

June Bodden well deserves the *LifelineLetter* Annual Award, which is given to recognize a homePEN consumer or caregiver's courage, perseverance, positive attitude, and generosity in helping others in their struggle with homePEN issues.

June, who has been PN dependent for twenty-three years, has been an Oley Regional Coordinator volunteer since the early 1990s. In that capacity she has reached out to many who were looking for support and answers. Beyond that, on Tuesdays June is active with her church Bible study group; on Wednesdays, she volunteers with Meals on Wheels (and has for eighteen years!); and on Fridays she helps at her local food pantry.

June has been very active with the Oley-Tampa Bay area support group since it began in 1988. She stepped up to lead the group about ten years ago, and since then has carefully planned meetings and located materials that might be of interest to the group or other PN consumers. Twenty-seven people, including consumers, caregivers, and clinicians, gathered in March to celebrate the group's twentieth anniversary.

Diane Wagner, a consumer who has also been part of the group since 1988, says, "June is in contact with me and others by e-mail, snail mail, or phone. She makes an extra effort whenever someone she knows is in the hospital or sick at home. She spends hours planning our group meetings, contacting new patients on PN, and keeping us informed of new advancements in Oley and PN-related areas."

Through the years, June has frequently given of her time to answer calls to one of the consumer/caregiver roll-free phone lines Oley offers. In fact, she's "(wo)manning" a line in September. Don't hesitate to call her.

As Oley Consumer Advocate Don Young says, "June is a hard worker who gets the job done. If she were a baseball pitcher," he adds, "we would say, 'She still has her fastball.'"

Congratulations, June!

**Nominees:**

Gabriela Bahena
James Cowan
Margorzata Lewandowska-Fared
Philip Lindensmith
Sheila Messina

Holly Owens
Robert M. Smithers, Jr.
Karyn Thomas
Elizabeth Tucker
Tony Zawalski

14

## Awards Program (con't)

### Oley Foundation Child of the Year

*In Honor of NutriThrive, Oley Golden Medallion Partner*

#### Nina Marie Marino • Clearwater, FL

We are pleased to extend the Oley Foundation Child of the Year Award to nine-year-old Nina Marie Marino of Clearwater, Florida. Nina is being presented with this award for her positive attitude in dealing with her illnesses and therapy, and for the inspiration and encouragement her attitude offers others. "Nina does not let anything get in her way of enjoying life," says her mom, Lesley.

Nina had a G-tube since she was four days old, and has been on and off parenteral nutrition several times. Nina is missing most of her esophagus, one lung, and several centimeters of intestines, and has three heart defects. Nina has undergone seventy-three surgeries. Yet in February, she participated in her first national ice-skating competition. She won second-, fourth-, and fifth-place medals. One day, Lesley says, Nina wants to skate with the Disney on Ice company.

A Marino family friend, whose son, like Nina, has extensive medical issues, says Nina has helped them to see the positive side of life. "Nina is a compassionate, happy and energetic young lady," she says. "Nina has taught us that in spite of all the challenges she has been faced with, the most important part of life is living it to the fullest. She has also taught us to appreciate. She seems to thoroughly understand all her medical issues and accepts them with no self-pity."

Nina and Lesley visited the Oley-Tampa Area support group this spring as the group celebrated its twentieth anniversary. "Nina's winsome personality had our hearts in just a few minutes," says Oley Regional Coordinator June Bodden. "Everyone was very impressed with the knowledge this pint-size child possesses and what an energetic, full-of-life example she is."

Congratulations, Nina, and good luck ice skating!

**Nominees:**

Bonnie Burch
Olivia DeKold
Mason Lindley
Angel Perrenoud
Charles Michael Rolfe
Reese D. Tower
Tim Weaver
Rowan Jameson Windham

# Awards Program (con't)

## Lenore Heaphey Grassroots Education Award

*Sponsored by Kimberly-Clark, Oley Blue Ribbon Partner*

### Ann Weaver • Naperville, IL

Ann Weaver is always available to reach out and educate others about Oley, and about what it means to be dependent on enteral or parenteral nutrition or to care for a child on homePEN. She has been chosen to receive the Lenore Heaphey Grassroots Education Award this year for organizing and participating in several education programs.

Ann has had direct experience with homePEN since her son was born with Hirschsprung's disease in 1994. She has served as an Oley Regional Coordinator volunteer since 2001, and as such has generously offered support and information to other consumers and caregivers.

In February, Ann, her son Tim, and Oley Trustee and HPN consumer Sheila Messina, RN, MA, spoke as part of an Oley panel at Clinical Nutrition Week in Chicago. Organized by the American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.), Clinical Nutrition Week brings researchers and clinicians from around the world who specialize in the field of homePEN together to share ideas. Ann, Tim, and Sheila spoke on what it means to be a homePEN consumer and/or caregiver, offering clinicians a glimpse into consumers' and caregivers' day-to-day routines and concerns.

For several years Ann has also helped educate pharmacy students by sharing with them the consumer's and caregiver's points of view on homePEN. Anna Nowobilski-Vasilios, PharmD, BCNSP, writes that Ann has helped her teach a Home Infusion Therapy elective at Midwestern University's Chicago College of Pharmacy. "Her insight and candor," says Dr. Nowobilski-Vasilios, "have contributed significantly to the education of future pharmacists and to their development of compassion for the individuals whom they will serve once they graduate and begin practicing."

Congratulations, Ann!

**Nominee:**
June Bodden

---

# Awards Program (con't)

## Celebration of Life Award

*In Honor of Apria Healthcare / Coram Inc., Specialty Infusion Services, Oley Platinum Partner*

### Jerry Fickle • New Haven, IN

Jerry Fickle has been on parenteral nutrition since 1981, and in that time PN hasn't stopped him from doing the things he loves. Jerry lives life to the fullest, and it's because of this that he is being honored with the Oley Foundation Celebration of Life Award.

Sharon Woods, MSN, RN, CNSN, who serves as one of Jerry's homecare nurses, says, "Jerry started on HPN in the days when consumers had to go to the hospital pharmacy and pick up all their supplies themselves—a daunting task. This included the glass bottles of amino acids, dextrose, and lipids. It was an incredible time for the first HPN consumers. Jerry took to this problem with perseverance and a positive outlook." Of course, not only did early consumers like Jerry have to pick up their own supplies, they had to learn to mix them as well. At that time, Jerry was working full time, teaching physical education in elementary schools, and infusing at night.

Jerry is now retired, which gives him more time to devote to being a Purdue fan. During football season you are likely to find Jerry and his wife Dotty at a Purdue game, occupying one of the best seats in the stadium. In the off-season, Jerry and Dotty are likely to be traveling. In fact, Jerry will not be able to attend the Oley conference in San Diego to receive this award. In late June Jerry and Dotty will be on a cruise, somewhere on the Atlantic or St. Lawrence Seaway, celebrating their fortieth wedding anniversary.

"Jerry is an inspiration to any one of us," says Sharon. "His chronic health problems/challenges have not consumed his life or prevented him from living life to the fullest even though he infuses his HPN six times a week."

Congratulations, Jerry, on both the award and your fortieth anniversary!

**Nominees:**
Esther Ann Adler
June Bodden
Susan Gale Hall
Loretta Need
Theresa M. Norris
Lyle Reder
E. Carol Rosbeck
Charlene Rotzler
Shirley Stubblefield

# Awards Program (con't)

## Nutrishare Home TPN Research Prize

*Sponsored by Nutrishare, Inc., Oley Platinum Partner*

The Nutrishare Home TPN Research Prize, sponsored by Nutrishare, Inc., was established in 2007 to encourage clinical studies focused on improving the quality of life for homePEN consumers. At this year's Award Ceremony we will present prizes to:

**Cindy Hamilton, MS, RD, LD, CNSD**
Cleveland Clinic • Cleveland, OH
*Identification of Factors that Lead to Complications in New Home Parenteral Nutrition Patients*

**Marianne T. Opilla, RN, BSN, CNSC**
Nutrishare, Inc. • Midlothian, VA
*Self-Administered Alteplase in a Home Total Parenteral Nutrition Population*

**Geert Wanten, MD**
Radboud University Medical Centre
Nijmegen, The Netherlands
*The Arteriovenous Fistula: A Feasible Alternative to Deliver Home Parenteral Nutrition*

All three of these research papers will be presented at *Hot Topics in HPN* on Saturday from 2:15–3:15 p.m. and again from 3:30–4:30 p.m.

---

# Awards Program (con't)

## Nan Couts Award
## for the Ultimate Volunteer

*Coordinated by Judy Peterson, RN, MS*

### Mark DeLegge, MD • Charleston, SC

Mark DeLegge, MD, has demonstrated a willingness to give of himself—above and beyond his regular work hours—to educate and empower homePEN consumers and to improve their quality of life. For this, Dr. DeLegge is being honored with the Nan Couts Award for the Ultimate Volunteer.

"Mark DeLegge is a gastroenterologist with a huge heart," says Dr. DeLegge's friend and colleague Carol Ireton-Jones, PhD, RD. "He takes care of patients on home parenteral and enteral nutrition clinically, but also personally and with TLC."

Dr. DeLegge is open to speaking with homePEN consumers one on one, and to listen and offer support. He is an active member of the American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.) and serves on many A.S.P.E.N. committees. Earlier this year, Dr. DeLegge received the 2008 Outstanding Contribution Nutrition Physician Award from A.S.P.E.N. and was elected to A.S.P.E.N.'s research foundation board.

A nomination for Dr. DeLegge cites how he "makes tough medical jargon easy to understand" and, in speaking to consumers at Oley conferences, how he "takes time with each individual as needed to make sure their questions are answered."

Dr. DeLegge also trains new physicians, nurses, dietitians, and pharmacists in nutrition support. Hopefully he instills in them respect for the qualities that are regarded so highly in Dr. DeLegge. Congratulations, Dr. DeLegge!

**Nominees:**
Gwen Cole, RN, CRNI
Darlene Kelly, MD, PhD
Patricia Perez, PharmDR
Gail Sansivero, MS, ANP
Kerry Stone, MS, RD, CNSD

# Kyle R. Noble Scholarship

## Kyle R. Noble Scholarship

*Coordinated by Richard & Donna Noble*

Kyle R. Noble was an inspiration to others. His enthusiasm for life affected many positively, and he is remembered widely with affection and admiration. Kyle passed away in 2006 at the age of eight. In 2007, the Noble family established the Kyle R. Noble scholarship with generous gifts from family, individuals and Abbott Nutrition, to memorialize Kyle, and to recognize others who share the admirable qualities for which he will be remembered.

"As soon as you met Kyle," his father, Richard, notes, "you were hooked on his charming personality and contagious smile. Even when he wasn't feeling well, Kyle always found a way to make others smile and feel better—especially those with other illnesses or challenges in their lives."

Last year, the scholarship was awarded to Alicia Hoelle. Alicia has been on parenteral nutrition since she was an infant. As a teen and young adult, Alicia has served her community with volunteer work, including serving as an Oley Regional Coordinator when she was sixteen. She would like to use her education and her personal experience with chronic illness to help children face the difficulties long-term illnesses can present. Alicia is pursuing a degree in psychology. This past year she received honors in several of the classes she took.

The scholarship recipient for 2008 will be announced at the Town Hall Meeting on Saturday evening at Oley's 23rd Annual Consumer/Clinician Conference in San Diego.

**Candidates:**
Mariah Abercrombie
John Hudson
Rebecca Thompson

---

# Special Sponsorships

*Many thanks to the following companies and individuals for their generous contributions.*

**Medical Support:**
Apria Healthcare / Coram Inc., Specialty Infusion Services

**Conference Bags:**
Nutrishare, Inc.

**Conference Program Books:**
Hospira Worldwide

**Hotel Room Subsidies:**
Apria Healthcare / Coram Inc., Specialty Infusion Services; Critical Care Systems; Nutrishare, Inc.

**Travel Scholarships for Consumers:**
Anonymous; Jarol Boan, MD; Melissa Chaney Memorial Fund; Bruce Groeber Memorial Fund; Janet Platt & Christopher Hlasky

**General Conference Support:**
Ann & Paul DeBarbieri; Charlie Freeny; Hospira Worldwide; Jane Lindsay; David & Theresa Mathiasmeier; Sheila Messina; Susan & Jeffrey Schesnol

**25-Year Oley T-shirts:**
Nutrishare, Inc.

**Jammin' Jammies:**
Abbott Nutrition–PediaSure; Volunteer Organizers: Rose Hoelle and Patty Woods

**Child Care:**
NutriThrive (both days)

**Lunch (Friday):**
NutriThrive

**Regional Coordinator Workshop:**
Apria Healthcare / Coram Inc., Specialty Infusion Services

**Speaker Support:**
Angiodynamics; Apria Healthcare / Coram Inc., Specialty Infusion Services; EMD Serono; NutriThrive

**Conference Badges:**
Apria Healthcare / Coram Inc., Specialty Infusion Services

**Focus Groups:**
Apria Healthcare / Coram Inc., Specialty Infusions Services; Nutrishare, Inc.

**Silent Auction:**
A big "Thank You!" to volunteers who helped orchestrate the event, and to those who donated, brought and/or will purchase items!!

**Oley Walk-a-Thon:**
Apria Healthcare / Coram Inc., Specialty Infusion Services; Critical Care Systems; Nutrishare, Inc.; NutriThrive...and thank you to everyone who walked or otherwise supported the effort!!

# Exhibitors



## ABBOTT NUTRITION,
### ABBOTT LABORATORIES*
625 Cleveland Ave
**Columbus, OH 43215**

Abbott Nutrition supports the Oley Foundation to enhance the lives of home nutrition support patients, their families, and their caregivers. Abbott Nutrition manufactures and distributes medical nutritional products such as PediaSure® Enteral Formulas, Vital jr™, Jevity® 1.2 CAL.



## AMERICAN SOCIETY FOR PARENTERAL & ENTERAL NUTRITION (A.S.P.E.N.)
8630 Fenton St, Ste 412
**Silver Spring, MD 20910**

The American Society for Parenteral and Enteral Nutrition (A.S.P.E.N.) is dedicated to improving patient care by advancing the science and practice of nutrition support therapy. Founded in 1976, A.S.P.E.N. is an interdisciplinary organization whose members are involved in the provision of clinical nutrition therapies, including parenteral and enteral nutrition.



## APPLIED MEDICAL TECHNOLOGY (AMT)
15653 Neo Pkwy
**Cleveland, OH 44128**

Applied Medical Technology, Inc., is a global leading developer and manufacturer of enteral feeding devices, committed to the highest standards of quality and performance. Company products include: Mini ONE Balloon, Non-Balloon, and Capsule Non-Balloon Buttons–Low Profile G-Tubes, AMT Clamp, and Capsule Monarch. One button can make the difference!

## APRIA HEALTHCARE*
26220 Enterprise Ct
**Lake Forest, CA 92630**

As a leading provider of home nutrition services, Coram and Apria are dedicated to exceeding their customers' expectations every day. Coram and Apria offer over 25 years of experience, comprehensive enteral and parenteral care programs, consumer advocacy, and the national coverage and local expertise you need. Coram and Apria are proud to be an Oley Foundation Platinum Sponsor.

---

* Indicates a company is also a corporate donor

Complimentary lunch will be offered in the exhibit hall, sponsored on Friday by NutriThrive, Inc.!

---

# Exhibitors (con't)



## Calmoseptine® Ointment

## CALMOSEPTINE, INC
16602 Burke Ln
**Huntington Beach, CA 92647**

Calmoseptine Inc. promotes Calmoseptine Ointment for the prevention and treatment of skin irritations from moisture such as urinary and fecal incontinence. It is also effective for irritations from perspiration, wound drainage, fecal and vaginal fistulas and feeding site leakage. Calmoseptine Ointment temporarily relieves discomfort and itching. Free samples at our booth!



## CORAM specialty infusion services
An Apria Healthcare Company

## CORAM, INC *
### AN APRIA HEALTHCARE COMPANY
1675 Broadway, Ste 900
**Denver, CO 80202**

As a leading provider of home nutrition services, Coram and Apria are dedicated to exceeding their customers' expectations every day. Coram and Apria offer over 25 years of experience, comprehensive enteral and parenteral care programs, consumer advocacy, and the national coverage and local expertise you need. Coram and Apria are proud to be an Oley Foundation Platinum Sponsor.



## COVIDIEN (FORMERLY TYCO HEALTHCARE/KENDALL)
15 Hampshire St
**Mansfield, MA 02048**

Covidien (NYSE: COV), formerly Tyco Healthcare/

---

KENDALL, is a global $10 billion manufacturer of leading medical devices and supplies, imaging products and pharmaceuticals. The company employs more than 43,000 people worldwide and is dedicated to working with medical professionals to improve patient outcomes. Please stop by to see what's new!



## Crescent Healthcare, Inc.

## CRESCENT HEALTHCARE
888 S Disneyland Dr
**Anaheim, CA 92802**

Crescent Healthcare is a premier infusion company providing integrated pharmacy services. Because Crescent was founded by clinicians, it is committed to education. Consumers who are receiving Home Enteral/Parenteral Nutrition require skilled nursing, pharmacy and nutrition care. Crescent Healthcare's goal is to provide safe, appropriate and high quality services.

## Critical Care Systems (CCS)
EXCELLENCE IN SPECIALTY INFUSION

## CRITICAL CARE SYSTEMS (CCS)*
61 Spit Brook Rd
**Nashua, NH 03060**

Critical Care Systems (CCS) is a leading national specialty infusion company providing comprehensive clinical services to pediatric and adult populations through a national footprint of JCAHO accredited community-based branches. The company's Specialty Nutrition Support Program is supported by a team of dietitians, nurses, pharmacists, and reimbursement specialists who excel in parenteral nutrition, clinical support and customer service.

## Exhibitors (con't)



**CURLIN/ZEVEX, INC.***
15751 Graham St
Huntington Beach, CA 92649

Curlin Medical and ZEVEX are subsidiaries of Moog Medical Devices Group. Curlin Medical manufactures a complete line of infusion pumps and disposable administration sets and accessories. ZEVEX designs, manufactures and markets award-winning enteral nutrition delivery devices, including the EnteraLine® Infinity® ambulatory enteral feeding pump and accessories.



**EMMAUS MEDICAL, INC.**
20725 S Western Ave, #136
Torrance, CA 90501-1884

Emmaus Medical, Inc. is dedicated to treatments and therapies for rare diseases. Its product, Nutre-Store™ [L-glutamine powder for oral solution], together with Zorbtive™ [somatropin (rDNA origin) for injection] and a specialized oral diet, is the only FDA-approved therapy for short bowel syndrome.

**FIRST CALL PHARMACY**
1500 Veterans Blvd
Kenner, LA 70062

First Call Pharmacy is an ACHC accredited, home parenteral nutrition company offering customer service and quality patient care at competitive rates. One call to the company's centralized customer service team can coordinate your parenteral needs anywhere in America. Let First Call Pharmacy be the one to bring you home.

**GREEN PASTURE PRODUCTS**
416 E Fremont
O'Neill, NE 68763

Green Pastures is a family business specializing in fat-soluble, easily-assimilated, nutrient-dense foods that are difficult to find or learn about in the market place. The company feels its two most important products for this community are High Vitamin Butter Oil and Fermented Cod Liver Oil.



**HOSPIRA WORLDWIDE, INC.***
275 North Field Dr
Dept 97J, Bldg - H1
Lake Forest, IL 60045

Hospira, Inc. is a global specialty pharmaceutical and medication delivery company dedicated to Advancing Wellness™ by developing, manufacturing and marketing products that help improve the productivity, safety and efficacy of patient care. In February 2007, Hospira acquired Mayne Pharma Limited to become the world leader in specialty generic injectable pharmaceuticals.

---

## Exhibitors (con't)



**INFUSCIENCE***
1225 Tri-State Pkwy, Ste 510
Gurnee, IL 60031-9163

As the "next generation of comprehensive infusion providers," InfuScience is proud to be an Oley partner. InfuScience excels in the delivery of nutrition services, antibiotic and other infusion therapies in the home. Visit the InfuScience booth to learn more about their commitment to serving patients with integrity, quality and accountability.

*Trusted Clinical Solutions*®

**KIMBERLY-CLARK***
1400 Holcomb Bridge Rd
Roswell, GA 30076

Kimberly-Clark develops, manufactures and markets the comprehensive line of MIC* and MIC-KEY* Feeding Tubes and is now introducing the Kimberly-Clark* MIC*, MIC-KEY* Introducer Kit providing physicians with an innovative solution to facilitate the initial placement of balloon-retained enteral feeding tubes making patients' lives better and physicians' lives easier.



**MEALTIME NOTIONS, LLC**
6680 N Calle Lomita
Tucson, AZ 85740

Mealtime Notions, LLC, was established to provide consultation, training, and resources for families and professionals working with children who have special needs and mealtime challenges. Marsha Dunn Klein, MEd, OTR/L, founder of Mealtime Notions LLC, is a pediatric occupational therapist, author and educator who specializes in eating and mealtime issues with infants and children.

Science to the power of life.®

**NESTLÉ HEALTHCARE NUTRITION, INC.***
10801 Red Circle Dr
Minnetonka, MN 55343

Nestlé HealthCare Nutrition is a recognized global leader in delivering medically supported nutritional products and services. Our specialized solutions improve the health and well being of consumers and patients at every stage of life, including those with standard and disease-specific nutritional needs as well as those seeking to stay healthy.



**NUTRISHARE, INC.***
10519 E Stockton Blvd, #110
Elk Grove, CA 95624

"Yesterday, today and tomorrow" is Nutrishare's theme that honors Oley's 25th anniversary. Nutrishare's steady progression over the past 15 years to reach the Platinum Level of Oley support is a milestone the entire Nutrishare family is very proud of. Nutrishare specializes exclusively in providing home TPN therapy to patients throughout the country.

24

25

# Exhibitors (con't)



**NUTRITHRIVE\***
10828 Kenwood Rd
Cincinnati, OH 45242

NutriThrive is proud to be a member of the Oley community. It is dedicated to providing highly individualized home enteral and parenteral nutrition therapy, programs and services through comprehensive management. Its mission is to provide quality care that fosters independence and empowers patients and their families. Join the company at the NutriThrive booth and help it shape the future of home nutrition care.



**THE OLEY FOUNDATION**
214 Hun Memorial, MC-28
Albany Medical Center
Albany, NY 12208

Stop by the registration desk and introduce yourself to the Oley staff — we'd love to meet you and find out how we can better serve your needs. And while you're there, you can discover more about the programs offered by the Foundation, including our new online education tool, MY HPN, and Web forum for networking with other consumers. You can also learn about our toll-free phone calls to experienced consumers, the Oley office information hotline, our Regional Coordinator network and the essential *LifelineLetter*.

**PromptCare HOME INFUSION,**
**LLC**
51 Terminal Ave
Clark, NJ 07066-1002

PromptCare Home Infusion is a regional provider of home infusion therapies and services in the New York metropolitan area. PromptCare provides a full range of home infusion therapies servicing consumers from newborns to geriatrics. Therapies include TPN, antibiotic, antiviral and antifugal therapies, as well as cardiac therapy, IVIG and pain management.

**WALGREENS-OPTIONCARE\***
485 Half Day Rd, Ste 300
Buffalo Grove, IL 60089

Walgreens-OptionCare is a leading home care company. With strong clinical programs and a commitment to quality care, the company balances the needs of the patient with those of the healthcare team to achieve positive outcomes. It offers accredited Home Infusion, Respiratory Therapy/Oxygen, Nutrition Support and Home Medical Equipment in 35 states.

# Conference Faculty

**MARVIN AMENT, MD**
Distinguished Professor of Pediatrics
David Geffen School of Medicine
UCLA Medical Center
10833 Le Conte Ave
Los Angeles, CA 90095

Dr. Ament established the first home parenteral nutrition program in California for adults in 1974. He established the first home parenteral nutrition program for children in the United States. Dr. Ament has published and spoken extensively on the care of children and adults on homePN both nationally and internationally.

**MARCIA BOATWRIGHT, RN, CRNI**
Coram Specialty Infusion
2345 Waters Dr
Mendota Heights, MN 55120

Marcia holds national certification in infusion therapy nursing and specializes in nutrition therapy nursing and central venous catheter management. Marcia provides education regarding specialty infusion therapy management of the homecare client, homecare nursing education and serves as a clinical resource consultant. Her clinical background includes extensive nutrition support nursing and specialty IV therapy, nursing education and critical care nursing. Marcia is an active member of Infusion Nurses Society (INS), AVA, Minnesota AVA, ASPEN and CCFA.

**FAYE A CLEMENTS, RNC, BS**
Research Nurse
University of Kansas School of Nursing
3901 Rainbow Blvd
Kansas City, KS 66160-7502

"Although Florence Nightingale and I were not peers," says Faye, "I am one of those old nurses who used to wear a cap!" Faye has worked in many different areas of nursing over the years. She was introduced to Oley in the course of her job as a research nurse with Dr. Carol Smith, RN, PHD, University of Kansas School of Nursing.

**RICK DAVIS**
HEN Consumer; President, Oley
Foundation; Regional Coordinator
375 9th Ave
Salt Lake City, UT 84103

Rick is 100% dependent on enteral nutrition since a stroke paralyzed his esophagus in December 2000. He struggled with tube, formula and other equipment and supply problems, as well as with social and psychological issues. He was frustrated and depressed until he discovered the Oley Foundation in 2002. Since then, he has learned to manage his tube feeding efficiently and has regained quality in his life. He volunteers with Oley as a member of the Board of Trustees and as a Regional Coordinator. He shares his experiences "surviving socially" and with living as normally as possible with homePEN therapy.

**MARK H DELEGGE, MD**
Director Digestive Disease Center
Medical University of South Carolina
25 Courtenay St, 7100A
MSC 290
Charleston, SC 29425

Dr. DeLegge is a gastroenterologist with a special interest in enteral and parenteral nutrition, and enteral access. He began his career in 1989 at the Medical College of Virginia. He has written for numerous publications and made many presentations. He has been involved in the design of multiple enteral access devices. He has co-authored a nutrition support book for clinicians, and is medical director of Coram Healthcare.

*Names and addresses are provided for educational purposes only. The Oley Foundation requests that in the true spirit of the Oley mission, this listing not be used for the purpose of sales in any way.*

# Faculty (con't)

**THOMAS G DIAMANTIDIS, PHARMD**
Founder/Vice President
Nutrishare, Inc.
10519 E. Stockton Blvd, Ste 110
Elk Grove, CA 95624

Dr. Diamantidis has been in home infusion therapy for over 28 years with responsibilities ranging from clinical monitoring of patients to managing his company, Nutrishare, Inc., with his partner. He has worked extensively in the reimbursement area to improve payment of services. He has a doctorate in pharmacy with a residency in metabolic and nutritional support. Helping and improving the quality of life of home TPN consumers is his passion and joy.

**DOUGLAS FARMER, MD**
Director, Intestinal Transplant Program
Director, Pediatric Liver Transplant Program
Associate Professor of Surgery, David Geffen School of Medicine
Dumont-UCLA Transplant Center
77-120 CHS, BOX 957054
Los Angeles, CA 90095-7054

Dr. Farmer has been a full-time faculty member in the Dumont-UCLA Transplant Center in the Division of Liver and Pancreas Transplantation since completion of his training. He has extensive experience in liver and intestinal/multivisceral transplantation and hepatobiliary and gastrointestinal surgery, working with these very complex patients led to the establishment of the multidisciplinary Intestinal Failure Center at UCLA, which he co-directs with Dr. Marvin Ament.

**JOAN GORDON**
Clinical Social Worker
UCLA Medical Center
10833 Le Conte Ave (Rm 17-132)
Los Angeles, CA 90095

Joan has worked as a Medical Social Worker for the past 27 years (6 years at Boston Children's Hospital and 20 years at UCLA) where she has provided support and clinical intervention to children and families with chronic illness. She has been a member of the UCLA TPN Team for the past 15 years. Areas of particular interest to her are working with teen moms as well as helping adolescents transition to adulthood.

**CINDY HAMILTON, MS, RD, LD, CNSD**
Manager, Nutrition Support Team
Cleveland Clinic
9500 Euclid Ave/ TT22
Cleveland, OH 44195

As a registered dietitian, Cindy has focused on caring for patients requiring nutrition support. She has worked at the Cleveland Clinic for fourteen years and for eight years has managed HPN patients under the direction of Dr. Ezra Steiger and Dr. Douglas Seidner (now at Vanderbilt University). Her areas of interest include management of HPN complications including metabolic bone disease, liver disease, and catheter-related blood stream infections. Along with the other dedicated members of her team, she is always looking for the best ways to provide education and state-of-the-art care to her patients.

**BRENDA R HANSEN, MS, RD, CNSD**
Regional Director of Nutrition, Northern California
Crescent Healthcare, Inc
2547 Barrington Court
Hayward, CA 94545

In 1997 Brenda started a home health nutrition consulting business working with diabetic, wound, and PN/EN patients. She also worked part-time as a dietitian covering home health and hospice. In 2001 she began working for Crescent Healthcare, Inc. Her professional focus became solely Home EN/PN, first as a home infusion dietitian, then

as the company's regional director of nutrition for northern California. Her experience includes pediatric, adult and hospice nutrition. Her greatest satisfaction is helping patients transition off PN/EN. She has experience with HMO/PPO/Medicare/MediCal, and CCS insurance.

**LYN HOWARD, MB, FRCP, FACP**
Medical Director, Oley Foundation; Former Head, Division of Clinical Nutrition, AMC
Albany Medical Ctr, MC-28
Albany, NY 12208

Together with Clarence Oldenburg, Dr. Howard established the Oley Foundation in 1984. In the early 1970s she sent her first patient home on nutritional support and since then has been published widely in the homePEN area. She is an advocate of the consumer voice in the organization and implementation of HPEN. Her recent area of interest is in trace element formulation for HPN consumers.

**CAROL IRETON-JONES, PHD, RD, LD, CNSD**
Strategic Director, Nutrition
Coram Specialty Infusion, an Apria Healthcare Company
1730 Countryside Dr
Carrollton, TX 75007

Dr. Ireton-Jones has been a nutrition support dietitian in critical care and home care for thirty years. She has a special interest in assisting individuals on HPEN to optimize their quality of life and developed the One-to-One program at Coram, which focuses on clinical and psychosocial components of long-term HPEN. Her latest interest is bringing "food" to the HPN consumer that tastes good and can be therapeutic in promoting GI health as well. She and Dr. Mark DeLegge are co-authors of the recently published *Handbook of Home Nutrition Support*.

**MICHAEL JOSEPH, MD**
Physician Director, Comprehensive Pain Services
Nationwide Children's Hospital
700 Children's Dr
Columbus, OH 43205

Dr. Joseph is a pediatrician who specializes in pain management and end of life care. After his pediatric residency at the UCI Medical Center, Dr. Joseph completed a fellowship in Pediatric Pain Management and a postdoctoral research fellowship in Psychoneuroimmunology at UCLA Medical Center. He practiced at Childrens Hospital LA and was very active in local and statewide pain and palliative care education and legislative initiatives. He recently moved to Nationwide Children's Hospital where he is building a pain management program, and working to improve the patient's and family's experience in the healthcare environment. Dr. Joseph is committed to the goal that no child should have to endure avoidable suffering.

**DARLENE KELLY, MD, PHD**
Medical Director, HPN Program, Oley
Associate Professor of Medicine, Oley Research Director
Mayo Clinic Rochester
200 First St. SW
Rochester, MN 55905

Dr. Kelly started her journey as a dietitian then went to graduate school to receive a PhD in nutrition. From there she went on to medical school with subsequent training in Internal Medicine and Gastroenterology. Her team at Mayo Rochester manages about 100 patients on HPN at any given time. They have followed 800+ patients over the years with about 1700 catheters, and years of experience.

28

29

## Faculty (con't)

MARSHA DUNN KLEIN, OTR
Occupational Therapist
Mealtime Notions, LLC & Mealtime Connections, LLC
6700 N Oracle Rd, Ste 411
Tucson, AZ 85740

Marsha is a pediatric occupational therapist who specializes in feeding challenges in infants and young children. She has been an occupational therapist since 1971 and also has her masters in education. She has authored several books on feeding and leads workshops on tube feeding and sensory mealtime challenges. Her special interest is tube-feeding transitions.

DIANE MACHCINSKI, MED, RD
Home Infusion Dietitian
Crescent Healthcare
10070 Carroll Canyon Rd, Ste 100
San Diego, CA 92131

Diane started working in the field of home health in 1997. She worked as nutrition support dietitian backup for seven years in a clinical setting in the Midwest. Her area of specialization is pediatrics, with a background in NICU.

LAURA E. MATARESE, PHD, RD, LDN, FADA, CNSD
Assistant Professor of Surgery, Director of Nutrition, Oley Trustee
Intestinal Rehabilitation and Transplantation Center
Thomas E. Starzl Transplantation Institute
The University of Pittsburgh Medical Ctr
3459 Fifth Ave
UPMC Montefiore, 7 South
Pittsburgh, PA 15213

Dr. Matarese has over 25 years experience in nutrition support, practicing in both acute and home care settings. In her current position she is responsible for the overall development, direction

and implementation of nutrition care for intestinal rehabilitation and small bowel/multivisceral transplantation. She is the author of over 150 books, chapters, manuscripts, abstracts and videos. She has lectured positions, both nationally and internationally, and has held numerous positions within the American Dietetic Association, the American Society for Parenteral and Enteral Nutrition and the National Board of Nutrition Support Certification. She is the recipient of numerous awards. Her interests have been in improving the nutrition and quality of life of individuals with intestinal failure.

SHEILA MESSINA, RN, MA, CLNC
Clinical Nurse Manager, Oley Trustee
I-Flow Corporation
5272 Meridian Ave
San Jose, CA 95118

Sheila has been on HPEN since 1983. Despite many surgeries and medical concerns, she has been able to continue working and be active in her life's pursuits. She loves working with others to help them remain active and independent.

MELISSA MILLER, RN, BSN
Mayo Clinic
200 First St SW
Rochester, MN 55905

Melissa joined Dr. Darlene Kelly's HPN team in April 2007 as a Nurse Coordinator. She is currently working on a master's degree in Nursing Education. Her interests include quality of life research in the HPN consumer.

REID A. NISHIKAWA, PHARM D, BCNSP, FCSHP
Director of Research; Coordinator, Clinical Services
Nutrishare, Inc
10519 E Stockton Blvd, Ste 110
Elk Grove, CA 95624

Dr. Nishikawa is the Coordinator, Clinical Services

and Director of Research for Nutrishare, Inc. He has been involved with nutrition support for the past 26 years. He is actively involved with A.S.P.E.N. and ASHP. He has been involved in clinical research which has been presented at local, state, national, and international meetings. Many of the research projects have been published. He was the 2006 recipient of A.S.P.E.N.'s Distinguished Nutrition Support Pharmacist.

LAURIE REYEN, RN, MN
Clinical Nurse Specialist
Parenteral/Enteral Nutrition
UCLA Medical Center
10833 Le Conte Ave
Los Angeles, CA 90095

Laurie has been the clinical nurse specialist for parenteral/enteral nutrition at the UCLA Medical Center for twenty-five years. She works with both children and adults requiring parenteral and/or enteral nutrition through UCLA's home PN/EN program.

GAIL SANSIVERO, MS, ANP
Nurse Practitioner; Oley Trustee
Community Care Physicians
30 Lenox Ave
Albany, NY 12203

Gail is a nurse practitioner in interventional radiology. She coordinates the care of consumers with vascular access devices and manages clinical trials. Gail is past president of the Association for Vascular Access and is particularly interested in image-guided access management.

DOUGLAS L. SEIDNER, MD, FACG
Director, Center for Human Nutrition; Oley Trustee
Vanderbilt University Medical Center
1211 21st Ave South, Ste 514 MAB
Nashville, TN 37232

Dr. Seidner has extensive experience in home parenteral and enteral nutrition. His interests include malabsorptive syndromes, inflammatory bowel disease, and endoscopy.

KERRY STONE MS, RD, CNSD
Director of Clinical Nutrition
Crescent Healthcare
888 South Disneyland Dr, Ste 200
Anaheim, CA 92802

Kerry co-authored the Home Enteral Nutrition Complication Chart for Oley and is active in ASPEN. She has worked in the home infusion field for many years. She is currently the coordinator of Medicare DMEPOS Enteral Bidding for Crescent Healthcare.

JANET TONEY, OTR
Occupational Therapist
Mealtime Connections, LLC & Mealtime Notions, LLC
6700 N Oracle Rd, Ste 411
Tucson, AZ 85740

Janet is a pediatric occupational therapist who specializes in feeding challenges in infants and young children. She is partner in Mealtime Connections, a feeding center in Tucson, Arizona.

# Faculty (con't)

**ANNE VAN DIJK**
Specialized Nurse, HPN
UMC St. Radboud
PO Box 9101
Nijmegen 6500 HB huispost 501
The Netherlands

The Radboud University Nijmegen Medical Centre started taking care of HPN patients in the early 1970s. Today, the program serves nearly 85 patients (out of 145 in the Netherlands); one has been on HPN for 32+ years. Besides using Hickman catheters and subcutaneous ports, the center is unique in using arteriovenous fistulas for long-term HPN administration. Their research efforts are focused on several aspects of HPN care, such as immune modulation by lipids, decreasing infectious complication rates, and logistics and quality of life issues. Anne has specialized in HPN care since 2007; she previously worked as a pediatric nurse.

**JORGE VARGAS, MD**
Professor of Pediatrics
UCLA Medical Center
10833 Le Conte Ave
Los Angeles, CA 90095

Dr. Vargas has been a pediatric gastroenterologist since 1978. His major interest is in nutrition and intestinal motility. He has extensive experience with HPN in children and has authored publications regarding outcomes of children with intestinal failure and complications of long-term HPN.

**RENATE VISSERS**
Specialized Nurse, HPN
UMC St. Radboud
P.O. Box 9101
Nijmegen 6500 HB huispost 501
The Netherlands

The Radboud University Nijmegen Medical Centre started taking care of HPN patients in the early 1970s. Today, the program serves nearly 85 patients (out of 145 in the Netherlands); one has been on HPN for 32+ years. Besides using Hickman catheters and subcutaneous ports, the center is unique in using arteriovenous fistulas for long-term HPN administration. Their research efforts are focused on several aspects of HPN care, such as immune modulation by lipids, decreasing infectious complication rates, and logistics and quality of life issues. Renate has been working with HPN patients since 1995.

*Thanks to all the faculty who have volunteered to share their expertise in home nutrition support and related issues. The success of the Oley Conference depends heavily on the efforts of these dedicated individuals!*

# Conference Stickers, Ribbons

## NEW! Dots for Diagnosis

For those who are interested, we'll have colored stickers available at registration that can be used to identify the diagnosis (or diagnoses) your family has experience with — making it easier for you to connect with others with similar experiences.

## Ribbons

You've probably noticed several people milling about the conference wearing ribbons on their badges. To unravel the mystery, below is a color-coded guide to the ribbons. Pick up ribbons for your name tag at the registration desk.

| Ribbon Color | Indicates |
| --- | --- |
| Teal | New Attendees...please make them feel welcome! |
| Lavender | Conference Coordinator |
| Navy Blue | Conference Co-Chair |
| Red/White/Blue | Faculty |
| Dark Blue | Regional Coordinators |
| Red | Award Winners |
| Green | Award Nominees |
| Purple | Exhibitors |
| Light Blue | Oley Board Trustees |
| Pink | "Ask Me" |
| Canary | 15+ Year HPEN Consumer |
| Black | 20+ Year HPEN Consumer |
| Lime Green | 30+ Year HPEN Consumer |

# Horizon Society

Many thanks to those whose commitment and dedication to the Oley Foundation has led them to arrange a planned gift to help ensure continuing support, service and advocacy for homePEN consumers and their families.

Members of the Horizon Society are:

John Balint, MD
Joan Bishop
Ginger Bolinger
Pat Brown, RN, CNSN
Katherine Cotter
Jim Cowan
Ann & Paul DeBarbieri
Tom Diamantidis, PharmD
Selma Ehrenpreis
Herb & Joy Emich
Don Freeman
Linda Gold
Linda Gravenstein
The Groeber Family
Valerie Gyurko, RN
Alfred Haas
Shirley Heller
Alicia Hoelle
Jeff & Rose Hoelle
Lyn Howard, MD
William Hoyt

Darlene Kelly, MD
Family of Shirley Klein
Robin Lang
Hubert Maiden
Kathleen McInnes
Meredith Nelson
Nancy Nicholson
Rodney & Paula Okamoto, RPh
Kay Oldenburg
Judy Peterson, MS, RN
Clemens Pietzner
Beverly Promisel
Abraham Rich
Roslyn & Eric Scheib Dahl
Judi Smith
Steve Swensen
Cathy Tokarz
Eleanor & Walter Wilson
James Wittmann
Patty & Darrell Woods
Rosaline Ann & William Wu

If Oley was there for you and your family in a substantial way, please think about joining these individuals as a member of the Oley Foundation Horizon Society. This is our best chance of making sure Oley is there for the next consumer, and the next. Please see Joan Bishop about any questions you may have regarding planned gifts.

34

# In Loving Memory

Saturday morning we will pay tribute to people in the homePEN community whom we know have passed away since last year's conference. If there is someone special you'd like to have mentioned, please add their name(s) to the listing at the registration desk Friday.

Lorna Austin
William Baker
Carol Boisclair
Taejah Bowman
Susan Callaghan
Diane Cressman
Tom Culver
Joanna Dowie
Gordon Eckerling, MD
Franz Eder
Edward Espinoza
Samuel Ethridge
Bonnie Fisher
Joseph George
Bill Griffin
Chantelle Griswold
Cathy Happersett
Alan Hauptman
Claire Haynes
Bill Hickey
Joyce Hydorn
Kathryn Jenkins
Marsha Kane
Jim King

Rose Marie Knowles
John Kohlbacker
Nancy Krul
Joanna Lang
David Milam
Connor Millard
Frank Miller
Carol Obrt
Tracy Phalen
William Richardson
Richard Rivett
Robert Ross
Sally Roscoe
Charlie Scoville
Bertha Smith
Michelle Sneed
Evelyn Streamer
Phyllis Suchman
Donald Tompkins
Danielle Trimboli
Martha Wingard

35

# Travel Scholarships

*Many thanks to the following individuals for their generous support of scholarship for consumers.*

## Anonymous

When I was born, I was bitten by the travel bug. When I became an HPNer I thought that bug was smashed on the windshield of my car. About one or two years after becoming an HPNer, I was able to attend an Oley picnic, then Oley conferences. I learned so much at these events, my life was forever changed. I have driven across the country (all the while mixing my TPN), I've traveled to the Caribbean and made two trips to Europe. I've learned life-saving techniques, diet information, cutting edge practices to keep me and my lifeline safe, and so much more. Most importantly, I learned that I am not alone. I have made many friends who have brought me a great deal of happiness. Their friendships mean more to me than words can express. Thank you Oley for all you do for so many, and thanks for giving me the opportunity to help others have similar positive experiences.

## Melissa Chaney Memorial Fund

I am Victor R. Chaney, the husband of Melissa Chaney, a TPN consumer and Oley contributor. Melissa passed away from natural causes on January 30, 2006. For more than nine years, Melissa battled pseudo-obstruction, polymyositis, and mitochondrial myopath-transport chain deficiency. Over those years there were many drastic ups-and-downs. In the summer of 2003, Melissa learned of the Oley Foundation, and the network of support and outreach that they specialize in. At that time Melissa's healthcare management was less than adequate. Her weight was in a downfall, she was 5'1" and she averaged around 75 lbs.

After joining Oley, the change in her healthcare and overall quality of life was amazing. We credited the education and contacts she acquired at our first Annual Conference as the turning point in her health. Melissa's wishes in life were that any memorial donations given after her passing would be directed to Oley. In keeping with those wishes, we are establishing a travel scholarship to the annual Oley conference in her honor, so that others may have the opportunity she had in attending.

## Jarol Boan, MD, MPH

As a practicing internist, I have seen patients on home TPN or enteral feeding who struggle with the long term ramifications of their disease. The constant, unrelenting burden of "hooking up" every night takes it toll on self-esteem, work, and family relationships. Additionally, the financial burden of having a chronic disease cannot be underestimated, even if there is insurance coverage for the solutions. The multiple visits to a physician, increased cost of gas, and incidentals that are not covered by insurance add to the burden of home TPN and enteral feeding.

I strongly believe in the mission of the Oley Foundation to provide patient support for those affected, as well as educating physicians about home management. I have seen many patients helped by knowing there is an organization that is working on their side. The interaction between patients at an Oley Conference is an important positive outcome for the attendees.

My gift to the Oley Foundation is intended to help patients and their families attend the Oley Conference, and experience the encouraging exchange of ideas that occurs as a result.

# Travel Scholarships (con't)

## Bruce F. Groeber Family

Bruce Groeber was an avid fan and regular attendee of the Oley annual conference. He never missed a conference after attending his first one in 1988 until his death in March of 1997. Even though Bruce was on enteral feeding for nine years (beginning in 1979) and on Home PN for an additional nine years due to malabsorption, he loved to eat and drink. He also loved boats and the water, computers and talking to people -- most of all, though, he loved his family. Bruce and his wife Bobbie (still active in Oley as a Regional Coordinator) have five children. Bruce also has several grandchildren now.

The Bruce F. Groeber Family feels it is important to sponsor a travel scholarship to the annual Oley conference because it embodies all of what the conference has provided our family. The conference provides the opportunity to get together with others who have similar issues and concerns. It provides the opportunity to learn about everything that is new, exciting and relevant, while bringing people together to share information about themselves, their experiences and how they address challenging situations. Many people leave the annual Oley conference knowing that they are not alone, feeling empowered and more positive about their life. They are aware of how much more information they have than when they started. Companionship and knowledge gained at the annual Oley conference can serve to improve an attendee's quality of life. The Bruce F. Groeber Travel Scholarship hopes to honor the joy Bruce found in the companionship with other Oley families by supporting others in their efforts to attend the conference.

## Janet Platt & Christopher Hlatky

We are sponsoring a travel grant for this year's Oley Foundation Consumer/Clinician Conference because we strongly believe in the positive impact attending the conference can have. Three years ago Janet's brother got his first tubes. We were all scared and depressed. What did this mean for his quality of life? Would he be able to work? What was his life expectancy? The doctors and nurses at the hospital seemed almost as clueless as we were. Then a social worker mentioned Oley casually in passing. I found out the annual conference (that year in Saratoga, NY) was only a few weeks later. I signed Janet's brother and me up and practically dragged him there from the hospital!

From the moment we arrived, we found a warm, supportive and INFORMED group of people. We met lifelong tube users who were in college or working full-time, people who had families, people who, in general, were experiencing an excellent quality of life. We got so many questions answered. We learned about different kinds of tubes and pumps, different kinds of care providers and insurance issues. We left feeling much more positive about life with feeding tubes.

Having Oley around to support and inform is priceless. Helping other tube users get the support they need is important to us.

# Conference Notes

---

# Oley Corporate Partners

*The following companies provide over one-half of the funds needed to support Oley programs all year long. Corporate relationships also strengthen our educational and outreach efforts. For their continued interest and strong commitment we remain grateful.*

**PLATINUM LEVEL PARTNERS ($70,000+)**
Apria Healthcare / Coram Inc., Specialty Infusion Services
Nutrishare, Inc.

**GOLDEN MEDALLION PARTNERS ($50,000–$69,999)**
NutriThrive

**SILVER CIRCLE PARTNERS**
**($30,000–$49,999)**

**BRONZE STAR PARTNERS**
**($20,000–$29,999)**

**BENEFACTOR LEVEL PARTNERS**
**($10,000–$19,999)**
Abbott Nutrition
Nestlé Nutrition

**PATRON LEVEL PARTNERS ($5,000–$9,999)**
Critical Care Systems, Inc.
EMD Serono, Inc.
Hospira, Inc.
InfuScience, Inc.
Walgreens–OptionCare

**BLUE RIBBON PARTNERS**
**($2,500–$4,999)**
B. Braun Medical
Kimberly-Clark
Sherwood Clinical
Sigma International

**CONTRIBUTORS ($1,000–$2,499)**
Baxa Corporation
Zevex, Inc.







## HE WANTS TO GROW.

grow up to be a fireman. You want nutrition that helps him

**Nestlé Nutrition**

Pleased to support the Oley Foundation

Visit nestlenutrition.com/us
or call 1-800-393-8998.

All trademarks are owned by Société des Produits Nestlé S.A., Vevey, Switzerland.

---

### The A.S.P.E.N. Nutrition Support Patient Education Manual

A.S.P.E.N. has just published *The A.S.P.E.N. Nutrition Support Patient Education Manual* for healthcare professionals to assist their patients/consumers and caregivers. The Patient Education Manual is a compilation of over 200 materials from many prestigious organizations and institutions. The book and CD allow the clinician to easily copy or printout patient education brochures to give to their patients. This book contains information on the following:

- Parenteral Nutrition
- Enteral Nutrition
- Diets for Medical Conditions
- Diets for Surgical Procedures
- Pediatrics
- Selected Procedures in Spanish
- Reading Levels for These Materials

For more information and to see the Table of Contents and Patient Education Samples, go to www.nutritioncare.org or call A.S.P.E.N. at 1-800-727-4567

The A.S.P.E.N. Nutrition Support Patient Education Manual

aspen

---

### Critical Care Systems

EXCELLENCE IN SPECIALTY INFUSION

## We proudly support the Oley Foundation

Specializing in home parenteral nutrition, Critical Care Systems is a leading national specialty infusion company providing comprehensive clinical services through JCAHO accredited community-based branches.

www.criticalcaresystems.com

## Attention Home TPN Clinicians

pharmacists • physicians • dieticians • nurses • pharmacists • physicians • dietitians

### Nutrishare, Inc.
### Home TPN Research Prize

nurses • pharmacists • physicians • dieticians • nurses • pharmacists • physicians

To encourage clinical studies that improve the quality of life for Home TPN consumers, **The Oley Foundation will award a $2,500 prize to each of the top 3 clinical papers dedicated to helping Home TPN consumers.**

*Entry Qualifications*

**1.** The paper must have been presented in the calendar year prior to the Oley summer conference. (Eg, the 2009 Oley conference will consider papers as early as January 2008).

**2.** The author must apply for the annual award to the Oley Foundation by April 1. The check will be presented to the principal author at Oley's summer conference. $1,000 of each prize will be in the form of a travel credit to bring recipients to the Oley conference to discuss their research.

**3.** The paper will not be reprinted (just the title will be acknowledged) but must have been accepted for poster presentation, stand-up presentation or publication by a respected, relevant professional association, such as ASPEN, ESPEN, INS, AGA, etc.

Contact:    The Oley Foundation
            214 Hun Memorial, MC-28
            Albany Medical Center
            Albany, NY 12208-3478
            (800) 776-OLEY – toll free in US and Canada
            www.oley.org




## $7,500 in Awards

*Offered by*

The Oley Foundation
www.oley.org



With the Comforts of Home

GEMSTAR
*Advanced Ambulatory Infusion System*

Hospira

www.hospira.com
P07-1170-Jan_08 Rx only

---



There's no place like Crescent...

Our clinical team provides comprehensive, well-cordinated and effective clinical management to improve quality of life for our patients and families.

Crescent Healthcare, Inc.
www.crescenthealthcare.com



PLATINUM PARTNER OF
THE OLEY FOUNDATION

*Isn't it time to join the Nutrishare Family?*

**Nutrishare**, Inc.
1 800 Home TPN
nutrishare.com



Kangaroo Joey™
Enteral Feeding Pump

## Feeding and Flushing have gone mobile

- Unique ambulatory feeding and flushing capabilities
- Water and shock-resistant
- Attitude independent
- "Smart" pump set technology
- Longer battery life
- Intuitive "ATM-style" ease of operation
- Feeding history up to 72 hours

www.SafeEnteralConnections.com
www.covidien.com

COVIDIEN, COVIDIEN with Logo, and ™ marked
brands are trademarks of Covidien AG or an affiliate.
© 2008 Covidien AG or an affiliate. All rights reserved.

**COVIDIEN**



# NutriThrive
### Improving Life on Nutrition Support

## Improving life on nutrition support... one consumer at a time.

## Listen to what our consumers are saying:

"The service from NutriThrive is exceptionally excellent!"

"Thank you... for caring and responding so quickly to (our) needs."

"The service, both delivery and support is phenomenal!"

"Everything was great with my supplies...stress-free; just how I like it."

"Thank you and NutriThrive so much...this company feels like a great big family! I love it!"




Come to our birthday party at the NutriThrive booth and see what people are talking about!

1-888-N-THRIVE
(888-684-7483)
or info@nutrithrive.com
www.nutrithrive.com

Case No. 2:08-CV-01252-WBS-EFB

DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF
OPPOSITION MOTION TO DISMISS OR TRANSFER VENUE

# EXHIBIT F

# The Oley Foundation, Inc.

appreciatively acknowledges the
## Corporate Contributions for 2008

*The following companies provide over one-half of the funds needed to support Oley programs. Corporate relationships also strengthen our educational and outreach efforts. For their continued interest and strong commitment we remain grateful.*

## PLATINUM LEVEL PARTNERS
### ($70,000+)

Apria Healthcare / Coram Inc., Specialty Infusion Services
Nutrishare, Inc.

## GOLDEN MEDALLION PARTNERS
### ($50,000-$69,999)

NutriThrive

## SILVER CIRCLE PARTNERS
### ($30,000-$49,999)

## BRONZE STAR PARTNERS
### ($20,000-$29,999)

## BENEFACTOR LEVEL PARTNERS
### ($10,000-$19,999)

Abbott Nutrition
Nestlé Nutrition

## PATRON LEVEL PARTNERS
### ($5,000-$9,999)

Critical Care Systems, Inc.
EMD Serono, Inc.
Hospira, Inc.
InfuScience, Inc.
Walgreens-OptionCare

## BLUE RIBBON PARTNERS

### ($2,500-$4,999)

B. Braun Medical
Kimberly-Clark
Sherwood Clinical
Sigma International

## CONTRIBUTORS ($1,000-$2,499)

Baxa Corporation
Zevex, Inc.

Case No. 2:08-CV-01252-WBS-EFB

DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF
OPPOSITION MOTION TO DISMISS OR TRANSFER VENUE

# EXHIBIT G



The Oley Foundation
June 27-28, 2008
Set 197