DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:     (916) 444-1000
Facsimile:     (916) 444-2100
E-mail: mthomas@downeybrand.com
E-mail: adurbin@downeybrand.com

Attorneys for Plaintiff
Nutrishare, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>Defendant. | Case No.  2:08-CV-01252-WBS-EFB<br><br>**DECLARATION OF APARNA RAJAGOPAL DURBIN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER**<br><br>Date:       August 11, 2008<br>Time:       2:00 p.m.<br>Dept:       Courtroom 5<br>Judge:     Hon. William B. Schubb |

I, Aparna Rajagopal-Durbin, declare as follows:

1.      I am an attorney licensed to practice law in the State of California and am counsel at  Downey Brand LLP, attorneys of record for Nutrishare, Inc. (hereinafter "Nutrishare") in this action.  I have personal knowledge of the facts set forth herein, except to the extent they are stated on information and belief, and, if called to testify, I could and would testify competently to the contents hereof.

2.      Based on a search on www.google.com, I learned that BioRx was an exhibitor in the 2005 annual meeting of the American Association of Neuromuscular and ElectroDiagnostic Medicine, which was held in Monterey, California.  A true and correct copy of the list of exhibitors at this conference, available at

http://www.aanem.org/industry/exhibit/exhibitorlisting.cfm, is attached hereto as Exhibit A.

1

DECL. OF APARNA RAJAGOPAL-DURBIN ISO OPP. TO DEF'S MOTION TO DISMISS OR TRANSFER

1  Based on the same Google search, I learned that on the same day as the Oley Conference this year

2  – June 26 – BioRx was in attendance and marketing its products and services at the Neuropathy

3  Action Foundation's "Neuropathy Action Awareness Day" at the University of California San

4  Francisco's Mission Bay Conference Center.  A true and correct copy of the list of exhibitors at

5  this conference, available at

6  http://www.neuropathyaction.org/patient_resources_news/neuropathy_action_awareness_day_20

7  08.htm, is attached hereto as Exhibit B.

8      3.    Also based on a Google search, I learned that BioRx worked with Bayer

9  Healthcare, based in Berkeley, California, to publish a children's book on hemophilia entitled

10  "The Great Inhibitor," in July, 2006.  True and correct copies of press releases announcing this

11  joint venture, available at

12  http://www.kogenatefs.com/web_docs/09426Y%20The%20Great%20Inhibinator%20Press%20R

13  elease%20FINAL%207-18-06.pdf and

14  http://pharma.bayer.com/scripts/pages/en/news_room/archive/newsroom_archive20.php, are

15  attached hereto as Exhibit C.

16      4.    Also based on a Google search, I learned that in 2006, BioRx had a Director of

17  Business Development for the "West," Julie Winston.  True and correct copies of excerpts from

18  the presentation made by Julie Winston at the 2006 Infusion Nurses Society Annual Meeting,

19  available at http://www.cealliance.org/IGIV%20Therapy.pdf, are attached hereto as Exhibit D.

20      5.    Our client was able to identify at least one family within this judicial district that

21  uses NutriThrive products and services on the on-line forum www.parent-2-parent.com.  I logged

22  on to this forum to find more information about this family, but unfortunately, was unable to view

23  the family's on-line profile because I did not have the requisite permissions.  I was, however, able

24  to determine that the poster's name is Jessi, she is mother to Jaxson and Joshua, she lives in

25  Redding, she posts under the user name "momtojaxandboo," she has posted on the forum since at

26  least February, 2008, she has posted hundreds of message to the forum since mid-April (previous

27  messages are not available), and she appears to post several messages every day.

28      6.    This afternoon, my colleague Michael Thomas and I spoke with Kristy Schieldge,

2

an attorney with the California Department of Consumer Affairs.  Ms. Schieldge called us in response to a Public Records Act request that we delivered to the California Board of Pharmacy on July 17, 2008, in which we sought "Documents, correspondence, license applications, licenses, notes, and other Documents related to BioRx, LLC or NutriThrive, including but not limited to any Documents related to any applications for License No. 99504 (non-resident sterile compounding), and License No. 819 (non-resident pharmacy) or any other licenses or license applications."  Ms. Schieldge notified us that she would provide us with BioRx's applications, correspondence relating to such applications, final actions of the Board of Pharmacy, and enforcement information within the next few days. Upon our request, Ms. Schieldge's colleague, Erin LaPerle of the California Board of Pharmacy, sent us by facsimile BioRx's most recent license application in which BioRx identifies its agent for service of process in California pursuant to the requirements of the Pharmacy Law codified in the California Business and Professions Code.  Attached hereto as Exhibit E is a true and correct copy of this application, in which BioRx identifies its California agent for service of process as Business Filings, Inc., 1232 Q Street, 1st Floor, <u>Sacramento,</u> California.

I declare under the laws of the State of California that the foregoing is true and correct. Executed this 28th day of July, 2008 in Sacramento, California.

_____
/s/ Aparna Rajagopal-Durbin
APARNA RAJAGOPAL-DURBIN

941914.1

3

DECL. OF APARNA RAJAGOPAL-DURBIN ISO OPP. TO DEF'S MOTION TO DISMISS OR TRANSFER

Case No. 2:08-CV-01252-WBS-EFB

**DECLARATION OF APARNA RAJAGOPAL DURBIN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

# EXHIBIT A



Exhibiting With the AANEM
Should be a Key Part of Your Business Strategy!

Companies on this list exhibited
at the 2005 Annual Scientific Meeting in Monterey, California.

The AANEM Exhibitor List is an informational service offered to AANEM members. The listing information was submitted voluntarily by companies and/or associations who were exhibitors at the most recent AANEM Annual Scientific Meeting. The AANEM does not review, evaluate, or provide input regarding the listing; therefore the listing is not necessarily complete. Inclusion of a company in

this listing does not imply AANEM sponsorship, endorsement, or warranty of that company or its products.

Case 3:08-cv-01493-JM-BLM    Document 42    Filed 08/04/2008    Page 6 of 30

| | |
|---|---|
| **Accredo Therapeutics**<br>1640 Century Center Parkway<br>Suite 105<br>Memphis, Tennessee 38134<br>Toll free: (866) 820-IVIG<br>Website: www.accredotx.com<br>Accredo Therapeutics is a national provider of nursing care and pharmacy services for patients requiring IVIG therapy. From our nationwide network of pharmacies to the specialized attention of our clinical teams, our experienced staff is committed to providing quality care for our patients in the comfort of their home. | **adima/bioScrip**<br>5 North Regent Street<br>Suite 506<br>Livingston, New Jersey 07039<br>Telephone: (973) 597-0444<br>Fax: (800) 892-4737<br>Toll free: (800) 552-3462<br>Website: www.scripsolutions.com<br>ADIMA is ScripSolutions' specialty infusion therapy service that offers patients and healthcare providers a reliable resource in the coordination, administration and delivery of intravenous medications to non-hospital settings. |
| **Allergan**<br>2525 Dupont Drive<br>Irvine, California 92612<br>Telephone: (714) 246-4500<br>Fax: (714) 246-4971<br>Website: www.allergan.com<br>The Botox Medical & Scientific Information Booth is designed to be a comprehensive source of information on neurotoxins. Personnel in the booth are solely doctorate level scientists able to entertain queries about the medical literature, clinical trials, and clinical experience with neurotoxins within the medical community. | **Alpine Biomed Corporation**<br>16580 Harbor Boulevard<br>Suite O<br>Fountain Valley, California 92708<br>Telephone: (800) 222-0074<br>Fax: (714) 839-8429<br>Email: sales@alpinebiomed.com<br>Website: www.alpinebiomed.com<br>Intelligent diagnostic products and services for neurology, urology, and gastroenterology. Exclusive US distributor of Medtronic's Keypoint™ EMG/EP neurodiagnostic equipment and accessories including concentric DCN™, monopolar DMN™, and Boject™ needle electrodes, surface electrodes, and HUSH™ shielded electrodes and cables. |
| **AMBU Inc.**<br>611 N. Hammonds Ferry Road<br>Linthicum, Maryland 21090-1356<br>Telephone: (800) 262-8462<br>Fax: (800) 262-8673<br>Website: www.ambuusa.com<br>AMBU, manufacturer of diagnostic equipment including: ECG Electrodes, EMG needles, EEG Surface Electrodes, Subdermal Needles, Disposable Cup Electrodes, Injection EMG Needles. Contact John Florian, Marketing manager. | **Applied Neuro Tech Inc.**<br>648 E La Veta Avenue<br>Orange, California 92866<br>Telephone: (714) 771-4502<br>Fax: (800) 525-5225<br>Website: www.appliedneurotech.com<br>Applied Neuro Tech (ANT), a California-based equipment manufacturer, is pleased to introduce its new line of cost effective EMG/NCV instruments. Priced at $9950, the ANT performs EMG, NCV, F-Wave, H-Reflex and Myasthenia. The ANT includes a powerful report writer which can be tailored to your specific needs. |
| **Athena Diagnostics, Inc.**<br>Four Biotech Park<br>377 Plantation Street<br>Worcester, Massachusetts 01605<br>Telephone: (800) 394-4493<br>Website: www.athenadiagnostics.com<br><br>Founded in 1989, Athena Diagnostics offered the first diagnostic service for muscular dystrophy. Since then, Athena has focused on neurological, renal and endocrine disorders by offering an extensive menu of tests and a wide range of diagnostic technologies. Athena focuses exclusively on assisting physicians in their efforts to provide the best possible diagnoses of these disorders. | **Axiom Worldwide**<br>9423 Corporate Lakes Drive<br>Tampa, Floprida 33634<br>Telephone: (813) 249-6444<br>FAx: (813) 249-6445<br>Axiom Worldwide! The leader in treating low back and neck pain! Now offers the EPS8000, the latest technology in peripheral nerve stimulation. Our EPS8000 offers a non-pharmaceutical alternative in treating pain and rehabilitating muscle. The EPS8000 is FDA approved. For more information visit:<br>Axiomworldwide.com. |
| **BioRx**<br>5800 Creek Road<br><br>Cincinatti, Ohio 45242<br>Telephone: (866) 44-BIORX | **Cadwell Laboratories, Inc.**<br>909 N. Kellogg Street<br>Kennewick, Washington 99336<br>Toll-free: (800) 245-3001<br>Telephone: (509) 735-6481 |

| | |
|---|---|
| Website: www.biorx.net BioRx specializes in providing IVIG and related medications to patients and physician's practices which treat neuromuscular disorders. Based in Cincinnati , BioRx offers "turn-key" solutions, nationally, to practices who want to offer an in-office infusion therapy program to their patients. Visit us at www.biorx.net or call 866-44-BIORX to learn more. | Fax (800) 793-6503 Email: info@cadwell.com Website: www.cadwell.com See the standard in EMG/NCV/EP instrumentation – Cadwell's Sierra® Wave® with new capabilities like Multi-Motor Unit Analysis, Single Fiber EMG, our acclaimed QuickReport™ and more. QuickMed® EMR and Practice Management includes electrodiagnostic-specific charting, scheduling Rx writing, billing, and more. |
| **Crescent Healthcare, Inc.** 1990 W. Crescent Avenue Anaheim, California 92801 Telephone: (800) 879-4844 Fax: (800) 607-5549 Website: www.crescenthealthcare.com Crescent Healthcare is a premier infusion company providing acute and chronic therapies to patients at home, in doctors' offices and in hospital outpatient settings. Crescent has over a decade of experience providing IVIG to patients with chronic disorders. Our skilled pharmacists and infusion nurses are dedicated to providing quality care. | **The Electrode Store** P. O. Box 188 Enumclaw, Washington 98022 Telephone: (360) 829-0400 Fax: (360) 829-0402 Email: info@electrodestore.com Website: www.electrodestore.com Over 97% of products are US made. With most products manufactured in our facility, we maintain strict control over both quality and design. Quality System certificates include ISO 13485, the European Medical Device Directive, and Health Canada. They will be available for inspection at Booth 201. No matter which electrodiagnostic instrument you prefer, our products provide superior signal quality at an economical price. |
| **Edu Technology** 17007 211th Avenue Big Lake, Minnesota 55309 Telephone: (866) 609-8913 Fax: (800) 787-5133 Email: support@edu-technology.com Website: www.edu-technology.com Edu Technology is a national reseller that offers the best in health science software and technology for patient and student education. We give the support and service to make technology add value and return from your practice. Featured software products are Primal Pictures Anatomy Visualization, BioEx Prescribable exercises, Diagnosis Pro Differential Diagnosis and LSU Foundation Neurology Software. | **Eli Lilly and Company** Lilly Corporate Center Indianapolis, Indiana 46285 Contact: Carrie Fisher Telephone: (317) 276-3822 Fax: (317) 276-1118 Email: cfisher@lilly.com We provide "Answers that Matter" through scientific innovation, deep clinical medical expertise, and exceptional customer service, to enable people to live longer, healthier, and more active lives. |
| **Faith Medical** 8585 County Road 133 Toll Free: (800) 600-1390 FAx: (573) 676-5393 Website: www.FaithMedical.com Faith Medical sells needle and surface electrodes for EMG/NCV diagnostics and injectable EMG needles for Botox therapy and nerve block procedures, plus preps, pastes tapes, gloves and other accessory items | **Genzyme** 500 Kendall Street Cambridge, Massachusetts 02142 Telephone: (617) 252-7500 Fax: (617) 252-7600 Website: www.genzyme.com Genzyme is one of the world's leading biotechnology companies, with more than 7,600 employees, 2005 revenues expected to exceed $2.6 billion, and products serving patients in more than 80 countries. The company is focused on rare inherited disorders, kidney disease, orthopaedics, cancer, transplant and immune diseases, and diagnostic testing. |
| **Jari Electrode Supply** 380 Tomkins Court Gilroy, California 95020 Telephone: (405) 847-1895 Fax: (408) 847-3620 Email: jariinc@garlic.com Website: www.jarisupply.com Jari Electrode Supply is a supplier of the finest quality electrode for EMG | **Lippincott, Williams & Wilkins** 530 Walnut Street Philadelphia, Pennsylvania 19106 Telephone: (215) 521-8300 Fax: (215) 521-8493 Email: info@lww.com Website: www.lww.com Lippincott, Williams and Wilkins publishes books, journals, DVD/CDs, |

the finest quality electrodes for EMG and EEG use featuring reusable monopolar needle electrodes, disposable injectable needle electrodes, disposable concentric needle electrodes and detachable concentrics and monopolars. We also have available reusable needle and surface electrodes along with accessories for the neurologist. Our courteous sales staff is ready to serve your needs. Call Jari Electrode Supply at (800) 745-1934 or check out our website at www.jarisupply.com

publishes books, journals, DVD/CDs, and CME-resources and products as a provider. Contact Allen Goodman.

**MEDOC Advanced Medical Systems, U.S.**
1502 West NC Highway 54, Suite 404
Durham, North Carolina 27707
Telephone: (919) 402-9600
Fax: (919) 402-9607
Email: medoc@mindspring.com
Introducing the Contact Heat-Evoked Potential Stimulator (CHEPS), for quantitative evaluation of C-fiber and A-delta evoked potential recording. Medoc also will be exhibiting its TSA-II NeuroSensory Analyzer, now the leading Quantitative Sensory Testing (QST) system for assessment of both small and large fiber function and serving a complimentary role to traditional EMG/NCV.

**MEPs, LLC / Digitimer, Ltd**
One Broward Blvd.
Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 713-8017
Fax: (954) 523-1911
Contact: Harry J. Benedict
Email: MEPsLLC@aol.com
Website: www.digitimer.com
MEPs, LLC will display products from Digitimer Ltd. (UK) for transcranial electrical stimulation to elicit motor evoked potentials (TceMEP), constant current stimulators for peripheral nerve and quadriceps muscle stimulation, and the NEW DS5 computer controlled bipolar stimulator with QTRAC software for threshold tracking.

**Micromedical Technologies**
10 Kamp Drive
Chatham, Illinois 62629
Telephone: (217) 483-4154
Toll Free: (800) 334-4154
Fax: (217) 483-4533
Email: gene@micromedical.com
Website: www.micromedical.com
Micromedical Technologies manufactures instrumentation for vestibular testing and rehabilitation which focus on accepted understanding of central control mechanisms involved in movement, balance, and posture. Products include VisualEyes™ VNG/ENG, VORTEQ® Head Rotation VOR, Dynamic Visual Acuity Test, System 2000™ Rotary Chair, RealEyes™ Video Goggles, BalanceCheck™ Platform Posturography, and BalanceQuest™ Computerized Dynamic Posturography.

**Monarch Medical Systems**
7624 Belmondo Lane
Las Vegas, Nevada 89128
Telephone: (800) 348-3083
Fax: (702) 869-1085
Website: www.mon-med.com
Portable, affordable, high-resolution diagnostic ultrasound soft tissue imaging systems. Invaluable for assessing tendon, muscle and nerve pathologies including tears, ruptures, compressions, impingements, and inflammatory conditions involving the extremities. Also used in conjunction with injection therapy to guide the placement of the needle to the precise site for release of the medication. CPT codes exist; reimbursement is a reality.

**Nihon Kohden**
90 Icon Street
Foothill Ranch, California 92610
Toll Free: (800) 325-0283
Telephone: (949) 580-1555
Fax: (949) 580-1550
Website: www.nkusa.com
The MEB-9200 Desktop and MEB-9300 Laptop 2, 4, 8, or 16 channel EP/EMG/NCV systems are the newest additions to our Neuropack Series. These state-of-the-art EP/EMG instruments are complete with NCS programs; Microsoft Word™ and Excel™ reports; manual MUP; 1, 2, 4, 8 or 16 channel input boxes and are built on a Microsoft Windows™ operating system. With these attractive features the Neuropack MEB-9200 and MEB-9300 systems offer the best

**One Call Medical, Inc**
20 Waterview Blvd
Parsippany, New Jersey 07054
Telephone: (973) 257-0044
Fax: (973) 257-9512
Website: www.onecallmedical.com
One Call Medical, a national PPO network, links its base of insurance company customers to its network of eminent EMG providers. Physicians benefit from increased patient volume, decreased staff workloads, and prompt reimbursements. OCM's Medical Advisory Board consists of former AANEM presidents, and renowned physicians assisting in setting quality standards.

capability for meeting every lab's testing requirements from single channel nerve conduction studies to 10-20 routine EEG studies.

| | |
|---|---|
| **Pfizer**<br>235 East 42nd Street<br>New York, New York 10017<br>Telephone: (212) 733-0847<br>Fax: (212) 499-4109<br>Website: www.pfizer.com<br>Please visit the Pfizer Inc., U.S. Pharmaceuticals exhibit. | **Rhythmlink**<br>1256 First Street, South Extension<br>Columbia, South Carolina 29209<br>Telephone: (866) 633-3754<br>Fax (803) 252-1111<br>Website: www.rhythmlink.com<br>Rhythmlink International has a growing product line of neurodiagnostic electrodes and accessories. Founded on simple principles, our goal is to provide flawless customer service, be forthright and honest, and provide the best possible product at reasonable prices. We look forward to earning your business! Visit us at www.rhythmlink.com. |
| **Rochester Electro-Medical, Inc.**<br>15619 Premiere Drive - Suite 204<br>Tampa, Florida 33624<br>Telephone: (800) 328-5544<br>Fax (800) 545-0845<br>Website:<br>www.rochesterelectromed.com<br>Rochester Electro-Medical, Inc. features the Ultra Point Monopolar Needles—extremely sharp points and at the best cost. Stop by our booth or visit our Website at www.rochesterelectromed.com for the latest in Stimulation, Pick-up, Ground and Sensory Electrodes. | **Saunders / Mosby Medical Books**<br>7073 Valley Greens Circle<br>Carmel, California 93923<br>Telephone: (800) 955-0345<br>Fax: (831) 620-1561<br>The latest in medical books and journals offered at publishers' discount prices. |
| **VIASYS Healthcare, Inc.**<br>5225 Verona Road, Bldg. 2<br>Madison, Wisconsin 53711<br>Telephone: (608) 273-5000<br>Fax: (608) 273-5067<br>Email: info@nicoletbiomedical.com<br>Website: www.viasyshealthcare.com<br>VIASYS Healthcare, the leader in electroneurophysiological instrumentation, designs, manufactures, and distributes a range of networkable systems for diagnostic and monitoring applications. VIASYS will present its EMG/EP product line: the Nicolet VikingSelect, the NEW Nicolet VikingQuest, and "The Sounds of EMG" educational CD, as well as the full line of and aftermarket accessories and supplies. | **Voice Factor/PCS**<br>15225 US Hwy 19N<br>Suite 202<br>Hudson, Florida 34667<br>Telephone: (727) 697-2800<br>Toll Free: (800) 606-6355<br>Fax: (520) 654-9078<br>Website: www.voicefactor.com<br><br>The Voice Factor Bundle incorporates the most advanced voice-recognition technology available on the market today. Users can achieve speeds at up to over 160 words per minute with accuracy rates as high as 99.5% after just 5 to 15 minutes of training and practice. Doctors can save thousands in transcription costs alone. |
| **WR Medical Electronics Co..**<br>123 North 2nd Street<br>Stillwater, Minnesota 55082<br>Telephone: (800) 635-1312<br>Fax: (800) 990-9733<br>Email: neuro@wrmed.com<br>Website:www.wrmed.com<br>Innovative products for autonomic and peripheral nerve research and testing. WR TestWorksTM software and hardware allow you to record, display, save, analyze, and generate reports. Including the CASE IVTM Computer Aided Sensory Evaluator for QST, the Q-SweatTM Quantitative Sweat Measurement system, and the FMS Finometer for continuous, noninvasive, beat-to-beat BP. | **XLTEK**<br>2568 Bristol Circle<br>Oakville, Ontario<br>Canada L6H 5S1<br>Telephone: (800) 387-7516<br>Or: (905) 829-5300<br>Fax: (905) 829-5304<br>Website: www.xltek.com<br>XLTEK is an innovative developer and manufacturer of quality neurodiagnostic systems including EMG, EEG, LTM, PSG and IOM. Our customer driven approach has proven to complement our product development philosophy: Reliability, Simplicity and Performance. Come see what over 19 years of experience can provide your facility. |

**Associations**

**American Association of Neuromuscular & Electrodiagnostic Medicine (AANEM)**
2621 Superior Dr NW, Rochester, MN 55901 Telephone: (507) 288-0100
Fax: (507) 288-1225
Website: www.aanem.org
The American Society of Electroneurodiagnostic Technologists, Inc. [ASET] is the largest professional organization representing technologists specializing in the field. ASET offers employment services for employers; innovative educational opportunities through our workshops, distance and online training programs; and actively promotes professional competencies, including our just released competency on Nerve Conduction Studies.

Direct all correspondence pertaining to Support and Exhibits to:

*Jennifer Adler, Exhibit and Foundation Manager*
*jadler@aanem.org*

---

2621 Superior Drive NW | Rochester, MN 55901
Telephone: 507.288.0100 | Fax: 507.288.1225
E-mail: aanem@aanem.org
Copyright ©1995-2008; by the AANEM. All rights reserved.
Disclaimers and Legal Notice

Privacy Policy

Case No. 2:08-CV-01252-WBS-EFB

**DECLARATION OF APARNA RAJAGOPAL DURBIN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

# EXHIBIT B



## Patient Resources & News



## Patient Resources

Fight Your Insurance Company when Coverage Is Denied

File a Complaint in AZ

File a Complaint in CA

## News/Downloads

>> 2008 Neuropathy Action Awareness Day

California Declares June 26th "Neuropathy Action Awareness Day"

*Davis Enterprise* Online Article: "Activists Provide A Voice"

*Neurology Now* Article: "Taking Action for Neuropathy"

*I.G. Living* Article: "Neuropathy Patient Champions Justice for All"

Media Alert: AZ Hearing on IVIG Access

Press Release: NAF Urges Congressional Action for IVIG

Problems Obtaining IVIG?

## 2008 Neuropathy Action Awareness Day
### June 26, 2008

The second annual "Neuropathy Action Awareness Day" was held June 26, 2008 at the UCSF Mission Bay Conference Center and was a huge success! The event attracted over 250 attendees, 17 exhibitors, 18 corporate sponsors and top-notch speakers from across the country. The best aspect of this exciting day was that neuropathy patients were not charged one cent for the daytime seminars or the luncheon. The NAF does not feel as though patients should ever have to pay to learn about their disease or to be educated on patient advocacy.

The day was designed to promote public awareness of neuropathy, and to provide helpful information to those who have the disease or who care about someone who does. Several companies, organizations and government entities graciously agreed to exhibit at the event to educate conference attendees about their products and services. The NAF would like to thank the following exhibitors:

- American Red Cross
- Centers for Medicare and Medicaid Services (CMS)
- Crescent Healthcare
- Institute for Restorative Health
- California Department of Insurance
- Coram Specialty Infusion Services
- Office of the California Patient Advocate
- Eli Lilly and Company
- BioRx
- Walgreens - OptionCare
- Northern California Chapter of The Neuropathy Association (NCCNA)
- GBS/CIDP Foundation International
- Origin BioMed Inc. (US)
- Medtronic
- California Department of Managed Healthcare (DMHC)
- Health Insurance Counseling & Advocacy Program (HICAP)
- UCSF Department of Nutrition and Food Services

The daytime seminars consisted of the following topics and speakers:

**The Spectrum of Neuropathic Analgesia; Approaches to Drug Management, Novel Implantable Devices, and The Legal and Legislative Landscape**
Scott M. Fishman, MD, Chief, Division of Pain Medicine, University of California, Davis

**There Is Hope—What You Need to Know About Neuropathy: You've Just Come From The Doctor's Office With A Diagnosis, Now What?**
The Northern California Chapter of The Neuropathy Association (NCCNA)

**IVIG and the Importance of Blood/Plasma**
Patrick Schmidt, CEO, FFF Enterprises & Michelle Vogel, Alliance for Plasma Therapies

**A New Hope for Diabetic Neuropathy**

**Image Library**
(Click to Enlarge)










Ziv M. Peled, MD, Director, Denton Institute for Peripheral Nerve and Plastic Surgery

**Alternative Options in Treating Neuropathy**
Eric I. Hassid, MD & Marco Vespignani, ND, Institute for Restorative Health, Davis, CA

**Neuropathy 101 For Patients**
Jonathan Katz, MD, Chief of Neuromuscular Services, CA Pacific Medical Center
Jeffrey Ralph, MD, Assistant Clinical Professor, University of CA San Francisco

The buffet luncheon was the highlight of the day for many and featured:

**Richard H. Carmona, M.D, M.P.H., FACS**
17th Surgeon General of the United States (2002 – 2006)
Vice Chairman, Canyon Ranch
CEO, Canyon Ranch Health Division
President, Canyon Ranch Institute

**Trisha Torrey, Every Patient's Advocate**
Ten Tools Smart Patients Use to Navigate Their Medical Care

**"You Are Our Hero Award"**
Recipient - Bev Anderson, President, NCCNA

The day ended with an evening reception, silent auction and dinner. The Master of Ceremonies and award recipient was Carolyn Johnson, ABC, San Francisco. Speakers and entertainment included the following:

**Neuropathy 101 For the General Public**
Todd Levine, MD and David Saperstein, MD
Banner Good Samaritan Medical Center and Clinical Assistant Professor, University of Arizona

**California Assemblywoman Mary Hayashi (D-Hayward)**

**Special Celebrity Guest Jennifer Holliday**
Grammy and Tony Award-winning American Singer and Actress

The feedback provided on the event was so positive that the NAF is already planning for the 3rd Annual "Neuropathy Action Awareness Day" to be held in June 2009!

110 Pacific Avenue #131 • San Francisco, CA 94111    |    (877) 512-7262    |    Info@NeuropathyAction.org

Case No. 2:08-CV-01252-WBS-EFB

**DECLARATION OF APARNA RAJAGOPAL DURBIN IN
SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION
TO DISMISS OR TRANSFER**

# EXHIBIT C

**Bayer HealthCare**
Pharmaceuticals



Bayer HealthCare
Pharmaceuticals
Berkeley, California
94710 USA
www.bayerhealthcare.com

# News release

## Bayer HealthCare and BioRx Introduce Educational Children's Book About Hemophilia

*The Great Inhibitor is an inspiring story that will be a valuable teaching tool for parents and healthcare providers dealing with inhibitors*

**BERKELEY, Calif. & CINCINNATI, Ohio (July 18, 2006)** — Bayer HealthCare Pharmaceuticals and BioRx today announced the availability of *The Great Inhibitor,* a children's book about hemophilia. Written by Chris Perretti Barnes, the mother of a young boy with hemophilia, the book explains inhibitors from the perspective of a young boy recently diagnosed with them. Inhibitors affect a small percentage of people with hemophilia A, and occur when the immune system produces an antibody, or an inhibitor, that prevents the action of replacement factor VIII. The book is a teaching tool for parents and healthcare providers, and provides an easy-to-understand explanation of an inhibitor diagnosis.

Barnes wrote *The Great Inhibitor* to help parents initiate a discussion about how their child feels about living with hemophilia and an inhibitor. The book tells the story of 6-year-old Nate, who is diagnosed with an inhibitor and finds a way to feel empowered despite his diagnosis.

*--more--*

"For children and teens living with hemophilia A and B, learning and talking about hemophilia and inhibitors can be overwhelming, confusing, and scary," said author Chris Barnes. "*The Great Inhibinator* can help parents open up lines of communication with their child and begin a discussion in a friendly, fun, and safe way."

*The Great Inhibinator* chronicles Nate's quest to find a Halloween costume for trick or treating, and finds an unlikely inspiration for his costume – his inhibitor diagnosis. Nate creates "The Great Inhibinator," a superhero who fights inhibitors and works to find a cure for hemophilia. He turns a frustrating and overwhelming time for himself and his family into a fun trick or treating event for his whole family.

"Bayer HealthCare is committed to supporting special projects, like *The Great Inhibinator*, to educate young people and their families," said Terry Tenbrunsel, Vice President of U.S. Sales and Marketing for Kogenate. "*The Great Inhibinator* is a great tool that will  help children to better understand inhibitor formation in hemophilia, thereby allowing them to better manage their treatment."

"We are thrilled to be able to support such an innovative educational tool for the hemophilia community as we strongly believe that education is key to empowering patients and their families," said Eric Hill, President, BioRx. "We also commend Chris for her initiative, passion and dedication to this community."

*The Great Inhibinator* is published by BioRx with support from Bayer HealthCare and is now available through both companies. To receive a copy, parents and healthcare providers can call Bayer Customer Service at 888-606-3780, or contact Chris Barnes at 866-44-BIORX (866-442-4679) or *cbarnes@biorx.net*.

Contact:
Sreejit Mohan
Bayer HealthCare
Tel.:(510) 705-5477
E-mail: *sreejit.mohan.b@bayer.com*

Eric Hill
BioRx
Tel: 336-688-4909
E-mail: *ehill@biorx.net*

*--more--*

**About Hemophilia**

Hemophilia is an inherited bleeding disorder characterized by prolonged or spontaneous bleeding, especially into the muscles, joints, or internal organs. About 17,000 Americans have hemophilia. The disease is caused by deficient or defective blood coagulation proteins, known as factor VIII or IX. The most common form of the disease is hemophilia A, or classic hemophilia, in which the clotting factor VIII is either deficient or defective. Hemophilia B is characterized by deficient or defective factor IX.

**About BioRx**

Based in Cincinnati Ohio, BioRx is a national pharmacy specializing in highly customized care for the bleeding disorders community.  As one of the nation's fastest growing providers of hemophilia clotting factors and other specialty pharmaceuticals the company's clinical staff reaches patients and physicians in 43 states.  To learn more about BioRx and its products and services visit *www.biorx.net*.

**About Bayer HealthCare**

Bayer HealthCare, a subsidiary of Bayer AG, is one of the world's leading, innovative companies in the health care and medical products industry based in Leverkusen/Germany. In 2005, the Bayer HealthCare subgroup generated sales amounting to some 9.4 billion Euro. Bayer HealthCare employed 33,800 people worldwide in 2005.

The company combines the global activities of the divisions Animal Health, Consumer Care, Diabetes Care, Diagnostics and Pharmaceuticals. Since January 1, 2006 the new Pharmaceutical Division consists of the former Biological Products and Pharmaceutical Division and now comprises three business units: Hematology/Cardiology, Oncology and Primary Care.

Bayer HealthCare's aim is to discover and manufacture products that will improve human and animal health worldwide. The products enhance well-being and quality of life by diagnosing, preventing and treating diseases.

**Forward-looking statements**

This news release contains forward-looking statements based on current assumptions and forecasts made by Bayer Group management. Various known and unknown risks, uncertainties, and other factors could lead to material differences between the actual future results, financial situation, development, or performance of the company and the estimates given here. These factors include those discussed in our public reports filed with the Frankfurt Stock Exchange and the U.S. Securities and Exchange Commission (including our Form 20-F). The company assumes no liability whatsoever to update these forward-looking statements or to conform them to future events or developments.

###

09426Y

## Bayer HealthCare Pharmaceuticals
UNITED STATES

| Home | | About Us | News Room | Products | Careers | |

News Room
→ Archive

Country Links

Bayer HealthCare ▾

Bayer Schering Pharma ▾

Bayer Links

Bayer Global
Bayer HealthCare Portal
Investor Relations

General Conditions of Use
Privacy Statement
Imprint
Copyright ©
Bayer Healthcare Pharmaceuticals

### 18 July 2006 - Bayer HealthCare and BioRx Introduce Educational Children's Book About Hemophilia

**BERKELEY, Calif. & CINCINNATI, Ohio** — Bayer HealthCare Pharmaceuticals and BioRx today announced the availability of *The Great Inhibinator*, a children's book about hemophilia. Written by Chris Perretti Barnes, the mother of a young boy with hemophilia, the book explains inhibitors from the perspective of a young boy recently diagnosed with them. Inhibitors affect a small percentage of people with hemophilia A, and occur when the immune system produces an antibody, or an inhibitor, that prevents the action of replacement factor VIII. The book is a teaching tool for parents and healthcare providers, and provides an easy-to-understand explanation of an inhibitor diagnosis.

Barnes wrote *The Great Inhibinator* to help parents initiate a discussion about how their child feels about living with hemophilia and an inhibitor. The book tells the story of 6-year-old Nate, who is diagnosed with an inhibitor and finds a way to feel empowered despite his diagnosis.

"For children and teens living with hemophilia A and B, learning and talking about hemophilia and inhibitors can be overwhelming, confusing, and scary," said author Chris Barnes. "*The Great Inhibinator* can help parents open up lines of communication with their child and begin a discussion in a friendly, fun, and safe way."

*The Great Inhibinator* chronicles Nate's quest to find a Halloween costume for trick or treating, and finds an unlikely inspiration for his costume – his inhibitor diagnosis. Nate creates "The Great Inhibinator," a superhero who fights inhibitors and works to find a cure for hemophilia. He turns a frustrating and overwhelming time for himself and his family into a fun trick or treating event for his whole family.

"Bayer HealthCare is committed to supporting special projects, like *The Great Inhibinator*, to educate young people and their families," said Terry Tenbrunsel, Vice President of U.S. Sales and Marketing for Kogenate, Bayer HealthCare Pharmaceuticals. "*The Great Inhibinator* is a great tool that will help children to better understand inhibitor formation in hemophilia, thereby allowing them to better manage their treatment."

"We are thrilled to be able to support such an innovative educational tool for the hemophilia community as we strongly believe that education is key to empowering patients and their families," said Eric Hill, President, BioRx. "We also commend Chris for her initiative, passion and dedication to this community."

*The Great Inhibinator* is published by BioRx with support from Bayer HealthCare and is now available through both companies. To receive a copy, parents and healthcare providers can call Bayer Customer Service at 888-606-3780, or contact Chris Barnes at 866-44-BIORX (866-442-4679) or *cbarnes@biorx.net*.

**About Hemophilia**
Hemophilia is an inherited bleeding disorder characterized by prolonged or spontaneous bleeding, especially into the muscles, joints, or internal organs. About 17,000 Americans have hemophilia. The disease is caused by deficient or defective blood coagulation proteins, known as factor VIII or IX. The most common form of the disease is hemophilia A, or classic hemophilia, in which the clotting factor VIII is either deficient or defective. Hemophilia B is characterized by deficient or defective factor IX.

Based in Cincinnati Ohio, BioRx is a national pharmacy specializing in highly customized care for the bleeding disorders community. As one of the nation's fastest growing providers of hemophilia clotting factors and other specialty pharmaceuticals the company's clinical staff reaches patients and physicians in 43 states. To learn more about BioRx and its products and services visit *www.biorx.net*.

**About Bayer HealthCare**

Bayer HealthCare, a subsidiary of Bayer AG, is one of the world's leading, innovative companies in the health care and medical products industry based in Leverkusen/Germany. In 2005, the Bayer HealthCare subgroup generated sales amounting to some 9.4 billion Euro. Bayer HealthCare employed 33,800 people worldwide in 2005.

The company combines the global activities of the divisions Animal Health, Consumer Care, Diabetes Care, Diagnostics and Pharmaceuticals. Since January 1, 2006 the new Pharmaceutical Division consists of the former Biological Products and Pharmaceutical Division and now comprises three business units: Hematology/Cardiology, Oncology and Primary Care.

Bayer HealthCare's aim is to discover and manufacture products that will improve human and animal health worldwide. The products enhance well-being and quality of life by diagnosing, preventing and treating diseases.

**Forward-looking statements**

This news release contains forward-looking statements based on current assumptions and forecasts made by Bayer Group management. Various known and unknown risks, uncertainties, and other factors could lead to material differences between the actual future results, financial situation, development, or performance of the company and the estimates given here. These factors include those discussed in our public reports filed with the Frankfurt Stock Exchange and the U.S. Securities and Exchange Commission (including our Form 20-F). The company assumes no liability whatsoever to update these forward-looking statements or to conform them to future events or developments.

Case No. 2:08-CV-01252-WBS-EFB

**DECLARATION OF APARNA RAJAGOPAL DURBIN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

# EXHIBIT D



# IGIV THERAPY:
## THE NURSE'S ROLE IN BALANCING COSTS AND QUALITY OF CARE
### A CE monograph based on a symposium at the 2006 INS Annual Meeting*

**Target Audience:** Infusion Nurses

## Faculty
Deanne Birch
Julie Winton, RN, BSN

The University of Nebraska Medical Center College of Nursing Continuing Nursing Education is accredited as a provider of continuing nursing education by the American Nurses Credentialing Center's Commission on Accreditation. This activity is provided for 1.2 contact hours. Iowa Provider #78. Additionally, provider approved by the California Board of Registered Nursing. Provider #13699 for 1.2 contact hours.

**\*This monograph is not sponsored by, nor a part of, the 2006 Infusion Nurses Society Annual Meeting and Industrial Exhibition.**


This program is supported by a continuing nursing education grant from Talecris Biotherapeutics, Inc.

## How to Receive Credit

Infusion nurses wishing to receive 1.2 contact hours must:

1. Read the monograph (estimated time for completion: 1 hour).
2. Relate the content material to the learning objectives.
3. Answer at least 7 of the 10 self-assessment questions on page 15 correctly.
4. Complete the evaluation form as indicated on page 16.

Upon successful completion of the requirements, a CE certificate will be mailed to you. A certificate will be mailed within 4 to 6 weeks from the date of receipt of your completed evaluation form.

**Release date:** July 30, 2006
**Expiration:** To be eligible to earn (or receive) contact hours, required materials must be postmarked or received no later than July 30, 2007.

## Disclaimer

The opinions or views expressed in this continuing education activity are those of the faculty and do not necessarily reflect the opinions or recommendations of the Continuing Education Alliance, the University of Nebraska Medical Center College of Nursing Continuing Nursing Education, or Talecris Biotherapeutics, Inc.

Please contact the Continuing Education Alliance at inquiries@cealliance.org for questions regarding this activity.

©2006 Continuing Education Alliance            Printed in USA            CTE32606

# IGIV THERAPY:
## THE NURSE'S ROLE IN BALANCING COSTS AND QUALITY OF CARE



## Goal

To familiarize infusion nurses with immune globulin products, safety and tolerability considerations, and current issues regarding costs and reimbursement.

## Learning Objectives

After reading the articles in this monograph, participants will be better able to:

- Describe the differences among currently available immune globulin products and their impact on safety, tolerability, and economic considerations.
- Discuss key policies and procedures related to reimbursement for immune globulin therapy in various clinical settings.

## Faculty

**Deanne Birch**
Director of Reimbursement
Managing Member
Infusion Innovations, LLC
Salt Lake City, Utah

**Julie Winton, RN, BSN**
Director of Business Development–West
BioRx, LLC
Baker City, Oregon

## Disclosures

All faculty and planners participating in continuing education activities sponsored by the University of Nebraska Medical Center College of Nursing Continuing Nursing Education are expected to disclose to the audience any significant support or substantial relationship(s) with providers of commercial products and/or devices discussed in this activity and/or with any commercial supporters of the activity. In addition, all faculty are expected to openly disclose any off-label, experimental, or investigational use of drugs or devices discussed in this activity. The faculty and planning committee have been advised that this activity must be free from commercial bias, and based upon all the available scientifically rigorous data from research that conforms to accepted standards of experimental design, data collection, and analysis.

**Ms Birch:** *partner:* Infusion Innovations, LLC (provider of home infusion pharmacy products).

**Ms Winton:** has no significant relationships to disclose.

The Planning Committee for this activity included Catherine A. Bevil, RN, EdD, of the University of Nebraska Medical Center College of Nursing Continuing Nursing Education, and Craig Borders and Ira Mills of the Continuing Education Alliance. The members of the Planning Committee have no significant relationships to disclose.

## Table of Contents

Introduction.............................................................................................................1

Strategies for Optimizing Patient Care With IGIV Therapy.......................................2

Current Issues in Cost Management
and Reimbursement for IGIV Therapy ................................................................9

Self-Assessment Questions....................................................................................15

Evaluation Form for Nurses....................................................................................16



# Introduction

*Immune globulin therapy is used for antibody replacement and immune system modulation. A wide range of immune globulin products are available. Patients with certain risk factors, however, may be affected by differences in product formulations. In addition, the reimbursement climate continues to change. New policies and procedures have an impact on how immune globulin therapy is coded and what services are covered in various clinical settings.*

*This monograph is based on presentations from a program titled IGIV Therapy: The Nurse's Role in Balancing Costs and Quality of Care, which was held during the Infusion Nurses Society Annual Meeting and Industrial Exhibition in May 2006. In "Strategies for Optimizing Patient Care With IGIV Therapy," Julie Winton, RN, BSN, addresses key strategies for planning optimal administration of immune globulin intravenous (IGIV) or immune globulin subcutaneous (IGSC), managing the infusion process, monitoring patients for adverse effects, and educating patients and their caregivers. In "Current Issues in Cost Management and Reimbursement for IGIV Therapy," Deanne Birch discusses potential cost issues related to IGIV therapy (eg, product manufacturing costs, direct and indirect administration costs, product allocation, and purchasing costs) and the impact of today's reimbursement climate on cost recovery in hospital, physician's office, and home healthcare settings.*

## Strategies for Optimizing Patient Care With IGIV Therapy

**Julie Winton, RN, BSN**
**Director of Business Development–West**
**BioRx, LLC**
**Baker City, Oregon**

Immune globulin products, which consist primarily of immunoglobulin G (IgG), are derived from pooled plasma from healthy blood donors.[1] Currently, the Food and Drug Administration (FDA) has approved IGIV for multiple indications (Table 1). Early in 2006, IGSC received FDA approval for the treatment of primary immune deficiency (PID). However, more than 50% of patients treated with IGIV products receive them for off-label uses.[2]

### Planning for Optimal Administration
### Patient Risk Assessment

A patient risk assessment tool can help clinicians develop a care plan that matches each patient's risk profile with the appropriate immune globulin therapy and thereby minimize infusion reactions (Table 2). At least 70% of the nurses polled during the *IGIV Therapy: The Nurse's Role in Balancing Costs and Quality of Care* program at the 2006 meeting of the Infusion Nurses Society reported that their facility or home healthcare unit does not use a risk-assessment tool to assist in the selection of an immune globulin product. Factors to consider during the risk assessment include the condition for which IGIV or IGSC therapy was prescribed, comorbidities (eg, cardiovascular disease, renal disease, or diabetes mellitus), allergies, history of infusion reactions with immune globulin therapy, and any barriers to intravenous (IV) or subcutaneous (SC) access. The existence of a family or caregiver support system is also an important consideration, particularly when immune globulin therapy is provided at home.

### Nurse's Role in Risk Assessment

From their earliest initiation into nursing school, nurses are trained to carefully assess potential and real problems associated with their patients' diagnoses and therapies. Accordingly, long hours are devoted to care planning. Similarly, this should be viewed as the basis for the nurse's role in risk assessment related to the infusion of IGIV and IGSC. Regardless of the setting (ie, hospital, clinic, or home care), the infusion nurse is responsible for making every effort to minimize the risk to the patient of adverse events during infusion. This in turn minimizes risk for the infusion nurse, the prescriber, the

### Table 1.

#### FDA-Approved Indications for IGIV and IGSC

| IGIV | IGSC |
|------|------|
| Primary immune deficiency (PID) | PID |
| Idiopathic thrombocytopenic purpura | |
| Kawasaki syndrome | |
| Chronic lymphocytic leukemia | |
| Pediatric HIV infection* | |
| Bone-marrow transplantation (allogeneic)* | |

*Gamimune N, which is no longer manufactured, was the only IGIV product approved by the FDA for pediatric HIV infection and bone marrow transplantation (allogeneic).

Case No. 2:08-CV-01252-WBS-EFB

**DECLARATION OF APARNA RAJAGOPAL DURBIN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

# EXHIBIT E

**California State Board of Pharmacy**
1625 N. Market Blvd, Suite N219, Sacramento, CA 95834
Phone (916) 574-7900
Fax (916) 574-8618
www.pharmacy.ca.gov

STATE AND CONSUMERS AFFAIRS AGENCY
DEPARTMENT OF CONSUMER AFFAIRS
ARNOLD SCHWARZENEGGER, GOVERNOR



*BE AWARE & TAKE CARE*
*Talk to your pharmacist!*

**To:**  Michael J Thomas          **Fax:**  (916) 444-2100

**From:**  Erin LaPerle            **Pages**  **3**   **Including cover**

CA Board of Pharmacy

**Phone:**  (916) 574-7922         **Date:**  7/28/08

**Re:**                            **CC:**

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

• **Comments:**  Per your request, a copy of the Non-resident Pharmacy Permit Application has been provided. Please note that the residence address, phone number and e-mail address for the Pharmacist-in-Charge have been redacted to protect the individual's personal information.



**California State Board of Pharmacy**
1625 N. Market Blvd, Suite N219, Sacramento, CA 95834
Phone (916) 574-7900
Fax (916) 574-8618
www.pharmacy.ca.gov

STATE AND CONSUMER SERVICES AGENCY
DEPARTMENT OF CONSUMER AFFAIRS
ARNOLD SCHWARZENEGGER, GOVERNOR



## NONRESIDENT PHARMACY PERMIT APPLICATION

*Please print or type*     ALL BLANKS MUST BE COMPLETED; IF NOT APPLICABLE, ENTER N/A

Name of Pharmacy:  BioRx

Pharmacy Telephone Number  513 792-7080

Address of Pharmacy:   Street and Number   City   State   Zip Code
10828 Kenwood Rd. Cincinnati Ohio 45242

Indicate whether this application is for:

[ ] New Pharmacy   [X] Change of Location of an existing pharmacy   [ ] Change of Ownership of an existing pharmacy

If this is a **change of ownership** or **change of location**, indicate previous name, address and license number of pharmacy.
5800 Creek Rd. Cincinnati, Ohio 45242   NRP 819

Date of proposed change of ownership or location:   March 2007

Please indicate type of ownership:

[ ] Individual   [ ] Partnership   [ ] Corporation   [ ] Not-for-profit corporation   [X] Limited Liability

Name of agent for service of process in California   Business Filings, Inc.

Agent's telephone number  (800) 981-7183

Agent's California address (P.O. box not acceptable)   City   State   Zip Code
1232 Q Street, 1st Floor   Sacramento, CA 95814

Toll-Free Telephone Number for patient-pharmacist communication
1-888 866-442-4679
1-800

Resident State pharmacy permit # & date issued
Ohio # 02-1449600
Issued 6/04

Do you mail replacement contact lenses to patients in California?   Yes [ ]   No [X]

By your affirmative answer above, your pharmacy name will be provided to the California Medical Board and you will be in compliance with section 4124 of the California Business and Professions Code.

CONTINUE ON REVERSE

FOR OFFICE USE ONLY

| STAFF REVIEW | CASHIER LOG |
|---|---|
| [ ] Articles of Incorp   [ ] Financial Aff | Cashier # 382297 |
| [ ] Partner agreement   [ ] Stock Cert | |
| [ ] Seller's certificate   [ ] By-laws | Date |
| [ ] Whlse agreement   [X] Lease | Amount of fee _____ |

Approved _____
Denied
Date 1/22/08

| Name of pharmacist-in-charge | | | Pharmacist license number |
|---|---|---|---|
| Mark R. Kestler | | | 03-2-15192 |

| Residence address | City | State | Zip code |
|---|---|---|---|

Indicate if you want all correspondence mailed to a different address.  If correspondence should be mailed to the pharmacy, please insert "Same as Pharmacy."

SAME AS PHARMACY

| Name and telephone number of contact person to clarify information provided on this application. | e-mail address: |
|---|---|
| Mark Kestler | |

## PLEASE READ CAREFULLY

This application must be approved by the California State Board of Pharmacy before a pharmacy permit will be issued. If changes are made during the application process, you may need to submit a new application with the appropriate fees. **Any application not completed within 60 days of receipt may be deemed withdrawn by the Board of Pharmacy. Fees applied to this application are not transferable and are not refundable.**

Any material misrepresentation in the answer of any question is grounds for refusal or subsequent revocation of a license, and is a violation of the Penal Code of California. All items of information requested in this application are mandatory. Failure to provide any of the requested information will result in the application being rejected as incomplete. The information will be used to determine qualifications for licensure under California Pharmacy Law. The officer responsible for information maintenance is the Executive Officer, (916) 574-7900, 1625 N. Market Blvd, Suite N219, Sacramento, California 95834. The information may be transferred to another governmental agency such as a law enforcement agency if necessary for it to perform its duties. Each individual has the right to review the files or records maintained on him/her by the Board of Pharmacy, unless the records are identified as confidential information and exempted by Section 1798.3 of the Civil Code.

Under penalty of perjury, under the laws of the State of California, each person whose signature appears below, certifies and says that: (1) he/she is the owner or an executive officer of the applicant corporation named in the foregoing application, duly authorized to make this application on its behalf <u>and</u> is at least 18 years of age; (2) he/she has read the foregoing application and knows the contents thereof and that each and all statements therein made are true; (3) no person other than the applicant or applicants has any direct or indirect interest in the applicant's or applicants' business to be conducted under the license(s) for which this application is made; (4) all supplemental statements are true and accurate; and (5) the transfer application may be withdrawn by either the applicant or the licensee with no resulting liability to the Board of Pharmacy.

| Signature of corporate officer, partner or owner | Philip C. Reilly | President |
|---|---|---|
| | Name (please print) | Title |
| Signature of corporate officer, partner or owner | Joseph B. Sebring | Member |
| | Name (please print) | Title |
| Signature of corporate officer, partner or owner | Douglas Eric Hill | VP / Member |
| | Name (please print) | Title |

Date