1 | AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
MICHAEL R. ADELE (BAR NO. 138339)
2 | CHARLENE J. WILSON (BAR NO. 222497)
ALLEN MATKINS LECK GAMBLE
3 |   MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
4 | San Diego, California 92101-3541
Phone: (619) 233-1155
5 | Fax: (619) 233-1158
E-Mail:   awintersheimer@allenmatkins.com
6 |           madele@allenmatkins.com
          cwilson@allenmatkins.com
7 |
Attorneys for Defendant
8 | BIORX, LLC

9 |                    UNITED STATES DISTRICT COURT

10 |                    EASTERN DISTRICT OF CALIFORNIA

11 |

12 | NUTRISHARE, INC., a California corporation, | Case No. 2:08-cv-01252-WBS-EFB

13 |            Plaintiff, | Complaint filed June 4, 2008

14 |     v. | **CERTIFICATE OF SERVICE**

15 | BIORX, LLC, an Ohio Limited Liability
Company,
16 |
            Defendant.
17 |

# CERTIFICATE OF SERVICE BY ECF AND/OR FACSIMILE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101.

On **August 4, 2008**, I electronically filed:

- DEFENDANT'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS OR TRANSFER VENUE PURSUANT TO FRCP RULE 12(b)(2) AND (3)

- DECLARATION OF AMY WINTERSHEIMER FINDLEY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE PURSUANT TO FRCP RULE 12(b)(2) AND (3)

- DECLARATION OF DEBORAH PFISTER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE PURSUANT TO FRCP RULE 12(b)(2) AND (3)

- DECLARATION OF DOUGLAS ERIC HILL IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE PURSUANT TO FRCP RULE 12(b)(2) AND (3)

- DEFENDANT BIORX, LLC'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE

Said document(s) is/are available for viewing and downloading from the Court's ECF System and said document(s) was/were served upon all interested parties listed below in the manner indicated.

**Via CM/ECF System & Facsimile**

Michael John Thomas, Esq.  
Aparna Rajagopal-Durbin, Esq.  
DOWNEY BRAND LLP  
555 Capitol Mall, 10th Floor  
Sacramento, CA 95814-4686  

Attorneys for Plaintiff  
NUTRISHARE, INC.  

Telephone: (916) 444-1000  
Facsimile: (916) 444-2100  

[X]  (FAX) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

I declare under penalty of perjury under the laws of the State of California that I am employed by a member of the bar of this Court and that the foregoing is true and correct.

Executed on **August 4, 2008**, at San Diego, California.

Susan L. Pierson  
(Type or print name)                                  *(Signature)*

LAW OFFICES  
Allen Matkins Leck Gamble  
Mallory & Natsis LLP  

702232.01/SD                                  CERTIFICATE OF SERVICE