AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
MICHAEL R. ADELE (BAR NO. 138339)
CHARLENE J. WILSON (BAR NO. 222497)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail:  awintersheimer@allenmatkins.com
         madele@allenmatkins.com
         cwilson@allenmatkins.com

Attorneys for Defendant
BIORX, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NUTRISHARE, INC., a California corporation, | Case No. 2:08-cv-01252-WBS-EFB |
|---|---|
| Plaintiff, | Complaint filed June 4, 2008 |
| v. | **CERTIFICATE OF SERVICE** |
| BIORX, LLC, an Ohio Limited Liability Company, | |
| Defendant. | |

## CERTIFICATE OF SERVICE BY ECF AND/OR FACSIMILE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101.

On **August 4, 2008**, I electronically filed:

- **DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF DEBORAH PFISTER IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF TIMOTHY FENSKY IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF STEVEN C. COFFARO, ESQ. IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

- **DEFENDANT BIORX, LLC'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Said document(s) is/are available for viewing and downloading from the Court's ECF System and said document(s) was/were served upon all interested parties listed below in the manner indicated.

**Via CM/ECF System & Facsimile**

Michael John Thomas, Esq.
Aparna Rajagopal-Durbin, Esq.
DOWNEY BRAND LLP
555 Capitol Mall, 10th Floor
Sacramento, CA 95814-4686

Attorneys for Plaintiff
NUTRISHARE, INC.

Telephone: (916) 444-1000
Facsimile: (916) 444-2100

[X]   (FAX) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

I declare under penalty of perjury under the laws of the State of California that I am employed by a member of the bar of this Court and that the foregoing is true and correct.

Executed on **August 4, 2008**, at San Diego, California.

Susan L. Pierson
(Type or print name)

(Signature)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

702238.01/SD

CERTIFICATE OF SERVICE