DOWNEY BRAND LLP
MICHAEL J. THOMAS (Bar No. 172326)
APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
555 Capitol Mall, Tenth Floor
Sacramento, CA  95814-4686
Telephone:   (916) 444-1000
Facsimile:    (916) 444-2100
E-mail: mthomas@downeybrand.com
E-mail: adurbin@downeybrand.com

Attorneys for Plaintiff
Nutrishare, Inc.

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
AMY WINTERSHEIMER FINDLEY (Bar No. 163074)
MICHAEL R. ADELE (Bar No.. 138339)
CHARLENE J. WILSON (Bar No. 222497)
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Telephone: (619) 233-1155
Facsimile: (619) 233-1158
E-mail: awintersheimer@allenmatkins.com
E-mail: madele@allenmatkins.com
E-mail: cwilson@allenmatkins.com

Attorneys for Defendant
BioRx, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>　　　　　Defendant. | Case No.  2:08-CV-01252-WBS-EFB<br><br>**STIPULATION PERMITTING PLAINTIFF TO SUBMIT SUPPLEMENTAL DOCUMENTS RE: DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE**<br><br>Date:　　August 11, 2008<br>Time:　　2:00 p.m.<br>Dept:　　Courtroom 5<br>Judge:　　Hon. William B. Schubb |

944852.1

STIPULATION PERMITTING PLAINTIFF TO SUBMIT SUPPLEMENTAL DOCUMENTS

     Plaintiff Nutrishare, Inc. and Defendant BioRx, LLC, by and through their attorneys of record, hereby stipulate and agree that Plaintiff shall have leave to submit (1) a letter dated November 7, 2007 from Mark Kestler R. Ph., General Manager of BioRx to the California Board of Pharmacy, which Plaintiff received from the California Board of Pharmacy on August 4, 2008; and (2) Plaintiff's Responses to *Defendant's Objections to Evidence Submitted by Plaintiff ISO Opposition to Defendant's Motion to Dismiss or Transfer Venue*, filed August 4, 2008.

     By this stipulation, Defendant only agrees to Plaintiff's filing of the aforementioned documents, and does not stipulate to the arguments contained therein or the matters contained therein, and does not waive any objections thereto that it may have under applicable Federal or Local Rules.

     IT IS SO STIPULATED.

DATED: August 8, 2008     DOWNEY BRAND LLP

By:   /s/ Michael J. Thomas
MICHAEL J. THOMAS
Attorney for Plaintiff
NUTRISHARE, INC.

DATED: August 8, 2008     ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP

By:   /s/ Amy Wintersheimer Findley
AMY WINTERSHEIMER FINDLEY
Attorney for Defendant
BIORX, LLC