MICHAEL J. THOMAS (BAR NO. 172326)
APARNA RAJAGOPAL-DURBIN (BAR NO. 218519)
DOWNEY BRAND LLP
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Phone: (916) 444-1000
Fax: (916) 444-2100
E-Mail: mthomas@downeybrand.com
adurbin@downeybrand.com

Attorneys for Plaintiff
NUTRISHARE, INC.

AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
MICHAEL R. ADELE (BAR NO. 138339)
CHARLENE J. WILSON (BAR NO. 222497)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: awintersheimer@allenmatkins.com
        madele@allenmatkins.com
        cwilson@allenmatkins.com

Attorneys for Defendant
BIORX, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRISHARE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIORX, LLC, an Ohio Limited Liability Company,<br><br>Defendant. | Case No. 2:08-cv-01252-WBS-EFB<br><br>Complaint filed June 4, 2008<br><br>**STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:    August 18, 2008<br>TIME:    2:00 p.m.<br>CRTRM:   5<br>JUDGE:   Hon. William B. Shubb |

1  Plaintiff Nutrishare, Inc. ("Plaintiff") and Defendant BioRx, LLC ("Defendant"), through
2  their undersigned attorneys of record, hereby stipulate and agree that Defendant shall have leave to
3  submit the Declaration of Douglas Eric Hill attaching new evidence in support of Defendant's
4  Opposition to Plaintiff's Motion for Preliminary Injunction.

5  By this stipulation, Plaintiff only agrees to Defendant's filing of the aforementioned
6  document, and does not stipulate to the matters asserted or contained therein, and does not waive
7  any objections thereto that it may have under applicable Federal or Local Rules.

8  IT IS SO STIPULATED.

10  Dated: August 8, 2008                         DOWNEY BRAND LLP

                                                 By: _____
                                                     MICHAEL J. THOMAS
                                                     Attorneys for Plaintiff NUTRISHARE, INC.

14  Dated: August 8, 2008                         ALLEN MATKINS LECK GAMBLE
                                                    MALLORY & NATSIS LLP

                                                 By:    s/ Amy Wintersheimer Findley
                                                     AMY WINTERSHEIMER FINDLEY
                                                     Attorneys for Defendant BIORX, LLC

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

702526.02/SD

-1-
STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION
TO MOTION FOR PRELIMINARY INJUNCTION

-2-

## **ORDER**

IT IS SO ORDERED.

Dated: _____, 2008

_____
THE HONORABLE WILLIAM B. SHUBB
Judge, United States District Court

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

702526.02/SD

-2-
STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION
TO MOTION FOR PRELIMINARY INJUNCTION