AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
MICHAEL R. ADELE (BAR NO. 138339)
CHARLENE J. WILSON (BAR NO. 222497)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail:   awintersheimer@allenmatkins.com
          madele@allenmatkins.com
          cwilson@allenmatkins.com

Attorneys for Defendant
BIORX, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRISHARE, INC., a California corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>BIORX, LLC, an Ohio Limited Liability Company,<br><br>         Defendant. | Case No. 2:08-cv-01252-WBS-EFB<br><br>Complaint filed June 4, 2008<br><br>**DEFENDANT BIORX, LLC'S NOTICE OF ERRATA TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE:   August 18, 2008<br>TIME:   2:00 p.m.<br>CRTM:   5 |

TO NUTRISHARE, INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant's Opposition to Motion for Preliminary Injunction, at page 1:17, inadvertently stated that BioRx has obtained a trademark registration. In fact, as correctly stated in section II., D, pages 4-5, BioRx has registered the mark, which was published for opposition on January 1, 2008. The U.S. PTO has completed its review without citation to the Nutrishare mark as being confusingly similar and without opposition by anyone, and the mark is expected to be registered in due course.

Dated: August 8, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By:  s/ Amy Wintersheimer Findley
     AMY WINTERSHEIMER FINDLEY
     Attorneys for Defendant BIORX, LLC

```
 1  AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
    MICHAEL R. ADELE (BAR NO. 138339)
 2  CHARLENE J. WILSON (BAR NO. 222497)
    ALLEN MATKINS LECK GAMBLE
 3    MALLORY & NATSIS LLP
    501 West Broadway, 15th Floor
 4  San Diego, California 92101-3541
    Phone: (619) 233-1155
 5  Fax:   (619) 233-1158
    E-Mail:  awintersheimer@allenmatkins.com
 6           madele@allenmatkins.com
             cwilson@allenmatkins.com
 7
    Attorneys for Defendant
 8  BIORX, LLC
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRISHARE, INC., a California corporation, | Case No. 2:08-cv-01252-WBS-EFB |
| Plaintiff, | Complaint filed June 4, 2008 |
| v. | **CERTIFICATE OF SERVICE** |
| BIORX, LLC, an Ohio Limited Liability Company, | |
| Defendant. | |

## CERTIFICATE OF SERVICE BY ECF

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101.

On **August 8, 2008**, I electronically filed:

- **DEFENDANT BioRx, LLC'S NOTICE OF ERRATA TO OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Said document(s) is/are available for viewing and downloading from the Court's ECF System and said document(s) was/were served upon all interested parties listed below in the manner indicated.

**Via CM/ECF System**

Michael John Thomas, Esq.
Aparna Rajagopal-Durbin, Esq.
DOWNEY BRAND LLP
555 Capitol Mall, 10th Floor
Sacramento, CA 95814-4686

Attorneys for Plaintiff
NUTRISHARE, INC.

Telephone: (916) 444-1000
Facsimile: (916) 444-2100

I declare under penalty of perjury under the laws of the State of California that I am employed by a member of the bar of this Court and that the foregoing is true and correct.

Executed on **August 8, 2008**, at San Diego, California.

Susan L. Pierson
(Type or print name)

(Signature)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

702604.01/SD

CERTIFICATE OF SERVICE