```
1   DOWNEY BRAND LLP
    MICHAEL J. THOMAS (Bar No. 172326)
2   APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
    555 Capitol Mall, Tenth Floor
3   Sacramento, CA  95814-4686
    Telephone:    (916) 444-1000
4   Facsimile:    (916) 444-2100
    E-mail: mthomas@downeybrand.com
5   E-mail: adurbin@downeybrand.com

6   Attorneys for Plaintiff
    Nutrishare, Inc.
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>    Defendant. | Case No.  2:08-CV-01252-WBS-EFB<br><br>**PROOF OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Downey Brand LLP, 555 Capitol Mall, Tenth Floor, Sacramento, California, 95814-4686. On August 8, 2008, I served the within document(s):

**STIPULATION PERMITTING PLAINTIFF TO SUBMIT SUPPLEMENTAL DOCUMENTS RE: DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE**

**RESPONSE TO DEFENDANT'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF ISO OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER VENUE**

**DECLARATION OF APARNA RAJAGOPAL DURBIN IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR TRANSFER**

[x] **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date.

[ ] **BY HAND:** by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

935473.2

☐ **BY MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Sacramento, California addressed as set forth below.

☐ **BY OVERNIGHT MAIL:** by causing document(s) to be picked up by an overnight delivery service company for delivery to the addressee(s) on the next business day.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

*Attorney for BioRx, LLC*

Charlene J. Wilson
Allen Matkins Leck Gamble Mallory
    & Natsis LLP
501 West Broadway, 15th Fl.
San Diego, CA  92101-3541
Telephone:  619-233-1155
Facsimile:  619-233-1158

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 8, 2008, at Sacramento, California.

                                          /s/ Patricia L. Pineda
                                          PATRICIA L. PINEDA

935473.2

2

PROOF OF SERVICE

## Transmission Report

```
Date/Time                          8- 8-08;11:30AM
Local ID                           916 441 0608
Local Name
Company Logo                       DOWNEY BRAND LLP
```

This document was confirmed.
    (reduced sample and details below)
Document Size   Letter-S

**DOWNEY BRAND**
ATTORNEYS LLP

FACSIMILE TRANSMISSION

Date: August 8, 2008

To:

| Name | Fax | Phone |
|---|---|---|
| Charlene J. Wilson<br>Amy Wintersheimer Findley<br>Allen Matkins | (619) 233-1158 | (619) 233-1155 |

From: Michael J. Thomas
Re: Nutrishare, Inc. v. BioRx, LLC
File No.: 38790.00001   Number of Pages, including Cover: 20

Message:

THE INFORMATION CONTAINED IN THIS FACSIMILE IS CONFIDENTIAL AND MAY ALSO CONTAIN PRIVILEGED ATTORNEY-CLIENT INFORMATION OR WORK PRODUCT. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY USE, DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THE FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE PHONE 916/444-1000 AS SOON AS POSSIBLE.

555 Capitol Mall, 10th Floor    Sacramento, CA 95814    P: 916/444-1000    F: 916/444-2100

949793

Total Pages Scanned : 20   Total Pages Confirmed : 20

| No. | Doc | Remote Station | Start Time | Duration | Pages | Mode | Comments | Results |
|---|---|---|---|---|---|---|---|---|
| 1 | 315 | 16192331158 | 8- 8-08;11:25AM | 4'54" | 20/ 20 | EC | | CP 28.8 |

Notes :
EC: Error Correct         RE: Resend              PD: Polled by Remote      MB: Receive to Mailbox
BC: Broadcast Send        MP: Multi-Poll          PG: Polling a Remote      PI: Power Interruption
CP: Completed             RM: Receive to Memory   DR: Document Removed      TM: Terminated by user
HS: Host Scan             HP: Host Print          FO: Forced Output         WT: Waiting Transfer
HF: Host Fax              HR: Host Receive        FM: Forward Mailbox Doc.  WS: Waiting Send