1  AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
   MICHAEL R. ADELE (BAR NO. 138339)
2  CHARLENE J. WILSON (BAR NO. 222497)
   ALLEN MATKINS LECK GAMBLE
3    MALLORY & NATSIS LLP
   501 West Broadway, 15th Floor
4  San Diego, California 92101-3541
   Phone: (619) 233-1155
5  Fax: (619) 233-1158
   E-Mail:  awintersheimer@allenmatkins.com
6           madele@allenmatkins.com
            cwilson@allenmatkins.com
7
   Attorneys for Defendant
8  BIORX, LLC

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | NUTRISHARE, INC., a California corporation, | Case No. 2:08-cv-01252-WBS-EFB
13 |              Plaintiff,                     | Complaint filed June 4, 2008
14 |       v.                                    | **CERTIFICATE OF SERVICE**
15 | BIORX, LLC, an Ohio Limited Liability
   | Company,
16 |              Defendant.

## CERTIFICATE OF SERVICE BY ECF

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101.

On **August 8, 2008**, I electronically filed:

- **STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF DOUGLAS ERIC HILL IN SUPPORT OF DEFENDANT'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Said document(s) is/are available for viewing and downloading from the Court's ECF System and said document(s) was/were served upon all interested parties listed below in the manner indicated.

**Via CM/ECF System**

| | |
|---|---|
| Michael John Thomas, Esq.<br>Aparna Rajagopal-Durbin, Esq.<br>DOWNEY BRAND LLP<br>555 Capitol Mall, 10th Floor<br>Sacramento, CA 95814-4686 | Attorneys for Plaintiff<br>NUTRISHARE, INC.<br><br>Telephone: (916) 444-1000<br>Facsimile: (916) 444-2100 |

I declare under penalty of perjury under the laws of the State of California that I am employed by a member of the bar of this Court and that the foregoing is true and correct.

Executed on **August 8, 2008**, at San Diego, California.

Susan L. Pierson
(Type or print name)

(Signature)

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

702605.01/SD

CERTIFICATE OF SERVICE