1  DOWNEY BRAND LLP
   MICHAEL J. THOMAS (Bar No. 172326)
2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA  95814-4686
   Telephone:    (916) 444-1000
4  Facsimile:    (916) 444-2100
   E-mail: mthomas@downeybrand.com
5  E-mail: adurbin@downeybrand.com

6  Attorneys for Plaintiff
   Nutrishare, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | Nutrishare, Inc., a California corporation, | Case No. 2:08-CV-01252-WBS-EFB

12 |         Plaintiff,                          | **[PROPOSED] ORDER PERMITTING PLAINTIFF TO SUBMIT
13 |     v.                                      | SUPPLEMENTAL DOCUMENTS RE: DEFENDANT'S MOTION TO DISMISS
14 | BioRx, LLC, an Ohio Limited Liability       | OR TRANSFER VENUE**
   | Company,
15 |
   |         Defendant.                          | Date:    August 11, 2008
16 |                                              | Time:    2:00 p.m.
   |                                              | Dept:    Courtroom 5
17 |                                              | Judge:   Hon. William B. Schubb

18

19

20

21

22

23

24

25

26

27

28

944852.1

**ORDER**

Having reviewed the *Stipulation Permitting Plaintiff to Submit Supplemental Documents Re: Defendant's Motion to Dismiss or Transfer Venue*, entered into by and between Plaintiff and Defendant, and filed August 8, 2008, and finding good cause therefore, the Court HEREBY ORDERS that Plaintiff shall have leave to submit (1) a letter dated November 7, 2007 from Mark Kestler R. Ph., General Manager of BioRx to the California Board of Pharmacy, which Plaintiff received from the California Board of Pharmacy on August 4, 2008; and (2) Plaintiff's Responses to *Defendant's Objections to Evidence Submitted by Plaintiff ISO Opposition to Defendant's Motion to Dismiss or Transfer Venue*, filed August 4, 2008.

IT IS SO ORDERED.

Dated:_____, 2008         _____
                                       UNITED STATES DISTRICT COURT JUDGE