1  MICHAEL J. THOMAS (BAR NO. 172326)
   APARNA RAJAGOPAL-DURBIN (BAR NO. 218519)
2  DOWNEY BRAND LLP
   555 Capitol Mall, Tenth Floor
3  Sacramento, CA 95814-4686
   Phone: (916) 444-1000
4  Fax: (916) 444-2100
   E-Mail: mthomas@downeybrand.com
5           adurbin@downeybrand.com

6  Attorneys for Plaintiff
   NUTRISHARE, INC.
7
   AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
8  MICHAEL R. ADELE (BAR NO. 138339)
   CHARLENE J. WILSON (BAR NO. 222497)
9  ALLEN MATKINS LECK GAMBLE
     MALLORY & NATSIS LLP
10 501 West Broadway, 15th Floor
   San Diego, California 92101-3541
11 Phone: (619) 233-1155
   Fax: (619) 233-1158
12 E-Mail: awintersheimer@allenmatkins.com
           madele@allenmatkins.com
13         cwilson@allenmatkins.com

14 Attorneys for Defendant
   BIORX, LLC
15

16              UNITED STATES DISTRICT COURT

17              EASTERN DISTRICT OF CALIFORNIA

18

19 | NUTRISHARE, INC., a California corporation, | Case No. 2:08-cv-01252-WBS-EFB |
   |---|---|
20 | Plaintiff, | Complaint filed June 4, 2008 |
21 | v. | **STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
22 | BIORx, LLC, an Ohio Limited Liability Company, | |
23 | Defendant. | DATE:    August 18, 2008 |
24 |  | TIME:    2:00 p.m. |
   |  | CRTRM:  5 |
25 |  | JUDGE:   Hon. William B. Shubb |

1  Plaintiff Nutrishare, Inc. ("Plaintiff") and Defendant BioRx, LLC ("Defendant"), through
2  their undersigned attorneys of record, hereby stipulate and agree that Defendant shall have leave to
3  submit the Declaration of Douglas Eric Hill attaching new evidence in support of Defendant's
4  Opposition to Plaintiff's Motion for Preliminary Injunction.
5  By this stipulation, Plaintiff only agrees to Defendant's filing of the aforementioned
6  document, and does not stipulate to the matters asserted or contained therein, and does not waive
7  any objections thereto that it may have under applicable Federal or Local Rules.
8  IT IS SO STIPULATED.

10 Dated: August 8, 2008                                DOWNEY BRAND LLP

                                                       By:     s/Michael J. Thomas
                                                           MICHAEL J. THOMAS
                                                           Attorneys for Plaintiff NUTRISHARE, INC.

14 Dated: August 8, 2008                                ALLEN MATKINS LECK GAMBLE
                                                          MALLORY & NATSIS LLP

                                                       By:     s/ Amy Wintersheimer Findley
                                                           AMY WINTERSHEIMER FINDLEY
                                                           Attorneys for Defendant BIORX, LLC

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

702526.02/SD

-1-
STIPULATION REGARDING SUBMISSION OF NEW EVIDENCE IN OPPOSITION
TO MOTION FOR PRELIMINARY INJUNCTION

1  **ORDER**

2       IT IS SO ORDERED.

3

4  Dated: August 8, 2008

5

6  WILLIAM B. SHUBB
7  UNITED STATES DISTRICT JUDGE