```
 1  DOWNEY BRAND LLP
    MICHAEL J. THOMAS (Bar No. 172326)
 2  APARNA RAJAGOPAL-DURBIN (Bar No. 218519)
    555 Capitol Mall, Tenth Floor
 3  Sacramento, CA  95814-4686
    Telephone:    (916) 444-1000
 4  Facsimile:    (916) 444-2100
    E-mail: mthomas@downeybrand.com
 5  E-mail: adurbin@downeybrand.com

 6  Attorneys for Plaintiff
    Nutrishare, Inc.
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nutrishare, Inc., a California corporation, | Case No.  2:08-CV-01252-WBS-EFB |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| BioRx, LLC, an Ohio Limited Liability Company, | |
| Defendant. | |

TO BIORX, LLC AND ITS ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Nutrishare, Inc. is herewith filing a corrected Table of Authorities (Exhibit A attached hereto) for Nutrishare, Inc.'s *Reply in Support of Motion for Preliminary Injunction*.

Dated:    August 12, 2008             DOWNEY BRAND LLP


                                       By    /s/ Aparna Rajagopal-Durbin
                                           APARNA RAJAGOPAL-DURBIN
                                              Attorney for Plaintiff
                                                Nutrishare, Inc

945775.1

1

NOTICE OF ERRATA

Case No. 2:08-CV-01252-WBS-EFB

# NOTICE OF ERRATA

EXHIBIT A

# TABLE OF AUTHORITIES

Page

**FEDERAL CASES**

*Alfacell Corp. v. Anticancer Inc.*,
　71 U.S.P.Q.2d 1301 (C.D. Cal. 2004) ............................................................. 5, 11, 26

*American Int'l Group v. American Int'l Bank*,
　926 F.2d 829 (9th Cir. 1991) ........................................................................... 8

*AMF Inc. v. Sleekcraft Boats*,
　599 F.2d 341 (9th Cir. 1979) ........................................................................... 2, 13

*AMP, Inc. v. Foy*,
　540 F.2d 1181 (4th Cir. N.C. 1976) ................................................................ 23

*Au-Tomotive Gold, Inc. v. Volkswagen of Am., Inc.*,
　457 F.3d 1062 (9th Cir. 2006) ......................................................................... 8

*Brookfield Communs. v. W. Coast Entm't Corp.*,
　174 F.3d 1036 (9th Cir. 1999) ......................................................................... 2, 10, 12

*Carter-Wallace, Inc. v. Procter & Gamble Co.*,
　434 F.2d 794 (9th Cir. Cal. 1970) ................................................................... 15

*Century 21 Real Estate Corp. v. Magee*,
　19 U.S.P.Q.2d 1530 (C.D. Cal. 1991) ............................................................. 5

*Champions Golf Club v. Champions Golf Club*,
　78 F.3d 1111 (6th Cir. 1996) ........................................................................... 10

*Chesebrough-Pond's, Inc. v. Faberge, Inc.*,
　666 F.2d 393 (9th Cir. Cal. 1982) ................................................................... 15

*Chips 'N Twigs, Inc. v. Prives*,
　226 F. Supp. 529 (N.D. Cal. 1963) ................................................................. 20

*Competition Specialties v. Competition Specialties, Inc.*,
　87 Fed. Appx. 38 (9th Cir. 2004) .................................................................... 20

*Daddy's Junky Music Stores v. Big Daddy's Family Music*,
　109 F.3d 275 (9th Cir. 1997) ........................................................................... 12

*Danjaq LLC v. Sony Corp.*,
　263 F.3d 942 (9th Cir. 2001) ........................................................................... 20

*Dawn Donut Co. v. Hart's Food Stores, Inc.*,
　267 F.2d 358 (2d cir. 1959) ............................................................................. 20

*Doran v. Salem Inn, Inc.*,
　422 U.S. 922 (1975) ........................................................................................ 22

**TABLE OF AUTHORITIES**
(continued)

Page

*Dreamwerks Production Group, Inc. v. SKG Studio*,
   142 F.3d 1127 (9th Cir. 1998) ................................................................................... 14

*E. & J. Gallo Winery v. Gallo Cattle Co.*,
   967 F.2d 1280 (9th Cir. 1992) ..................................................................................... 14

*Earth Technology Corp. v. Environmental Research & Technology, Inc.*,
   222 U.S.P.Q. 585 (C.D. Cal. 1983) ............................................................................... 5

*Earthquake Sound Corporation v. Bumper Industries, Inc.*,
   188 F.3d 513 (9th Cir. 1999) ........................................................................................ 7

*Eclipse Associates Ltd. v. Data General Corp.*,
   894 F.2d 1114 (9th Cir. 1990) ..................................................................................... 9

*Entrepreneur Media, Inc. v. Smith*,
   279 F.3d 1135 (9th Cir. 2002) ................................................................................... 13

*E-Systems, Inc. v. Monitek, Inc.*,
   720 F.2d 604 (9th Cir. 1983) ..................................................................................... 18

*Ethicon, Inv. v. American Cyanamid Company*
   192 U.S.P.Q. 647 (TTAB 1976) ................................................................................ 26

*Ferrari S.p.A. Esercizio Fabbriche Automobili e Corse v. McBurnie*,
   1989 U.S. Dist. LEXIS 13442 (S.D. Cal. 1989) ....................................................... 23

*Ferrari S.p.A. Esercizio Fabbriche Automobili e Corse v. Roberts*,
   944 F.2d 1235 (6th Cir. 1991) ................................................................................... 23

*Fleischmann Distilling Corp. v. Maier Brewing Co.*,
   314 F.2d 149 (9th Cir. 1963) ..................................................................................... 14

*Geigy Chemical Corp. v. Atlas Chemical Indus., Inc.*,
   58 C.C.P.A. 972 (C.C.P.A. 1971) .............................................................................. 11

*GoTo.com, Inc. v. The Walt Disney Co.*,
   202 F.3d 1199 (9th Cir. 2000) ..................................................................................... 2

*Grand River Enterprise Six Nations, Ltd. v. Pryor*,
   481 F.3d 60 (2d Cir. 2007) ........................................................................................ 22

*Grupo Gigante S.A. de C.V. v. Dallow & Co.*,
   391 F.3d 1088 (9th Cir. 2004) ....................................................................... 18, 19, 21

*Guaber, S.P.A. v. Nutri-Metics Int'l, Inc.*,
   1991 U.S. App. LEXIS 10842 (Fed. Cir. 1991) .......................................................... 5

*In re Box Solutions Corp.*,
   79 USPQ2d 1953 (TTAB 2006) ................................................................................ 16

# TABLE OF AUTHORITIES
### (continued)

**Page**

*In re Corning Glass Works,*
    229 USPQ 65 (TTAB 1985) ............................................................................... 14

*In re Emissive Energy Corp.,*
    Serial No. 78358172 (June 15, 2006) ................................................................ 15

*In re Jeep Corp.,*
    222 USPQ 333 (TTAB 1984) ............................................................................ 14

*In re Martin's Famous Pastry Shoppe, Inc.,*
    748 F.2d 1565 (Fed. Cir. 1984) ......................................................................... 14

*In Re Merck. & Co.*
    1982 TTAB LEXIS 35 (TTAB 1992) ............................................................... 26

*In re National Data Corp,*
    753 F.2d 1056 (Fed. Cir. 1985) ........................................................................... 5

*In re The W.W. Henry Co., L.P.,*
    82 USPQ2d 1213 (TTAB 2007) ....................................................................... 15

*Internet Specialties West v. ISPwest,*
    2006 U.S. Dist. LEXIS 96351, at *15 (C.D. Cal. Nov. 14, 2006) ............... 18, 21

*Jarrow Formulas, Inc. v. Nutrition Now, Inc.,*
    304 F.3d 829 (9th Cir. 2002) ................................................................. 17, 18, 22

*Kroger Co. v. Suprex, Inc.,*
    193 U.S.P.Q. 245 (E.D. Pa. 1976) ..................................................................... 10

*Lambert Pharmacal Co. v. Kalish Pharmacy*,
    219 F. 323 (C.C.N.Y. 1911) ................................................................................ 8

*Lydo Enterprises, Inc. v. City of Las Vegas,*
    745 F.2d 1211 (9th Cir. 1984) ........................................................................... 24

*McLean v. Fleming,*
    96 U.S. 245 (1877) ............................................................................................ 17

*McLeod v. Hosmer-Dorrance, Inc.,*
    1976 U.S. Dist. LEXIS 12289, 192 U.S.P.Q.683 (C.D. Cal. 1976) .................. 26

*Miller v. Glenn Miller Prods.,*
    318 F. Supp. 2d 923 (C.D. Cal. 2004) ............................................................... 17

*Morgenstern Chem. Co. v. G.D. Searle & Co.*,
    253 F.2d 390 (3rd Cir. 1958) ............................................................................. 26

*Nutri/System, Inc. v. Con-Stan Industries, Inc.,*
    809 F.2d 601 (9th Cir. 1987) ...................................................................... 2, 3, 4

## TABLE OF AUTHORITIES
### (continued)

**Page**

*Official Airlines Guides, Inc. v Goss*,
 6 F.3d 1385 (9th Cir. 1993) .................................................................................. 4, 12

*On-line Careline Inc. v. America Online Inc.*,
 229 F.3d 1080 (Fed. Cir. 2000) .................................................................................. 14

*Paul Sachs Originals Co. v. Sachs*,
 325 F.2d 212 (9th Cir. 1963) .................................................................................. 5

*Personeta, Inc. v. Persona Software, Inc.*,
 418 F.Supp.2d 1013 (N.D. Ill., 2005) .................................................................................. 7

*Praefke Auto Elec. & Battery Co., Inc. v. Tecumseh Products Co.*,
 123 F.Supp.2d 470 (E.D.Wis. 2000) .................................................................................. 24

*Prudential Ins. Co. of America v. Gibraltar Fin. Corp. of California*,
 694 F.2d 1150 (9th Cir. 1982) .................................................................................. 19

*Rodeo Collection, Ltd v. West Seventh*,
 812 F.2d 1215 (9th Cir. 1987) .................................................................................. 4, 8

*Russell v. Caesar*,
 62 U.S.P.Q.2d 1125 (N.D. Cal. 2001) .................................................................................. 5

*Self-Insurance Inst. of Am. v. Software & Info. Indus. Ass'n*,
 208 F. Supp. 2d 1058 (C.D. Cal. 2000) .................................................................................. 15

*Steinway & Sons v. Demars & Friends*,
 210 U.S.P.Q. 954, 1981 U.S. Dist. LEXIS 15169, at *36 (C.D. Cal. 1981) .................................................................................. 10

*Stork Restaurant v. Sahati*,
 166 F.2d 348 (9th Cir. 1948.) .................................................................................. 12

*Stuhlbarg Int'l Sales Co., Inc. v. John D. Brush & Co., Inc.*,
 240 F.3d 832 (9th Cir. 2001) .................................................................................. 22

*Syntex Laboratories, Inc. v. Norwich Pharmacal Co.*,
 437 F.2d 566 (2d Cir. 1971) .................................................................................. 11

*Thane Int'l v. Trek Bicycle Corp.*,
 305 F.3d 894 (9th Cir. 2002) .................................................................................. 9

*Tillamook Country Smoker v. Tillamook County Creamery Ass'n*,
 311 F. Supp. 2d 1023 (D. Or. 2004) .................................................................................. 14, 17, 18, 19

*United States Jaycees v. San Francisco Junior Chamber of Commerce*,
 354 F. Supp. 61 (N.D. Cal. 1972),
 aff'd, 513 F.2d 1226 (9th Cir.1975) .................................................................................. 17

*Vaughan Mfg. Co. v. Brikam Intern., Inc.*,
 814 F.2d 346 (7th Cir.1987) .................................................................................. 24

# TABLE OF AUTHORITIES
## (continued)

                                                                                                              Page

*Watts Health Systems, Inc. v. United Healthcare Corp.*,
  960 F. Supp. 1431 (C.D. Cal. 1996) .................................................................. 26

*Westchester Media v. PRL USA Holdings, Inc.*,
  214 F.3d 658 (5th Cir. 2000) .............................................................................. 19

### FEDERAL STATUTES

15 U.S.C. § 1125(a) ................................................................................................. 10

### STATE STATUTES

Bus. & Prof. Code § 4051 .......................................................................................... 3

Cal. Bus. & Prof. Code § 17208 .............................................................................. 18

### OTHER AUTHORITY

4 J. Thomas McCarthy,
  MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION §23:41
  (4th ed. 2008) ........................................................................................ 7, 12, 13, 19, 21

THE NEW SHORTER OXFORD ENGLISH DICTIONARY (ed. Leslie Brown),
  Clarendon Press, Oxford (1993), at 671 ............................................................... 7

Trademark Manual of Examining Procedure § 1201(a)(i) ................................. 13, 14

Trademark Manual of Examining Procedure § 510.02 ......................................... 16