```
 1  AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
    MICHAEL R. ADELE (BAR NO. 138339)
 2  CHARLENE J. WILSON (BAR NO. 222497)
    ALLEN MATKINS LECK GAMBLE
 3    MALLORY & NATSIS LLP
    501 West Broadway, 15th Floor
 4  San Diego, California 92101-3541
    Phone: (619) 233-1155
 5  Fax:   (619) 233-1158
    E-Mail:   awintersheimer@allenmatkins.com
 6            madele@allenmatkins.com
              cwilson@allenmatkins.com
 7
    Attorneys for Defendant
 8  BioRx, LLC
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRISHARE, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BioRx, LLC, an Ohio Limited Liability Company,<br><br>Defendant. | Case No. 2:08-cv-01252-WBS-EFB<br><br>Complaint filed June 4, 2008<br><br>**DEFENDANT BIORX, LLC'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF ITS REPLY TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>DATE: August 18, 2008<br>TIME: 2:00 p.m.<br>CRTM: 5 |

Defendant BioRx, LLC ("BioRx") hereby submits the following evidentiary objections to the evidence cited below and filed by Plaintiff Nutrishare, Inc. ("Plaintiff") in connection with the reply in support of its Motion for Preliminary Injunction. BioRx hereby requests and moves that the Court sustain its objections and strike the evidence on the grounds set forth below:

**I.   DECLARATION OF ELLEN J. TENUD IN SUPPORT OF REPLY**

BioRx objects generally to the declaration of Plaintiff's paralegal, who is not an independent expert but rather the mouthpiece of her employer (plaintiff's counsel of record), who apparently has never worked at the Patent and Trademark Office and therefore has no knowledge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

702852.01/SD

OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF ITS
REPLY TO MOTION FOR PRELIMINARY INJUNCTION

of their practices and procedures. Ms. Tenud's declaration is nothing more than the argument of plaintiff's counsel masquerading as "testimony."

**Objection #1:**

Testimony: P. 2, lines 7-8, "The Examiner conducted an identical search in each case."

Ground(s) for objection: FRE 602, lack of personal knowledge; FRE 701, Improper opinion testimony of a lay witness; FRE 802 (the witness is a paralegal employed by plaintiff's counsel, not an independent expert, has no experience actually working at the Patent and Trademark Office and therefore lacks the qualifications to testify as an expert regarding the practices and procedures of the PTO).

**Objection #2:**

Testimony: P. 2, lines 6-8, "Based on my experience and in my opinion, the Examiner would not have uncovered or been aware of the registered Nutrishare trademark based on the search query."

Ground(s) for objection: FRE 602, lack of personal knowledge; FRE 701 about what the Examiner uncovered or was aware of; Improper opinion testimony of a lay witness; FRE 802 (the witness is a paralegal employed by plaintiff's counsel, not an independent expert, has no experience actually working at the Patent and Trademark Office and therefore lacks the qualifications to testify as an expert regarding the practices and procedures of the PTO).

**Objection #3:**

Testimony: P. 2, lines lines 9-10, "Specifically, the Examiner only reviewed marks that contained the letters 'n(v)tr' and 'thr(v:)2)v'."

Ground(s) for objection: Ground(s) for objection: FRE 602, lack of personal knowledge (no personal knowledge that the Examiner "only reviewed" what was disclosed in a public database).

**Objection #4:**

Testimony: P. 2, lines 15-17, "As can be ascertained from the listing of marks, Nutrishare was never before the Examiner or considered during the Examiner's analysis of the registrability of the NutriThrive marks."

1   Ground(s) for objection: FRE 602, lack of personal knowledge about what was before the
2   Examiner or considered by the Examiner; FRE 701, Improper opinion testimony of a lay witness;
3   FRE 802 (the witness is a paralegal employed by plaintiff's counsel, not an independent expert,
4   has no experience actually working at the Patent and Trademark Office and therefore lacks the
5   qualifications to testify as an expert regarding the practices and procedures of the PTO).

## II. DECLARATION OF RODNEY OKAMOTO IN SUPPORT OF REPLY

**Objection #5:**

Testimony: P. 2, line 8, ""on July 2, 2008, Mr Cesar *did* tell me that both he and the ACHC's Director of Accreditation, Sherry Hedrick, believed that the 'NutriThrive' and 'Nutrishare' names were very similar, that the public was likely to be confused between the 'NutriThrive' and 'Nutrishare' name, and that it was not in the best interest of the public to be confused."

Ground(s) for objection: FRE 802, hearsay; FRE 701, Improper (hearsay) opinion testimony of a lay witness (*i.e*, improper hearsay regarding the purported opinion of Mr. Cesar and Ms. Hedrick).

Dated: August 13, 2008

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: _____s/ Amy Wintersheimer Findley_____
AMY WINTERSHEIMER FINDLEY
MICHAEL R. ADELE
CHARLENE J. WILSON
Attorneys for Defendant
BIORX, LLC

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

702852.01/SD

-3-
OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF ITS
REPLY TO MOTION FOR PRELIMINARY INJUNCTION

# CERTIFICATE OF SERVICE BY ECF

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 501 West Broadway, 15th Floor, San Diego, California 92101.

On **August 13, 2008**, I electronically filed:

- **DEFENDANT BIORX, LLC'S OBJECTIONS TO EVIDENCE SUBMITTED BY PLAINTIFF IN SUPPORT OF ITS REPLY TO MOTION FOR PRELIMINARY INJUNCTION**

Said document(s) is/are available for viewing and downloading from the Court's ECF System and said document(s) was/were served upon all interested parties listed below in the manner indicated.

**Via CM/ECF System**

Michael John Thomas, Esq.  
Aparna Rajagopal-Durbin, Esq.  
DOWNEY BRAND LLP  
555 Capitol Mall, 10th Floor  
Sacramento, CA 95814-4686  

Attorneys for Plaintiff  
NUTRISHARE, INC.  

Telephone: (916) 444-1000  
Facsimile: (916) 444-2100  

I declare under penalty of perjury under the laws of the State of California that I am employed by a member of the bar of this Court and that the foregoing is true and correct.

Executed on **August 13, 2008**, at San Diego, California.

_____  
Susan L. Pierson  
(Type or print name)

_____  
(Signature)