# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRISHARE, INC., <br><br> Plaintiff, <br> vs. <br> BIORX, LLC, <br><br> Defendant. | CASE NO. 08 CV 1493 JM (BLM) <br><br> **SCHEDULING ORDER** |

The hearing for Plaintiff's motion for a preliminary injunction (Doc. No. 6), currently scheduled for October 6, 2008, before U.S. District Judge William Q. Hayes, is hereby **RESCHEDULED** to September 26, 2008, at 1:30 p.m., before this court in Courtroom 16.

**IT IS SO ORDERED.**

DATED: August 21, 2008

Hon. Jeffrey T. Miller
United States District Judge