# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRISHARE, INC.,<br><br>　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>BIORX, LLC,<br><br>　　　　　　　　　　　Defendant. | CASE NO. 08-CV-1493 JM (BLM)<br><br>**ORDER PERMITTING USE OF VISUAL EQUIPMENT AT PRELIMINARY INJUNCTION HEARING ON SEPTEMBER 26, 2008** |

　　　Plaintiff Nutrishare, Inc. ("Plaintiff") submitted an Ex Parte Application for an Order Permitting Use of Visual Equipment at Preliminary Injunction Hearing for Plaintiff's Application for Preliminary Injunction scheduled for September 26, 2008 at 1:30 p.m.

　　　For good cause showing, the court hereby **GRANTS** Plaintiff's requests for:

1) permission to have delivered to the courtroom and to have installed the necessary computer, cables, and peripherals for a visual presentation;

2) permission to utilize the courtroom's projection screen and the above-referenced equipment;

3) an allocation of time on September 26, 2008, to deliver and install the referenced equipment. Such installation may begin at approximately 1:00 p.m. or at another time arranged with the Courtroom Deputy, Mrs. Laura Barkins.

**IT IS SO ORDERED.**

DATED: September 24, 2008

Hon. Jeffrey T. Miller
United States District Judge

cc: All parties