# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| NUTRISHARE, INC., | CASE NO. 08-CV-1493 JM (BLM) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO STAY ACTION** |
| vs. | Doc. No. 91 |
| BIORX, LLC, | |
| Defendant. | |

The parties in the above-captioned action have submitted a joint motion to stay the action. The joint motion is requested in light of the parties having reached a settlement agreement through which Nutrishare, Inc. will pay BioRx, LLC to change and phase-out its trademarked "NutriThrive" trade name within a specified period of time.

For good cause showing, the court hereby **GRANTS** the parties' joint motion. Accordingly, this action is hereby **STAYED** for ninety (90) days, and no further appearance in the action will be necessary if a Joint Motion to Dismiss the Action in Its Entirety is filed before the end of the ninety (90) day stay period.

**IT IS SO ORDERED.**

DATED: June 16, 2009

Hon. Jeffrey T. Miller
United States District Judge