# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUTRISHARE, INC., | CV NO.  08cv1493-JM (BLM) |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| BIORX, LLC, | Doc. No. 94 |
| Defendant. | |

IT IS HEREBY ORDERED that, pursuant to the Joint Motion and Stipulation of the parties for the voluntary dismissal of this action:

This case is **DISMISSED** in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.  This stipulated dismissal does not constitute an admission of fault, liability, or lack thereof, by any party.

**IT IS SO ORDERED**.

Dated:  August 10, 2009

HON. JEFFREY T. MILLER
Judge, United States District Court

-1-

08cv1493-JM (BLM)